## US DISTRICT COURT, NJ, LAWSUIT

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc: sdavis@newjerseylaw.net; jvigliotti@summitlawyers.net; jisola@cgajlaw.com

Bcc: jason.saunders@njcourts.gov; steven.budelman@njcourts.gov; macrina.carra@njcourts.gov; vtovar@westfieldnj.gov

Date: Friday, February 20, 2026, 06:33 PM EST


JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, Union County
New Jersey 07090
(908) 233-8278

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
_____

JEWISH Dr. Stephen Francis and Mrs. Joyanne Louise Schoeman,

               The Plaintiffs Pro Se

    v.

Superior Court of New Jersey Judge Ana C. Viscomi, her law
clerk Aury Quezada, Superior Court of Middlesex County
Vicinage, Stephen Davis, Esq., James A. Vigliotti, Esq.,
Joseph Isola, Esq., Summit Municipal Court Judge John De Massie,
Westfield Municipal Court Judge Paraq Patel, Summit Municipal
Court Prosecutor Michael J. Mitzner, the Clerk of the Westfield
Municipal Court, the Clerk of the Summit Municipal Court,
New Jersey Courts, and the State of New Jersey Government,

               The Defendants


We, JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman,
  ++++++
the tortured, tormented, battered Plaintiffs Pro Se herein,
complaining of the Defendants ALL state as follows:

ONE: Dr. Schoeman is A JEW!

TWO: Defendant Judge Ana C. Viscomi, her defendant law

clerk attorney-at-law Aury Quezada, and each of the defense counsel named above in defendant Superior Court's docketed case number MID-L-8679-25 have DESECRATED the YAHRZEITS of JEWISH Plaintiff's Pro Se beloved and loving parents of the most blessed of precious memories imaginable!

THREE: That there is a climate, alas, tragically so, of ANTI-SEMITISM in said "Court-of-Law"!

FOUR: That, in addition, various provisions of the CONSTITUTIONAL LAW have been violated as follows:
====================
18 U.S.C. SECTION 242
====================
Due Process of Law
Equal Protection of the Laws
Freedom of Religion
Civil Rights Act of 1964
State of New Jersey laws against impermissible discrimination
United Nations Universal Declaration of Human Rights
=====================================================
United Nations International Covenant of Civil and Political Rights
TO WHICH THE UNITED STATES OF AMERICA IS BOUND UNDER THE TREATY CLAUSE OF THE UNITED STATES OF AMERICA AS THE LAW OF THE LAND AS IT WAS BOTH RATIFIED BY THE UNITED STATES SENATE AND SIGNED, OF COURSE, INTO LAW BY UNITED STATES PRESIDENT JIMMY CARTER
=====================================================
FIVE: That ALL this, ever bit of THIS, no exceptions has caused such level of emotional upset in the Plaintiffs Pro Se, and especially for the obvious alleged reasons, SUPRA, JEWISH Dr. Stephen Francis Schoeman as to rise sadly, tragically, TRAUMATICALLY, dramatically to being THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL STRESS and as well PHYSICAL HARM as to their HEALTH at their ancient ages, JEWISH Dr. Schoeman almost 84, his beloved and loving wife, best friend, and soulmate almost 80!

SIX: That the Plaintiffs Pro Se now fear as things are going, SUPRA, that their beloved and loving and ever so hugely enormously adorable miniature apricot poodle PIERRE HENRI as to whom their resepctively are MOMMY and DADDY shall in short order be left

AN ORPHAN!

WHEREFORE, we the JEWISH Dr. Stephen Francis and Mrs. Joyanne Louise Schoeman MOST respectfully request such relief as to this Court-of-Law may deem appropriate under the reasons herein stated

DATED: Friday evening, of course,
    THE JEWISH SABBATH for the
    URGENCIES OF THE MATTERS HEREIN
    HAVE GIVEN US NO CHOICE BUT TO
    WRITE NOW

Most respectfully to this Court-of-Law,
JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, the Plaintiffs Pro Se herein

## "Truth Unveiled By Time", Bernini

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc: sdavis@newjerseylaw.net; jvigliotti@summitlawyers.net; jisola@cgajlaw.com

Bcc: macrina.carra@njcourts.gov; vtovar@westfieldnj.gov; steven.budelman@njcourts.gov; jason.saunders@njcourts.gov

Date: Saturday, February 21, 2026, 02:07 AM EST

EXHIBIT marked "A", dated Saturday, February 21,2026
=============================================

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
DOCKET NUMBER: (PENDING)

JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman v. Judge Ana C. Viscomi ET AL

SUPERIOR COURT, MIDDLESEX COUNTY, NEW JERSEY
DOCKET NUMBER: MID-L-8679-25

---

"Truth Unveiled By Time" or "Truth" as this famous statue by Bernini is the very essence of this case, the very essence of all cases, the very essence of what should but, alas, as in this case, is the NOBLE search for Truth! ATTACHMENT
+++++++++++

That is,

The Truth,
The Whole Truth,
Nothing But The Truth!

The very centrality of the theme of United States District Court for the Southern District of New York the late Judge Marvin E. Frankel in his astounding accurate and price and ever so searing critique of trial lawyers, and he had been around the block at least a few times, so to speak, "The Search for Truth: An Umperial View", University of Pennsylvania Law Review, Volume 123, May 1975, Number 5, pages 1031-1059, 1032, 1035-1036, 1040-1041, 1055, 1059

That trial lawyers never or rarely search for THE TRUTH!

