

# WIKIMEDIA COMMONS

# File:Truth unveiled by Time by Bernini, c. 1645-1652, marble - Galleria Borghese - Rome, Italy - DSC04788.jpg



- Download all sizes
- Use this file on the web
- Use this file on a wiki
- Email a link to this file
- Information about reusing

Size of this preview: 400 × 600 pixels.



# File:Truth unveiled by Time by Bernini, c. 1645-1652, marble - Galleria Borghese - Rome, Italy - DSC04788.jpg

Download all sizes

Use this file on the web

Use this file on a wiki

Email a link to this file

Information about reusing



Size of this preview: 400 × 600 pixels.

## Fw: US DISTRICT COURT, NJ, LAWSUIT

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc: sdavis@newjerseylaw.net; jvigliotti@summitlawyers.net; jisola@cgajlaw.com

Bcc: macrina.carra@njcourts.gov; vtovar@westfieldnj.gov

Date: Friday, February 20, 2026, 08:47 PM EST

MID-L-8679-25. Superior Court, New Jersey, Middlesex County Vicinage
-------------------------------------------------------------------

You are each above-emailed hereby MOST respectfully notified as a matter of professional courtesy that a complaint SHALL be filed against each and every one of you on or before Wednesday, February 25,2026

That, THEREFORE, it is, of course impermissible for Superior Court Judge Ana C. Viscomi and this Court-of-Law to conduct their scheduled motion hearing on Thursday, February 26,2026.

There are INDEED very great issues concerning CONSTITUTIONALITY and ANTI-SEMITISM (alleged)!

That the notice of this lawsuit many times MOST respectfully given has, so sad to say, as to these matters above been grossly intentionally disregard and we say so with all due respect owing to each and to all of you bar none

MOST respectfully yours,
JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
++++++

----- Forwarded Message -----
**From:** sschoeman@verizon.net <sschoeman@verizon.net>
**To:** Aury Quezada <aury.quezada@njcourts.gov>; Jaclyn Berry <jaclyn.berry@njcourts.gov>; aoc-acjcinfo.mbx@njcourts.gov <aoc-acjcinfo.mbx@njcourts.gov>
**Cc:** Stephen Davis <sdavis@newjerseylaw.net>; James Vigliotti <jvigliotti@summitlawyers.net>; Joseph Isola <jisola@cgajlaw.com>
**Sent:** Friday, February 20, 2026, 06:33:07 PM EST
**Subject:** US DISTRICT COURT, NJ, LAWSUIT

JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, Union County
New Jersey 07090

(908) 233-8278

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

---

JEWISH Dr. Stephen Francis and Mrs. Joyanne Louise Schoeman,

                                                        The Plaintiffs Pro Se

              v.

Superior Court of New Jersey Judge Ana C. Viscomi, her law
clerk Aury Quezada, Superior Court of Middlesex County
Vicinage, Stephen Davis, Esq., James A. Vigliotti, Esq.,
Joseph Isola, Esq., Summit Municipal Court Judge John De Massie,
Westfield Municipal Court Judge Paraq Patel, Summit Municipal
Court Prosecutor Michael J. Mitzner, the Clerk of the Westfield
Municipal Court, the Clerk of the Summit Municipal Court,
New Jersey Courts, and the State of New Jersey Government,

                                                        The Defendants


We, JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman,
   ++++++
the tortured, tormented, battered Plaintiffs Pro Se herein,
complaining of the Defendants ALL state as follows:

ONE: Dr. Schoeman is A JEW!

TWO: Defendant Judge Ana C. Viscomi, her defendant law
clerk attorney-at-law Aury Quezada, and each of the
defense counsel named above in defendant Superior Court's
docketed case number MID-L-8679-25 have DESECRATED
the YAHRZEITS of JEWISH Plaintiff's Pro Se beloved and
loving parents of the most blessed of precious memories
imaginable!

THREE: That there is a climate, alas, tragically so, of
ANTI-SEMITISM in said "Court-of-Law"!

FOUR: That, in addition, various provisions of the
CONSTITUTIONAL LAW have been violated as
follows:
=====================
18 U.S.C. SECTION 242
=====================
Due Process of Law

Equal Protection of the Laws
Freedom of Religion
Civil Rights Act of 1964
State of New Jersey laws against impermissible discrimination
United Nations Universal Declaration of Human Rights
=====================================================
United Nations International Covenant of Civil and Political Rights
TO WHICH THE UNITED STATES OF AMERICA IS BOUND
UNDER THE TREATY CLAUSE OF THE UNITED STATES OF
AMERICA AS THE LAW OF THE LAND AS IT WAS BOTH
RATIFIED BY THE UNITED STATES SENATE AND SIGNED,
OF COURSE, INTO LAW BY UNITED STATES PRESIDENT
JIMMY CARTER
=====================================================
FIVE: That ALL this, ever bit of THIS, no exceptions has caused
such level of emotional upset in the Plaintiffs Pro Se, and
especially for the obvious alleged reasons, SUPRA,
JEWISH Dr. Stephen Francis Schoeman as to rise sadly,
tragically, TRAUMATICALLY, dramatically to being
THE TORT OF THE INTENTIONAL INFLICTION OF
EMOTIONAL STRESS and as well PHYSICAL HARM
as to their HEALTH at their ancient ages, JEWISH
Dr. Schoeman almost 84, his beloved and loving wife,
best friend, and soulmate almost 80!

SIX: That the Plaintiffs Pro Se now fear as things are
going, SUPRA, that their beloved and loving and ever
so hugely enormously adorable miniature apricot poodle
PIERRE HENRI as to whom their resepctively are
MOMMY and DADDY shall in short order be left
AN ORPHAN!

WHEREFORE, we the JEWISH Dr. Stephen Francis
and Mrs. Joyanne Louise Schoeman MOST
respectfully request such relief as to this
Court-of-Law may deem appropriate under the
reasons herein stated

DATED: Friday evening, of course,
    THE JEWISH SABBATH for the
    URGENCIES OF THE MATTERS HEREIN
    HAVE GIVEN US NO CHOICE BUT TO
    WRITE NOW

Most respectfully to this Court-of-Law,
JEWISH Dr. and Mrs. Stephen Francis and
Joyanne Louise Schoeman, the Plaintiffs Pro Se

herein