

CLERK
S. DISTRICT COURT
RICT OF NEW JERSEY
  VED
FEB 24 A 10:57

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs PRO SE
101 Jefferson Avenue
Westfield, New Jere 07090

Clerk
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102-3572

