*Duplicate because of USPS uncertainties!*

## DEFAMATION PER SE

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc: sdavis@newjerseylaw.net; jisola@cgajlaw.com; jvigliotti@summitlawyers.net

Bcc: macrina.carra@njcourts.gov; vtovar@westfieldnj.gov

Date: Tuesday, February 24, 2026, 10:44 PM EST

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR -2  A 11: 06

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
(Docket number pending)

JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
v. New Jersey Superior Court Judge Ana C. Viscomi et al
=========================================================
We, the Plaintiffs Pro Se in these increasingly as to us tormenting,
torturing, grossly abusing "proceedings" about -which we have
written and spoken so many times,

HEREBY most respectfully accuse ALL the defense counsel and
ALL their defendant clients of the EVILS of DEFAMATION PER SE!

And, FURTHERMORE, most respectfully accuse Superior Court
Judge Ana C. Viscomi and her law clerk Aury  Quezada, Esq.
AND the Superior Court of New Jersey: Middlesex Vicinage,
AND the Superior Court of New Jersey
AND New Jersey Courts
AND The State of New Jersey

of SUSTAINING the LIBEL of EVILS of DEFAMATION PER SE
by never

FIRST,
AT ONCE,
IMMEDIATELY,

ENTERTAINING our MOTION FOR SUMMARY JUDGEMENT!
=========================================================
AND as well forcing JEWISH Dr. Stephen Francis Schoeman to
have TO BEG that NOW defendant Superior Court Judge
Ana C. Viscomi and her NOW defendant aforementioned LAW CLERK
and the NOW defendant Superior Court: Middlesex County Vicinage
did WILLFULLY refuse the many respectful requests of
JEWISH Dr. Schoeman for ADJOURNMENTS of defendant Judge Viscomi's

## DEFAMATION PER SE

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:    aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc:    sdavis@newjerseylaw.net; jisola@cgajlaw.com; jvigliotti@summitlawyers.net

Bcc:   macrina.carra@njcourts.gov; vtovar@westfieldnj.gov

Date:  Tuesday, February 24, 2026, 10:44 PM EST

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR -2 A 11: 0:

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
(Docket number pending)

JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
v. New Jersey Superior Court Judge Ana C. Viscomi et al
========================================================
We, the Plaintiffs Pro Se in these increasingly as to us tormenting,
torturing, grossly abusing "proceedings" about -which we have
written and spoken so many times,

HEREBY most respectfully accuse ALL the defense counsel and
ALL their defendant clients of the EVILS of DEFAMATION PER SE!

And, FURTHERMORE, most respectfully accuse Superior Court
Judge Ana C. Viscomi and her law clerk Aury  Quezada, Esq.
AND the Superior Court of New Jersey: Middlesex Vicinage,
AND the Superior Court of New Jersey
AND New Jersey Courts
AND The State of New Jersey

of SUSTAINING the LIBEL of EVILS of DEFAMATION PER SE
by never

FIRST,
AT ONCE,
IMMEDIATELY,

ENTERTAINING our MOTION FOR SUMMARY JUDGEMENT!
========================================================
AND as well forcing JEWISH Dr. Stephen Francis Schoeman to
have TO BEG that NOW defendant Superior Court Judge
Ana C. Viscomi and her NOW defendant aforementioned LAW CLERK
and the NOW defendant Superior Court: Middlesex County Vicinage
did WILLFULLY refuse the many respectful requests of
JEWISH Dr. Schoeman for ADJOURNMENTS of defendant Judge Viscomi's

MOTION HEARING to times and dates and days OTHER than those of the YAHRZEITS of his beloved and loving PARENTS of the most blessed of precious memories imaginable!

In total ABANDONMENT and VIOLATION and TORTURING dismissal, disregard of, diminution of THE FREEDOM OF RELIGIOUS WORSHIOP in the JEWISH OBSERVANCE of YAHRZEIT!

That THUS gruesome memories of the satanic atrocities towards JEWISH Dr. Schoeman's PEOPE, GOD''S CHOSEN PEOPLE, the JEWISH PEOPLE were with exactly excruciatingly painful thought brought squarely to JEWISH Dr. Schoeman's mind and he is a substantial historian and scholar and expert in, on, about, relating to, concerning THE HOLOCAUST!!!

====================================================================

DATED: late evening, Tuesday, February 24,2026

MOST respectfully yours,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
The Plaintiffs Pro Se herein, MID-L-8679-25
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278 AND (908)  654-4144

# ABJECT INTENTIONAL JUDICIAL NON-COMPLIANCE!

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:     aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; steven.budelman@njcourts.gov;
        jason.saunders@njcourts.gov

Cc:     sdavis@newjerseylaw.net; jisola@cgajlaw.com; jvigliotti@summitlawyers.net

Bcc:    macrina.carra@njcourts.gov; vtovar@westfieldnj.gov; aoc-acjcinfo.mbx@njcourts.gov

Date:   Tuesday, February 24, 2026, 05:39 PM EST


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Docket Number (Pending completion of filing by the Clerk of the Court)

      MEMORANDUM OF LAW OF THE PLAINTIFFS PRO SE,
      dated this Tuesday, February 24,2026, late afternoon
=================================================

DEUTERONOMY 16:20, "Justice, justice alone shall you pursue"
-------------------------------------------------------------------------------

Never in the course of the ancient annals of JURISPRUDENCE has any
judge been so very defiant of the bases, THE FUNDAMENT, the vitally
important ESSENTIALS, of THE JUST RULE OF LAW JUSTLY
APPLIED, ENFORCED, HONORED!

For Defendant herein New Jersey Superior Court Judge Ana C. Viscomi
has been, had been, and IS still violating the following so many times having
been by us most politely, most respectfully, most honorable, must justly
cited to her many times indeed, in fact:
=========================================================
DUE PROCESS OF LAW
EQUAL PROTECTION OF THE LAW
DOCTRINE OF DUE PROCESS PROPER NOTIFICATION
EQUITABLE DOCTRINE OF CLEAN HANDS
CIVIL RIGHS ACT OF 1964
ABSOLUTE RIGHT OF FREEOM OF RELIGION
FREDOM OF SPEECH
CODE OF JUDICIAL CONDUCT OF NEW JERSEY
==========================================
MODEL CODE OF JUDICIAL CONDUCT OF THE ABA
RULES OF PROFESSIONAL CONDUCT OF NEW JERSEY
MODEL RULES OF PROFESSIONAL CONDUCT OF THE ABA
THE LAWS AGAINST ANTI-SEMITISM
==================================

## Your shipment will soon be on its way

From: iShip_Services_105 (iship_services_105@iship.com)

To:     sschoeman@verizon.net

Date:   Tuesday, February 24, 2026, 01:27 PM EST



**THE UPS STORE**

be unstoppable



## A shipment has been created

**A package shipping to UNITED STATES DISTRICT COURT OF NJ will be picked up by UPS on Tuesday, February 24, 2026.**

DV DANIELS NJ .070

25 FEB 2026  PM 2  L

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs PRO SE
101 Jefferson Avenue
Westfield, New Jere 07090

2026 MAR -2  A 11: 01

Clerk
United States District Court, District of New Jersey
Martin Luther King , Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102-3572

07102-359599


