# ABJECT INTENTIONAL JUDICIAL NON-COMPLIANCE!

CLERK
U S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; steven.budelman@njcourts.gov; 2026 MAR -2 A 10: 58
       jason.saunders@njcourts.gov

Cc:    sdavis@newjerseylaw.net; jisola@cgajlaw.com; jvigliotti@summitlawyers.net

Bcc:   macrina.carra@njcourts.gov; vtovar@westfieldnj.gov; aoc-acjcinfo.mbx@njcourts.gov

Date:  Tuesday, February 24, 2026, 05:39 PM EST


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Docket Number (Pending completion of filing by the Clerk of the Court)

> MEMORANDUM OF LAW OF THE PLAINTIFFS PRO SE,
> dated this Tuesday, February 24,2026, late afternoon
> ===============================================

DEUTERONOMY 16:20, "Justice, justice alone shall you pursue"

-------------------------------------------------------------------------------

Never in the course of the ancient annals of JURISPRUDENCE has any judge been so very defiant of the bases, THE FUNDAMENT, the vitally important ESSENTIALS, of THE JUST RULE OF LAW JUSTLY APPLIED, ENFORCED, HONORED!

For Defendant herein New Jersey Superior Court Judge Ana C. Viscomi has been, had been, and IS still violating the following so many times having been by us most politely, most respectfully, most honorable, must justly cited to her many times indeed, in fact:

========================================================
DUE PROCESS OF LAW
EQUAL PROTECTION OF THE LAW
DOCTRINE OF DUE PROCESS PROPER NOTIFICATION
EQUITABLE DOCTRINE OF CLEAN HANDS
CIVIL RIGHS ACT OF 1964
ABSOLUTE RIGHT OF FREEOM OF RELIGION
FREDOM OF SPEECH
CODE OF JUDICIAL CONDUCT OF NEW JERSEY
===========================================

MODEL CODE OF JUDICIAL CONDUCT OF THE ABA
RULES OF PROFESSIONAL CONDUCT OF NEW JERSEY
MODEL RULES OF PROFESSIONAL CONDUCT OF THE ABA
THE LAWS AGAINST ANTI-SEMITISM
==================================

AOL Mail - ABJECT INTENTIONAL JUDICIAL NON-COMPLIANCE!                                    2/24/26, 5:39 PM

ALL STANDARDS OF DECENCY
ALL STANDARD OF JUSTICE
ALL STANDARDS OF RIGHTFUL JURISPRUDENCE
ALL STANDARDS OF CIVILIZATION
THE RULE OF LAW
THE FIFTH AMENDMENT
THE FOURTEENTH AMENDMENT
THE RULES GOVERNING THE COURTS OF NEW JERSEY
LIBEL
SLANDER
DEFAMATION PER SE
=========================================================

That Judge Viscomi though a DEFENDANT in and before HER OWN
COURT and as well NOW a DEFENDANT in and before THIS COURT,
the United Stats District Court for the District of New Jersey as well too
as all the Defendants in her Court and all the Defense Counsel in her
Court who are, having been repeatedly stated by us DEFENDANTS
as well in HER COURT and as well the DEFENDANT CLIENTS in
HER COURT

REFUSES, and ABSOLUTELY so, to comply with any of the
FUNAMENTS, supra!

That she had cast, and has cast, and still is mightily casting
INJUSTICE of immense proportions, degrees, intensities upon
both HER COURT and THIS COURT!

That even the repeated many times very much most
respectful REQUEST FOR RECUSAL has, alas, gone astray
with Judge Viscomi!

That even our advice of the need for intervention by a FEDERAL
COURT has had no telling effect on Judge Viscomi!

That the mention of any of the above FUNDAMENTS has been
specifically intentionally rejected outright by Judge Viscomi!

That perhaps above all even the advice of the growing need for
IMPEACHMENT has been, as the world-famous expression goes,
"WATER OFF A DUCK'S BACK"!!!
=======================================================

WE ARE ONE AND ALWAYS AS ONE AND INDIVIDUALLY SO
AS WELL OF THE OPINION THAT THESE MATTERS, SUPRA,
RESPECTFULLY REQUIRE THE RELIEF OF THIS COURT1

AOL Mail - ABJECT INTENTIONAL JUDICIAL NON-COMPLIANCE!    2/24/26, 5:39 PM

Respectfully argued, presented, submitted,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278

## Fw: A package has been delivered

From:   sschoeman@verizon.net (sschoeman@verizon.net)

To:     aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc:     steven.budelman@njcourts.gov; jason.saunders@njcourts.gov

Bcc:    sdavis@newjerseylaw.net; jisola@cgajlaw.com; jvigliotti@summitlawyers.net; macrina.carra@njcourts.gov; vtovar@westfieldnj.gov; sschoeman@verizon.net

Date:   Tuesday, February 24, 2026, 05:54 PM EST


----- Forwarded Message -----
**From:** iShip_Services_105 <iship_services_105@iship.com>
**To:** SSCHOEMAN@VERIZON.NET <sschoeman@verizon.net>
**Sent:** Tuesday, February 24, 2026, 11:16:29 AM EST
**Subject:** A package has been delivered



A package has been delivered.



A shipment to UNITED STATES DISTRICT COURT was delivered on Tue 24 Feb 2026 10:48 AM.

Delivered to
CLERK
UNITED STATES DISTRICT COURT
NEWARK, NJ 07102-3551
(street address omitted intentionally)

Who sent it

STEPHEN SCHOEMAN, PH.D
Westfield, NJ 07090
(street address omitted intentionally)

Shipped from
THE UPS STORE #3400
908-301-1900

Sender's message

Tracking updates
Click the link below to view complete tracking information.

**VIEW TRACKING**

Need package help? (lost/damaged)
Provide details so we can help.

**GET STARTED**

Have a question?
Please contact UPS directly at 1-800-PICK-UPS (1-800-742-5877), and have your tracking number ready.



Great offers on everything, direct to your inbox
At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox – so you can make more of your time and money.

**SIGN UP NOW**

**THE UPS STORE**
be unstoppable

CONFIDENTIALITY NOTICE: The information contained in and accompanying this communication may be privileged or confidential and is intended solely for the use of the intended recipient(s). If you are not the intended recipient(s) of this communication please delete and destroy all copies immediately.

## Your shipment will soon be on its way

From:   iShip_Services_105 (iship_services_105@iship.com)

To:       sschoeman@verizon.net

Date:    Tuesday, February 24, 2026, 01:27 PM EST



**THE UPS STORE**

be unstoppable



# A shipment has been created

**A package shipping to UNITED STATES DISTRICT COURT OF NJ will be picked up by UPS on Tuesday, February 24, 2026.**

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs PRO SE
101 Jefferson Avenue
Westfield, New Jere 07090



Clerk
United States District Court, District of New Jersey
Martin Luther King , Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102-3572

DV DANIELS NJ

25 FEB.2026   PM 8   L

2026 MAR - 2   A 10: 58

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

07102-359599