JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants*
*the Hon. Ana Viscomi, J.S.C.,*
*New Jersey Courts, the Middlesex*
*Vicinage Superior Court, and the*
*State of New Jersey*

By:  Kenneth R. Schuster, Jr.
     Deputy Attorney General
     (609) 376-2440
     Kenneth.Schuster@law.njoag.gov

|  |  |
|---|---|
| JEWISH DR. STEPHEN FRANCIS,<br><br>              Plaintiff,<br><br>         v.<br><br> ANA C. VISCOMI, et al.,<br><br>              Defendants. | HON. MADELINE COX ARLEO, U.S.D.J.<br>HON. JESSICA S. ALLEN, U.S.M.J.<br><br>Civil Action No. 2:26-cv-01827-MCA-JSA<br><br><u>Civil Action</u><br><br>**NOTICE OF APPEARANCE** |

TO: (via CM/ECF)
     Clerk of the Court
     Martin Luther King Building & U.S. Courthouse
     50 Walnut Street
     Newark, NJ 07102

     (via CM/ECF and U.S. Mail)
     Dr. Stephen Francis Schoeman
     Joyanne Louise Schoeman
     101 Jefferson Ave
     Westfield, NJ 07090

**PLEASE TAKE NOTICE** that Kenneth R. Schuster, Jr., Deputy

Attorney General, is hereby designated as counsel for Defendants,

the Hon. Ana Viscomi, J.S.C., New Jersey Courts, the Middlesex

Vicinage Superior Court, and the State of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed to Deputy Attorney General Kenneth R. Schuster, Jr., and all correspondence should be addressed as follows:

> Kenneth R. Schuster, Jr., DAG
> Office of the Attorney General
> R.J. Hughes Justice Complex
> 25 Market Street
> P.O. Box 112
> Trenton, New Jersey 08625
> Kenneth.Schuster@law.njoag.gov

> JENNIFER DAVENPORT
> ATTORNEY GENERAL OF NEW JERSEY

> By:    */s/ Kenneth R. Schuster, Jr.*
>        Kenneth R. Schuster, Jr.
>        Deputy Attorney General

DATED: March 10, 2026