

*State of New Jersey*

| | OFFICE OF THE ATTORNEY GENERAL | |
|---|---|---|
| MIKIE SHERRIL | DEPARTMENT OF LAW AND PUBLIC SAFETY | JENNIFER DAVENPORT |
| *Governor* | DIVISION OF LAW | *Attorney General* |
| | 25 MARKET STREET | |
| DR. DALE G. CALDWELL | PO BOX 112 | MICHAEL C. WALTERS |
| *Lt. Governor* | TRENTON, NJ 08625-0112 | *Acting Director* |

March 10, 2026

**Via CM/ECF**

The Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** *Stephen Francis Schoeman, et al. v. Ana C. Viscomi et al.*
> **Civil Action No. 2:26-cv-01827-MCA-JSA**
>
> **Waiver of Service of Process**

Dear Judge Allen:

I represent the State Defendants – the Hon. Ana C. Viscomi, J.S.C., New Jersey Courts, the Middlesex Vicinage Superior Court, and the State of New Jersey – in the above-referenced matter. The State Defendants have authorized me to waive service of process. On March 9, 2026, self-represented plaintiffs, Dr. Stephen Francis and Joyanne Louise Schoeman, consented to proceed via waiver of service. I have entered an appearance on the State Defendants' behalf and asked Mr. and Mrs. Schoeman to refrain from serving Judge Viscomi as it is no longer necessary to do so. In accordance with Fed. R. Civ. P. 4(d), State Defendants ask the Court to provide them with sixty days from yesterday's date – on or before May 8, 2026 – to respond to the Amended Complaint. We thank the Court for its attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Kenneth R. Schuster, Jr.
      Kenneth R. Schuster, Jr.
      Deputy Attorney General

cc:   (via U.S. Mail and CM/ECF)
      Dr. Stephen Francis Schoeman
      Joyanne Louise Schoeman

