UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2:26-cv-01827
Schoeman v. Viscomi et al

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 12 A 11: 04

Dated: Sunday, March 8,2026

Dear Clerk of the Court,

    Unfortunately, because of certain situations having arisen, we, therefore, willingly recommence having James A. Vigliotti, Esq. being a DEFENDANT in this docketed matter

    Please confirm.

    Thank you very much!


        MOST respectfully yours,

        Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
        The Plaintiffs Pro Se herein

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

DV DANIELS NJ 070

9 MAR 2026 PM 8 L



UNITED STATES
OF AMERICA

FOREVER/USA

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 12 A 10 56

CLERK

07102-359599