UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2-26-cv-01827
Schoeman v. Viscomi

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 10  A 11: 28

Thursday, March 5, 2026

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Court House
50 Walnut Street
Newark, New Jersey 07202

James A Vigliotti, Esq.
783 Springfield Avenue
Summit, New Jersey 08901

Dear Clerk of the Court,

Please remove James A. Vigliotti, Esq. as a defendant in the above-docketed matter.

We willingly ask that you please do so.

Please confirm having as soon as possible done so.

Thank you.

MOST Respectfully Yours,

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs Pro Se

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

DV DANIELS NJ 070

MAR 2026 PM 6 L



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 10  A 11: 28





Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

07102-359599