# PROPOSED SETTLEMENT

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 16  A 10: 42

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:    kenneth.schuster@law.njoag.gov

Date: Tuesday, March 10, 2026, 10:37 AM EDT

Today, Tuesday morning, March 10,2026
================================

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2:26-cv-01827
Schoeman v. Viscomi et
============================================================

Deputy Attorney-General Schuster:

We have now FIVE (5) times proposed TO YOU our offer of SETTLEMENT herein plus, of course, the GENERAL RELEASE
and, alas, have yet to hear from you AT ALL!

Again, our proposed SETTLEMENT:

"That defendant herein Superior Court of New Jersey Judge Anna C. Viscomi IMMEDIATELY issue an ORDER to
Summit, New Jersey, Municipal Court Judge John De Massie that he immediately DELETE THE LIBEL against
Dr. Stephen Francis Schoeman in his Order of Expungement, PAGE TWO (2), dated
Wednesday, September 10,2025."

============================================================
====================0
You shall please note that at no point at all ever have we the Plaintiffs Se asked for any money at all in judicial relief,
whether it be punitive or compensatory or both!
============================================================
====================

Ours is far more than even a fair, equitable, just, reasonable, rational, sensible, sound judgment of a resolution,
that is, SETTLEMENT!

AND YET YOU HAVE NOT EVEN ACKNOWLEDGED RECEIPT OF OUR PROPOSED OFFER OF SETTLEMENT
AND GENERAL RELEASE!

Case 2:26-cv-01827-MCA-JSA    Document 11    Filed 03/16/26    Page 2 of 3 PageID: 105

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++
THEREFORE, we must now ADVISE the United States District Court for the District of New
Jersey
of and as to and related to and concerning ALLEGED LACK OF CO-OPERATION HEREIN
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+++++

Of course, MOST respectfully,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278

cc: Clerk of the Court, United States District Court for the District of New Jersey



UNITED STATES
OF AMERICA

FOREVER/USA

DR. STEPHEN FRANCIS AND MRS. JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090


DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090