# USDCTNJ EXHIBIT: THE EGREGIOUS CONDUCT OF JUDGE VISCOMI

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: aury.quezada@njcourts.gov; jaclyn.berry@njcourts.gov; aoc-acjcinfo.mbx@njcourts.gov

Cc: sdavis@newjerseylaw.net; jvigliotti@summitlawyers.net; jisola@cgajlaw.com

Bcc: macrina.carra@njcourts.gov; vtovar@westfieldnj.gov

Date: Sunday, March 8, 2026, 01:43 AM EST

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2:26-cv-01827-MCA-JSA
Schoeman v. Viscomi et al

---

EXHIBIT, marked, Sunday very early morning, March 8,2026

   "THE EGREGIOUS CONDUCT OF NEW JERSEY
   SUPERIOR COURT JUDGE ANA C. VISCOMI"
=================================================================

ONE: She has long continued to permit Defense Counsel and their Defendant Clients
to perpetuate THE LIE, THE LIBEL, THE FACTUAL FALSEHOOD against
Dr. Stephen Francis Schoeman, Co-Plaintiff Pro Se in MID-L-8679-25.
=================================================================

TWO: She has continued tor refuse to recuse herself.
=================================================================

THREE: She has continued to exemplify judicial incompetence by failing PROMPTLY
to hear the MOTION FOR SUMMARY JUDGMENT of the Plaintiffs Pro Se,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, returnable by them,
January 13,2026 but not considered, if considered at all in any real substantive sense,
until Thursday, February 26,2026, a full FORTY-FOUR DAYS LATER!
=================================================================

FOUR:She has exhibited, alas and alack, tragic too, of course, contempt for
Dr. Schoeman BEING JEWISH in that she repeatedly many times has refused
even to adjourn her motion hearings scheduled on the YAHRZEIT of his
beloved MOTHER, March 13,2026, and on the YAHRZEIT of his beloved
FATHER, February 27,2026 and THUS has cast JEWISH Dr. Schoeman into
such a state as to rise to the occasion of

   THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
=================================================================

FIVE: The DYSFUNCTION of her chambers is more than quite evident in that her law clerk Aury Quezeda, believed to be a New Jersey attorney-at-law, admitted by telephone to the Plaintiffs Pro Se that neither he nor Judge Viscomi knew of the MEMORANDUM OF LAW of the Plaintiffs Pro Se which had been by UPS and USPS submitted to them and that FURTHER they did not know, appalling as it is, that contained within were the opposing papers of the Plaintiffs Pro se to the motions to dismiss their Complaint because he admitted, "I did not see a heading saying "Opposing Papers"!!!
================================================================

SIX: AT NO POINT has Judge Viscomi recognized the many times repeated offers of the Plaintiffs Pro Se for SETTLEMENT and for GENERAL RELEASE, an appalling failure of judicial consideration of the vital need to settle litigation so as to save the Court time, money, energy, labor!

SEVEN: THE HOLDING OF A MOTION HEARING, Thursday, February 26,2026 DESPITE Mrs. Joyanne Louise Schoeman the beloved wife of her beloved husband Dr. Schoeman advising Judge Viscomi and her law clerk aforementioned that Dr. Schoeman had taken ill and so the hearing aforementioned scheduled by her had, therefore, to be cancelled!
================================================================

EIGHT: Various several CONSTITUTIONAL LAW violations:

Due Process of Law
Equal Protection of the Law
Right to petition government for a redress of grievances
Due Process Proper Notification
Freedom of Religion
18 U.S.C. Section 242
The Declaration of Independence's guarantee to protect Dr. Schoeman's good name, good reputation, high esteem all his nearly eighty-four years of life, that is, UNDER THE EYES OF THE LAW,

            HIS PERFECT RECORD

by, as aforesaid, supra, continuing to permit Defense Counsel and Defendants to perpetuate the aforementioned LIBEL, LIE, FACTUAL FALSEHOOD against Dr. Schoeman.
================================================================
==

NINE: The refusal to return with notification, of course, to Defense Counsel, any evidence at all of concern at all about the issues herein, supra, raised so many times by the Plaintiffs Pro Se!
================================================================
=

TEN: The adamancy of continuation of all the aforementioned!

CONCLUSION: That you, Ladies and Gentlemen of the JURY are hereby most respectfully by us, we, of course, the Plaintiffs Pro Se herein, Dr. Schoeman, of course, being JEWISH, the matters herein that we have tried (and, of course, no pun here) to present to your fine people doing your civic duty for UNCLE SAM!

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

DV DANIELS NJ   070

9 MAR 2026  PM 8  L



UNITED STATES
OF AMERICA

FOREVER/USA

UNITED STATES
OF AMERICA

FOREVER/US.

2026 MAR 13 A 10:16

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK

07102-359599