# DUE PROCESS OF LAW AND DUES

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    morr@orrcook.com; rsb@searcylaw.com

Cc:    dworkman2024@gmail.com; thowell@perryyoung.com; emeeks@meekslawfirm.com

Bcc:   jbutler@dglawyers.com; burgoonm@burgoonlaw.com; gordon@gloverlawfirm.com

Date:  Saturday, March 14, 2026, 05:34 PM EDT

United States District Court, District of New Jersey
docket number pending processing
SCHOEMAN V. THE FLORIDA BAR
-------------------------------------------------------------------------------------X

Plaintiffs' Pro Se EXHIBIT marked, Saturday, March 14,2026
"DUE PROCESS OF LAW, LEST THE DEFENDANT
THE FLORIDA BAR DOES NOT KNOW ABOUT OR HEARD
OR APPRECIATE IT AND DUES AND THE HOLOCAUST AND
THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND
LIBELOUS IF NOT SLANDEROUS CONDUCT ALLEGED ON THE PART
OF THE DEFENDANT THE FLORIDA BAR"

(C) JEWISH Dr. Stephen Francis and Joyanne Louise Schoeman
    Plaintiffs Pro Se herein
    Saturday, March 14,2026

DEUTERONOMY 16:20, "Justice, justice alone shall you pursue."

JEWISH Dr. Schoeman's maternal grandparents, she pregnant with his
beloved and loving MOTHER of the very most precious of blessed
memories did not travel the long distances from their poor SHTETL in
"old country" Poland where he was studying TO BE A RABBI to come
here, to AMERICA, way back in 1906, sailing from a DUTCH PORT on
rough and turbulent and windy and also calm sees FOR THIS!

    THAT JEWISH DR. SCHOEMAN'S PROPOSAL TO THE DEFENDANT
    FLORIDA BAR FOR A SINGLE PROGRAM ON THE HOLOCAUST
    WAS MET BY THE DEFENDANT FLORIDA BAR WITH COMPLETE SILENCE!
                        +++++++++++++++++++++++++
Nothing is to be done, can be done, may be done as to punishment or
discipline or fee imposition WITOUT A DUE PROCESS HEARING!

Here though is the defendant The Florida Bar ADAMANTLY imposed the
threat (menace) of disciplinary action against FIFTY YEAR MEMBER

JEWISH Dr. Stephen Francis Schoeman who has always throughout all those many, many, many years paid his dues as an inactive out-of-state member ON TIME!

And now on the FIFTIETH ANNIVERSARY of JEWISH Dr. Schoeman's membership in The Florida Bar

rather than a congratulatory note or letter or recognition let alone plaque, he received that aforementioned ODIOUS e-mail, "odious" because the record of Dr. Schoeman as to payment of his dues and in all other respects and aspects and situations in the eyes of the law has been PERFECT, his reputation, his good name, the high esteem in which for his nearly EIGHT-FOUR YEARS OF LIFE outstanding to say the very least!

And now, alas and alack, SULLIED all because the defendant Florida Bar did not check the envelope of the letter in which Dr. Schoeman had placed his DATED check!

And, then, THIS: SUNDAY IS NON-DELIVERY DAY BY USPS which means MARCH 1, 2026 was, of course, A SUNDAY!

NOR ARE EMPLOYEES IN THE MEMBERSHIP SERVICES DEPARTMENT OF THE DEFENDANT THE FLORIDA BAR WORKING ON SATURDAYS NOR IN ITS ACCOUNTING OR CHECK PROCESSING UNIT!

AND OVER A TRULY, REALLY SO, HUGE, GARGANTUAN, STUPENDOUSLY

ENORMOUS SUM OF MONEY HEREIN TO WHICH THE DEFENDANT THE FLORIDA BAR IS MAKING SUCH A MIASMICALLY ODOROUS "STINK" THAT IS ALSO ONOROS AND EVERY SO VERY ENORMOUSLY VIOLATIVE, TOXIC, THAT IS, TO THE HEALTH AND WELL-BEING AND EMOTIONAL BEING OF BOTH DR. SCHOEMAN AND HIS BELOVED AND LOVING WIFE, BEST FRIEND, AND SOULMATE JOY, THEY THE BELOVED AND LOVING MOMMY AND DADDY OF THEIR BELOVED AND LOVING AND EVER SO ENORMOUSLY TREMENDOUSLY OUTSTANDINGLY ADORABLE MINIATURE APRICOT POODLE PIERRE HENRI!
=================================================================

Of course, there is FOOLISHNESS in the world, there always has been, there always without God's glorious help, eternal, divine, straight off the cuff, so to speak, intercession, shall be!

