## Schoeman v. The Florida Bar

From:   sschoeman@verizon.net (sschoeman@verizon.net)

To:     rsb@searcylaw.com; morr@orrcook.com

Cc:     dworkman2024@gmail.com; pgonamo@ricelawflorida.com; gordon@gloverlawfirm.com; josh@jpfirm.com;
        somal@sec.gov

Bcc:    jbutler@dglawyers.com; thowell@perryyoung.com; aron@gibsonlawyers.com; emeeks@meekslawfirm.com

Date:   Saturday, March 14, 2026, 02:33 PM EDT

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
docket number pending
++++++++++++++++++++

EXHBIT marked "Plaintiffs' Pro Se Profound Unhappiness at the cost of
this litigation to the defendant herein The Florida Bar as in New Jersey it may
not as a corporation represent itself and MUST retained the professional
services of an attorney or attorney's-at law! Dated: Saturday, March 14,2026
================================================================

With huge sadness and unhappiness, this litigation SHALL cost the defendant herein
The Florida Bar perhaps tens of thousands of dollars a here in the world-famous
Garden State it is IMPERMISSIBLE for a corporation to defend itself and, thus,
MUST HIRE OUTSIDE COUNSEL!

ALL THIS OVER the $57 in the last of the 3 installments that Dr. Schoeman
PAID ON TIME, all of them, each and every one of them, each one of them,
ON TIME!

That Dr. Schoeman has NEVER BEEN LATE in his FIFTY YEARS OF
MEMBERSHIP in The Florida Bar!

That the local radio station in TALLAHASSEE reports that there are
continuing problems with the USPS!

That mail is never usually delivered on a Sunday and MARCH 1st THIS YEAR
FELL ON A SUNDAY!

That nobody works in your Membership Services office on a SATURDAY!

That rather than call JEWISH Dr. Schoeman about the "dues", the
defendant The Florida Bar SLAMMED, DISGRACED, DEFAMED,
ACTED BRUTALLY CRUELLY ABUSIVELY TOWARDS Dr. Schoeman!



That the defendant The Florida Bar caused Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, each of very advanced age indeed, each with LIFE-THREATENING MEDICAL CONDITIONS indeed, to become ILL!

That, therefore, and with all the due respect defendant The Florida Bar and its President and its President-Elect and its Board of Governors and its Executive Director have never ever given Dr. Schoeman or his beloved and loving wife, best friend, soulmate Joy, they the very proud MOMMY and DADDY of their very much loved ever so beloved and loving and adorable beyond words to describe miniature apricot poodle PIERRE HENRI,

DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
The Plaintiffs Pro Se HEREIN
==================================================================

CAVEAT: Nor are we too pleased let alone shall the JURY OF PEERS that not one officer or official or Board member ever even thanked JEWISH Dr. Schoeman for his proposal for The Florida Bar to sponsor just ONE lecture on THE HOLOCAUST!

That there has been NO congratulations given by ANYONE AT ALL from THE FLORIDA BAR on the vastly important and glorious occasion of THIS YEAR THE FIFTIETH ANNIVERSARY OF DR. SCHOEMAN'S MEMBERSHIP IN THE FLORIDA BAR!

A membership that has included MANY PUBLISHED LETTERS from him to the EDITOR OF THE FLORIDA BAR NEWS!

This same gentleman Dr. Schoeman who when that vastly powerful deadly destruction HURRICANE was setting its eyes on TALLAHASSEE AND ENVIRONS sent a plaintive prayerful hopeful message that all should be well! And Dr. and Mrs. Schoeman offered GRACE at dinner that all be well, all be safe, all be secure!!!!!!

DV DANIELS NJ 070

14 MAR 2026 PM 6 L

CLERK
U S DISTRICT COURT
F NEW JERSEY
RECEIVED

2026 A 11: 37



Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090


Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202


07102-359599