## YOUR REFUSAL TO ANSWER DR. SCHOEMAN

From:   sschoeman@verizon.net (sschoeman@verizon.net)

To:     membershiprecords@floridabar.org

Cc:     rsb@searcylaw.com; morr@orrcook.com

Bcc:    dworkman2024@gmail.com

Date:   Monday, March 16, 2026, 12:08 PM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
2:25-cv-01827
SCHOEMAN V. VISCOMI et al

_____

EXHIBIT marked "THE FLORIDA BAR MEMBERSHIP SERVICES"
dated Monday afternoon, March 16,2026

defendant The Florida Bar
Membership Services:

YOUR REFUSAL TO ANSWER DR. SCHOEMAN regarding HIS ON TIME PAYMENT OF
DUES FOR THIS YEAR is now

among other constitutional issues a matter of ALLEGED ANTI-SEMITISM
and such is being presented to the UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY in a case now brought by us against
THE FLORIDA BAR!

Respectfully but you show JEWISH Dr. Schoeman none at all! And in many other instances
you have continued not to answer Dr. Schoeman!

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs Pro Se, SUPRA

2026 MAR 19 A 10: 58
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

## Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: brendan.mann@njcourts.gov

Date: Monday, March 16, 2026, 11:43 AM EDT

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
2:26-cv-01827
SCHOEMAN V. VISCOMI

---

Law Clerk Brendan Mann
Judicial Chambers
The Hon. Mark P. Ciarrocca
Superior Court Judge, Law Division
2 Broad Street
Elizabeth, New Jersey 07207

With all due respect, Mr. Mann,

The egregious matter to say the least of your flatly hanging up on
Dr. Stephen Francis Schoeman is of such very seriously important consequence as to require
allegation in the aforementioned docket case!

AND ESPECIALLY WHEN DR. SCHOEMAN WAS MOST RESPECTFULLY
PRESENTING TO YOU CONSTITUTIONAL AND CODE OF JUDICIAL
CONDUCT ARGUMENTS WITH REGARD TO DOCKET NUMBER:
UNN-L-4636-25!
==========================================================

YOU, Mr. Mann, and yet again with all due respect, are A REPRESENTATIVE
of His Honor and the Court and the Judicial Process.

We understand from His Honor's secretary that you are being disciplined but, alas, the issue
now remains and, SUPRA, includes your misbehavior and your misconduct such that yet
furthermore it is impermissible under both the
Code of Judicial Conduct and the Rules of Professional Conduct for this matter to proceed any
further before His Honor, before the Superior Court,
Union County Vicinage, and before any and all other His or Her Honors therein as our original
lawsuit in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
had included a good number of the Superior Court judges in THIS VICINAGE!

We are not at all amused by your aforementioned misconduct and misbehavior towards Dr. Stephen Francis Schoeman, one, of course, of the two Plaintiffs Pro Se herein, the other being, of course, his beloved and loving wife, best friend, and soulmate Joy, they the very proud indeed MOMMY and DADDY of their beloved and loving and ever so very adorable miniature apricot poodle PIERRE HENRI!

And MOST IMPORTANTLY FURTHERMORE:

ONE: We are each of very advanced age indeed!
TWO We each have LIFE-THREATENING MEDICAL CONDITIONS
THREE: Your misconduct and your misbehavior, alas, have exacerbated our medical states and we need not AT THIS POINT explain why.

Apologies are normally, of course, acceptable, but not herein when you purposefully, upon our information and belief, hung up on Dr. Schoeman as if he were some toy, some non-person, some thing, some abstraction, some toothbrush to be discarded!

MOST respectfully yours,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Injured, wounded, dismayed, very much saddened
Plaintiffs Pro Se herein
101 Jefferson Avenue
Westfield, New Jersey 07090

cc: CLERK, United States District Court, District of New Jersey

CAVEAT: To repeat and very importantly so, under these most unfortunate and sad and wrongful circumstances, it is now further impermissible, SUPRA, for His Honor to preside in any regard in this matter herein! Never in the course of our very long lives has anything of this nature or kind or manner ever but ever but ever been experienced by us, by either of us, by both of us!

On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:


Dear Mr. Schoeman,


Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.


If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Case 2:26-cv-01827-MCA-JSA   Document 15   Filed 03/19/26   Page 4 of 5 PageID: 129

Thank you,

Brendan Mann

Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.

DV DANIELS NJ   070

16 MAR 2026  PM 3  L

UNITED STATES
OF AMERICA
FOREVER/USA



Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

2026 MAR 19  A 10 58
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

07102-359599