They search only to serve their clients!
That TRUTH should be the ideal!
But through "trickery" and "obfuscation", ibid, 1059, it is NOT!

And here in this case at hand the truths of his virtuous assessment
have come fully to light!

The central and, yes, the ONLY issue: THE LIBEL (LIE) against
JEWISH Co-Plaintiff Pro Se Dr. Stephen Francis Schoeman that
neither any defense counsel has shown any willingness to delete
or any defendant for that matter and all the while

Judge Ana C. Viscomi has long delayed even acknowledging
let alone acting on the MOTION FOR SUMMARY JUDGMENT
of the Plaintiffs Pro Se JEWISH Dr. Stephen Francis and
Mrs. Joyanne Louise Schoeman!

That Truth has not been served!
Nor Lady Justice!
Nor Due Process of Law
Nor Equal Protection of the Laws
No, most sadly, FREEDOM OF RELIGION in the constant
BEGGING need of JEWISH Dr. Schoeman to have to plead
and pleased and plead "pretty please" style that
Judge Viscomi move her motion hearing dates at to which
the Plaintiffs Pro Se never had agreed to dates other than
those of JEWISH Dr. Schoeman's YAHRZEIT of his
beloved and loving Father, FEBRUARY 27TH and the
YARZHEIT of his beloved and lover Mother, MARCH 13!

That thus Judge Viscomi, her also UNHEARING for a very
long excruciation, tormenting, torturing time AT LEAST
to JEWISH Dr. Schoeman and, of course too, his beloved
and loving wife, best friend, soulmate, alas,
co-plaintiff Joy, they the enormously proud MOMMY and
DADDY of their beloved and loving and ever so vastly
adorable miniature apricot poodle PIERRE HENRI!

That Judge Viscomi and her law clerk Aury Quezada, Esq.
as well as all the defense counsel and all their client
defendants and all the other defendants in the long
advised lawsuit in the UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY in effect and as
the famous expression goes and goes and goes yet
some more, "could care less" that these dates were
the aforementioned YAHRZEIT DATES!
=========================================================

But when at long last, finally, Judge Viscomi
seemingly reluctantly granted JEWISH Dr. and Mrs. Schoeman's
long stated many times given, and most respectfully so,
request, appeal, demand for the aforementioned
ADJOURNMENTS, it was by then far, far, far to late for
THE TORMENT, THE TORTURE, THE UTTER DISRESPECT
FOR THIS SACRED JEWISH OBSERVANCE remains and
forever in the brave and noble and courageous and heroic
but, tragically sadly, long ancient ANNALS of tortured,
tortuous, of the magnificent history of God's
CHOSEN PEOPLE!
======================================================

The harm, the injury, the trauma aforementioned done is not at al
ever wiped away!
++++++++++++++++++++++++++++++++++++++++++++++++++
And such a case that emerging to the fore is
THE TORT OF THE INTENTIONAL INFLICTION OF
EMOTIONAL STRESS so very immensely damaging to
the Plaintiffs Pro Se, JEWISH Dr. Schoeman, ALMOST
84 years of age and with AGGRESSIVE PROSTATE CANCER
having been treated an incredibly not once, not twice, not even
thrice but FORTY-EIGHT TIMES, high blood pressure,
type-2 diabetes not so well as with high blood pressure
treatable, Mrs. Schoeman, ALMOST 80 years of age, with the
dreadful and horrifying and terrifying very serous POTENTIALLY
if there be ANY STRESS AT ALL heart disease called
TACHYCARDIA and combined with her MITRO VALE
PROLAPSE makes for a very heady brew instead, in fact!
++++++++++++++++++++++++++++++++++++++++++++++++++

MOST respectfully argued, presented, submitted,

JEWISH Dr. and Mrs. Stephen Francis and
Joyanne Louise Schoeman

LIST OF DEFENDANT OFFICIAL ADDRESSES
=====================================

Judge Ana C/ Viscomi
Superior Cour
56 Paterson Street
New Brunswick, New Jersey 08901

Aury Quezada, Esq.
Law Clerk
Chambers of Judge Ana C. Viscomi
56 Paterson Street
New Brunswick. New Jersey 080-1

Stephen O. Davis, Esq.
15 Mountain Boulevard
Warren, New Jersey 07059

James A. Vigliotti, Esq.
783 Springfield Avenue
Summit, New Jersey 07901

Joseph Isola, Esq.
955 State Route 34
Matawan, New Jersey 07747

Judge John De Massie's
Judge
Summit Municipal Court
360 Elkwood Avenue
New Providence, New Jersey 07974

Judge Para Patel
Westfield Municipal Court
425 East Broad Street
Westfield, New Jersey 07090

Prosecutor Michal J. Mitzner
Prosecutor
Summit Municipal Court
360 Elkwood Avenue
New Providence, New Jersey 07975

Clerk
Westfield Municipal Court
425 East Broad Street
Westfield, New Jersey 07090

Clerk
Summit Municipal Court
360 Elkwood Avenue
New Providence . New Jersey 07090

New Jersey Attorney-General Jennifer Davenport
P. O. Box 080
25 Market Street
Trenton, New Jersey 08625