And WHAT FOOLISHNESS THIS?

By our calculations as The Florida Bar under NEW JERSEY LAW cannot at all represent itself, MUST NOW HIRE ATTORNEYS TO DEFEND ITSELF BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY!

Based upon information and belief, THE RETAINER in these parts here in NEW JERSEY

averages around TEN THOUSAND DOLLARS for actions in FEDERAL COURT!

But, of course, that is not at all the end of IT!

There is THE TRIAL!
There may be AN APPEAL or two or three or more!
There is the reading and the reviewing and the drafting!
And the enormous amounts of time, labor, energy TO BE SPENT as well
======================================================================

All this, all of this, every bit of this over the defendant The Florida Bar's needless, cruel, brutal, abusive, menacing, threatening, frightening, health destroying TEMPEST IN A TEA POT over that aforementioned FIFTY-SEVEN DOLLAR final of the three installment payments!

NOR did anyone at all in the defendant The Florida Bar ever answer either JEWISH Dr. Schoeman's emails or letters concerning said "dues" problem of total and complete and thorough falsehood!

NOR as to THE HOLOCAUST any acknowledgement either to JEWISH Dr. Schoeman' many times suggestion of a lecture sponsored by The Florida Bar on the role of lawyerfs and judges in advancing Hitler's powers that JEWISH Dr. Schoeman was based upon, inspired by, moved by THE UNITED STATES HOLOCAUST MEMORIAL MUSEUM'S excellent and profound and authoritative but, of course, ever so very enormously hugely sad article, "JUSTICE, LAW, AND THE HOLOCAUST"!!!
======================================================================

AND NOT ONE WORD TOO, ever so voluminously grossly indecently callous, cruel, indifferent, brutal insensitive NON-RESPONSE by anyone at all in The Florida Bar to JEWISH Dr. Stephen Francis Schoeman's MANY TIMES STATED FACT that

    nearly all of his relatives in Poland and Hungary along with SIX MILLION
    OTHER JEWS throughout NAZI occupied Europe had been murdered by HITLER!

IN OUR BOOK AND BY DEFINITION, such is alleged to be, to have been, to continue to be

ANTI-SEMITISM and/or HOLOCAUST DENIAL!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

## Allegations of The Florida Bar ANTI-SEMITISM

From:   sschoeman@verizon.net (sschoeman@verizon.net)

To:     morr@orrcook.com; rsb@searcylaw.com

Cc:     dworkman2024@gmail.com; pgonamo@ricelawflorida.com; aron@gibsonlawyers.com

Bcc:    gordon@gloverlawfirm.com; jbutler@dglawyers.com; josh@jpfirm.com

Date:   Sunday, March 15, 2026, 03:03 PM EDT

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
LAWSUIT

SUPERIOR COURT OF NEW JERSEY, UNION COUNTY VICINAGE,
LAW DIVISION, LAW SUIT
_____

SUNDAY, MARCH 15,2026
======================

JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
United States of America

TO:

YAD VASHEM
Wiener Holocaust Library, London
Auschwitz-Birkenau Memorial and Museum
United States Holocaust Memorial Museum
Civil Rights Division, United States Department of Justice
United States Department of Homeland Security
Federal Bureau of Investigation (FBI)
+++++++++++++++++++++++++++++++++++++++++++++++++

Re: Alleged allegations of ANTI-SEMITISM by The Florida Bar

ONE: Dr. Schoeman is JEWISH!

TWO: Dr. Schoeman lost nearly all of his relatives in Poland and Hungary
in THE HOLOCAUST.

THREE: Dr. Schoeman had read a very fine authoritative scholarly article
by the United States Holocaust Memorial Museum entitled

   "Law, Justice, And The Holocaust"
   ============================

FOUR, Dr. Schoeman, therefore, decided to advise The Florida Bar of his
respectful but very sad proposal for obvious reasons that The Florida Bar

sponsor just ONE (1) lecture based on the aforesaid article from
the United States Holocaust Memorial Museum

FIVE: NOT EVEN ONCE did either the then President of The Florida Bar
nor any member of the Florida Bar Board of Governors or the Manager or
other employees of The Florida Bar Membership Services Department
ever even acknowledge any of his many e-mails in this immensely tragic
regard let alone ever answer JEWISH Dr. Stephen Francis Schoeman!

SIX: And NOW though Dr. Schoeman had paid his annual dues in
three installments IN FULL and ON TIME, The Florida Bar is disputing
the aforementioned FINAL INSTALLMENT of the $175 in annual dues!

SEVEN: Despite repeated emails and telephone calls from JEWISH
Dr. Schoeman, there has yet been any acknowledgment let alone reply
from the aforementioned Membership Services Department of The Florida Bar
let alone from anyone a member of The Florida Bar Board of Governors let
alone from its Executive Director let alone, alas and alack as well, either
the present President of The Florida Bar or even the President-Elect of
The Florida Bar

EIGHT: Upon information and belief, the cause or one of the causes of such
aforementioned silence and/or indifference IS that JEWISH Dr. Schoeman
had repeatedly recommended and proposed and suggested and advised
the aforementioned lecture on the role of lawyers and judges in the
advancement and enhancement and intensification of the authoritarian
and totalitarian and despotic and fiendish and satanic powers of Hitler!

And that, upon information and belief, it has become the policy somewhere
within the deep bowels of The Florida Bar NOT to acknowledge let alone to reply
or answer Dr. Stephen Francis Schoeman let alone his beloved and loving wife,
best friend, and soulmate Joyanne Louise Schoeman, they the loving and beloved
MOMMY and DADDY of their beloved and loving and ever so very adorable
miniature apricot poodle PIERRE HENRI.

And all THIS despite THE FACT that in FIFTY YEARS of membership
THIS YEAR, 2026, in The Florida Bar, Dr. Stephen Francis Schoeman has
NEVER been late with any annual dues payment!!!
============================================================

MOST respectfully but greatly saddened for all the reasons aforementioned,

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

# The Constitution VIOLATED

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:  morr@orrcook.com; rsb@searcylaw.com

Cc:  emeeks@meekslawfirm.com; dworkman2024@gmail.com

Bcc:  gordon@gloverlawfirm.com; josh@jpfirm.com

Date:  Sunday, March 15, 2026, 12:36 AM EDT

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
docket number pending
SCHOEMAN V. THE FLORIDA BAR

The Plaintiffs' Pro Se EXHIBIT marked, "The Constitution Violated"

---

Early Sunday morning GIVEN THE EXIGENCIES HEREIN, March 15,2026,

IS IT THIS IDES OF MARCH THAT THE CO-PLAINTIFF DR. SCHOEMAN
AND HIS BELOVED AND LOVING WIFE, BEST FRIEND, AND SOULMATE JOY,
THEY THE BELOVED AND LOVING PARENTS OF THEIR EVER SO VERY
ENORMOUSLY TREMENDOUSLY ADORABLE MINIATURE APRICOT
POODLE PIERRE HENRI ARE TO BE DOOMED AS STATED HEREIN BY
THE DEFENDANT THE FLORIDA BAR?
=============================================================

In the long, hard, tortuous, torturing by The Florida Bar the Defendant herein,
yes, the Constitution VIOLATED!

The false claim that Co-Plaintiff Pro Se Dr. Stephen Francsi Schoeman had not paid
 the final installment of his dues for the year, totally FIFTY-SEVEN DOLLARS, when he HAD!

The lack at all of any DUE PROCESS HEARING before the defendant The Florida Bar sent
a threatening, menacing, health destroying email to Co-Plaintiff!

The lack of Equal Protection of the Laws!

The lack of appeal in that as of this date, Sunday, March 15,2026 there has been no response
at all to the many times stated respectful objections of the Co-Plaintiffs Pro Se who are,
of course, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman about, concerning,
related to the very great URGENCY of the matter herein about, concerning, related to
THE FALSE CHARGE, SUPRA, that Dr. Schoeman had not paid the final installment of the
three (3) dues installments!

That Dr. Schoeman has year year become FIFTY (50) YEARS a member of The Florida Bar
but that, alas and alack, ever so painful and sad and pathetic even, The Florida Bar has

never sent Dr. Schoeman any CONGRATULATORY letter or note or even email let alone any telephone call at all!

That INSTEAD and in violation of the laws and rules and regulations and abundant public polices against DEFAMATIONS OF ANY KIND, the defendant The Florida Bar sent Co-Plaintiff Dr. Stephen Francis Schoeman that aforesaid threatening, menacing, health destroying email!
==================================================================

That neither Dr. Schoeman nor Mrs. Schoeman is a Spring chicken what with their respective LIFE-THREATENING DISEASES and at their respective very advanced ages!

That the Plaintiffs Pro Se HAVE THE ABSOLUTE RIGHT under THE DECLARATION OF INDEPENDENCE to live out their years "IN THE PURSUIT OF HAPPINESS"!

That as a result, directly so, of that aforementioned e-mail, the Plaintiffs Pro Se have been MADE ILL in that their respective LIFE-THREATENING DISEASES have been EXACERBATED!

That what should be peaceful enjoyment of live has been OVER-TURNED because of defendant The Florida Bar to these most unfortunate, enormously sad, HEALTH ADVERSING effects:

ONE: The vital need for this LITIGATION
TWO; The SLEEPLESS NIGHTS
THREE: The NIGHTMARES
FOUR: The DISQUIETS
FIVE: The sense of URGENCY IN DOOM as defendant The Florida Bar is threatening the LEGAL STATUS of the Co-Plaintiff Pro Se Dr. Stephen Francis Schoeman AS A MEMBER IN GOOD STANDING OF THE FLORIDA BAR the defendant herein!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That added to these aforementioned woes the rising issue of ALLEGED ANTI-SEMITISM!
==================================================================

ONE: Dr. Schoeman who is JEWISH many times proposed that The Florida Bar hold or sponsor or institute just one single lecture on the role of lawyers and judges in the empowerment of Hitler!

TWO: That Dr. Schoeman based his respectful proposal on an article by the UNITED STATES HOLOCAUST MEMORIAL MUSEUM "Law, Justice, And The Holocaust" which Dr. Schoeman repeatedly explained to The Florida Bar as the basis, the inspiration, the cause for his aforementioned respectful proposal!

THREE: That there never ever was EVEN AN ACKNOWLEDGMENT by anyone, any officer, any member of The Florida Board of Governors, many of whom were specifically addressed, most respectfully so, of course, by JEWISH Dr. Schoeman concerning his very respectful proposal aforementioned!

FOUR: That by anyone's book, so to speak, these matters herein aforementioned constitute ALLEGED ANTI-SEMITISM, ANTI-SEMITIC ATTITUDE, and/or ANTI-SEMITIC ACT!

FIVE: That the Plaintiffs' Pro Se are AGGRIEVED TO THEIR RESPECTIVE HEART!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

THAT ALL OF THIS AFOREMENTIONED constitutes THE ALLEGED TORT OF

THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS and in light of
JEWISH Dr. Stephen Francis Schoeman having lost nearly all of his relatives in
Poland and Hungary and as well SIX MILLION OTHER JEWS throughout Hitler's
Europe DURING THE HOLOCAUST!
            +++++++++++++++++++++++

That it is absolutely inconceivable to A JURY OF THE PEEARS of the defendant
The Florida Bar, some of the members of said Jury, BEINGG JEWISH, that
the conduct or rather misconduct, the attitude, the behavior or misbehavior,
the mindset, the acts, the mannerisms, of the defendant The Florida Bar are
anything but CONTEMPTIBLE to say the very least!
===================================================================

THAT WHAT SHOULD HAVE BEEN A GLORIOUS MOMENT OF PRIDE IN BEING
FIFTY YEARS A MEMBER OF THE FLORIDA BAR HAS TURNED, SO SADLY, SO
DRAMATICALLY, SO PATHETICALLY, SO VERY TRAGICALLY IN TERMS OF HEALTH
INTO A VERITABLE HELL!
++++++++++++++++++++++

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
2:26-cv-01827
SCHOEMAN V. VISCOMI et al

          X.   AMENDED COMPLAINT

The Plaintiffs Pro Se herein, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, residing at 101 Jefferson Avenue, Township of Westfield, Union County, State of New Jersey, complaining of The Florida Bar as a new Defendant, state as follows:

ONE: that Plaintiff Pro Se Dr. Stephen Francis Schoeman has been a member of The Florida Bar for FIFTY YEARS!

TWO; that in all the aforementioned time Dr. Schoeman has never been late with any annual dues payment!

THREE: that arrangements had willingly been made with The Florida Bar for Dr. Schoeman to pay out his annual dues this year in three installments totaling ONE HUNDRED SEVENTY-FIVE DOLLARS as an out-of-state inactive member of The Florida Bar.

FOUR: that Dr. Schoeman made each of the aforementioned installment payments on time!

FIVE: that according to XTXL TALLAHASSEE, "ONE YEAR LATER: Some neighbors report improvement, continued problems with Tallahassee USPS following audit: Some residents say they no longer have problems with the service, while others say they still deal with delayed and lost mail"
=====================================================================

SIX, that according to the Tallahassee Democrat's Arianna Oetero, "Tallahassee post offices suffer from lack of oversight, poor conditions, audits say"

"Leon County's post offices were slammed in audits conducted by the Postal Service's Inspector General that came after years of residents' complaints of missing and late mail."
=====================================================================
SEVEN, according to WCTV TALLAHASSEE, "Tallahassee without Postmaster as aid team investigate USPS service complaints: As concerns about postal issues escalate, a WCTV investigator found the USPS branch in the capital city is missing a top leader",
=====================================================================

EIGHT, that The Florida Bar duly received the aforementioned last installment from Plaintiff Pro Se Dr. Stephen Francis Schoeman

NINE: that nevertheless The Florida Bar in an email has threatened to commence disciplinary action against FIFTY-YEAR NEVER HAVING BEEN LATE WITH A DUES PAYMENT.

TEN, that, FURTHERMORE, and even far more importantly, Dr. Stephen Francis Schoeman who is JEWISH and who takes a very great interest indeed in THE HOLOCAUST, he sadly, horribly, tragically having lost nearly all of his relatives in Poland and Hungary to Hitler during THE HOLOCAUST and having read a very fine indeed authoritative article from THE UNITED STATES HOLOCAUST MEMORIAL MUSEUM entitled "Law, Justice, And The Holocaust", and having learned that other bar association groups across the country have sponsored programs on THE HOLOCAUST, respectfully proposed that THE FLORIDA BAR sponsor just ONE LECTURE on the role of lawyers and judges in the advancement of the power of Hitler!

ELEVEN: that to the amazement, shock, disbelief of Dr. Schoeman and his beloved and loving wife, best friend, and soulmate Joy, they the MOMMY and DADDY of their beloved and loving and ever so very adorable miniature apricot poodle PIERRE HENRI.

THERE WAS NOT EVEN ONE ACKNOWLEDGEMENT LET ALONE ANSWER FROM ANY OF THE OFFICERS OR OTHER OFFICIALS OR FROM ANY OF THE MEMBERS OF THE FLORIDA BAR BOARD OF GOVERNORS to the aforementioned proposal!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

TWELVE, according to the INTERNATIONAL HOLOCAUST REMEMBRANCE ALLIANCE, "Working definition of antisemitism: Contemporary examples of antisemitism in public life, the media, schools, the workplace, and in the religious sphere could, taking into account the over ll context, include, but are not limited to:

'Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of National Socialist Germany and its supporters and accomplices during World War II (the Holocaust'"
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

THIRTEEN, an appreciate herein unlucky number, that the material relevant admissible evidence support the allegation of one or more of the following:

A) Antisemitism
B) Antisemitic act or acts
C) Antisemitic attitude or state of mind or mindset

That there is no reason at all under the Sun for The Florida Bar to refuse EVEN TO ACKNOWLEDGE the aforementioned proposal!

That despite many emails to Membership Services of The Florida Bar, Membership Services dos not ever since the many times presented aforementioned proposal ever reply or answer or provide answers to anything that Dr. Schoeman emails TO THEM!

That the aforementioned constitutes at the very least THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
=====================================================================

WHEREFORE, and with enormously great and tremendous sadness, the Plaintiffs Pro Se herein most respectfully request judgment against The Florida Bar for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the Court may deem proper.

Sunday, March 15,2026 _____

DR. STEPHEN FRANCIS AND MRS. JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 17 A 11: 36




DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090



ZIP 07068
02 7H
0006115748

CLERK
DISTRICT COURT
OF NEW JERSEY
DIST. RECEIVED

2026 MAR 17 A 11: 34

# First Class Mail

Dr. and Mrs. Stephen Francis and Joyanne Louise S
101 Jefferson Avenue
Westfield, New Jersey 07090

UNITED STATES DISTRICT COURT OF
50 WALNUT ST
NEWARK NJ 07102

P: **M6**        S: **M6C5**        I: **625**

**6025-3444**

1ZE08748037407 **3755**

SAT08485 XLE AS03-1 Mar 17 06:28:00 2026
US 0764 UDC 25.9 SATOLR

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202