*Pleas return*

*Thank you!*

United States District Court for the District of New Jersey
Case: 2:26-cv-01827

Superior Court of the State of New Jersey, Union County Vicinage, Law Division
Docket Number: UNN-L-4636-25

AND FOR WORLDWIDE PUBLICATION
++++++++++++++++++++++++++++++++

_____

TO BE READ TO THE JURY OF PEERS OF THE DEFENDANTS HEREIN
prepared, early Wednesday morning but one day after St. Patrick's Day,
March 18,2026. He the ultimate hero in defiance of all and any and never
excepted by him WRONG-DOING!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

\FINE AND NOBLE AND EVER SO VERY GOOD JURORS, WE HAVE BEFORE US
THE CONDEMNABLE, THE DISGRACEFUL, EVER SO DISGUSTING BAN IMPOSED BY
DEFENDANT THEN PASTOR JOHN D. PALADINO BAN, THAT IS RIGHT, LADIES AND
GENTLEMEN OF THE JURY, A BAN, YES, THIS BAN, THIS PARTICULARLY SINFUL BEYOND
MESSURE ON THE ABSOLUTE RIGHTS OF THE PLAINTIFFS PRO SE HEREIN, THE VERY
GOOD,THE VERY DECENT, THE VERY MOST LAW-ABIDING, THE MOST DEVOUTLY ROMAN
CATHOLICS EVER TO BE AT ALL IMAGINED AND TO WHICH DEFENDANT CARDINAL
JOSEPH TOBIN FOUND NO PROBLEM AT ALL!

You have heard the LEGALISTIC arguments of defense counsel which in and of themselves are
with all due respect toxic to the very ABSOLUTE notion of the ABSOLUTE right of these
fine people, these plaintiffs pro se, these Dr. and Mrs. Stephen Francis and Joyanne Louise
Schoeman to the ABSOLUTE worship of God as they see Him!

You have been told and we have not only cited but read from that magnificent statement of
MORAL CONSCIENCE of one of the grandest of all judges, one of the most mindful, one of the
most vastly honorable and eminent, none other, of course, than UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK'S JUDGE MARVIN E. FRANKEL,

"The Search for Truth: An Umperial View", University of Pennsylvania Law Review,
Dr. Schoeman's law school from which he was graduated a very long time ago,
Ladies and Gentlemen of the Jury of Peers of the Defendants herein, Class of 1967,
where world-famed champion and crusader and hero of human rights, civil rights,
and consumer rights spoke as THE COMMENCEMENT SPEAKER, Volume 123,
May 5, Number 5, pages 1031-1059 AND PARTICULARLY THE VERY LAST
SENTENCE ON THE VERY LAST PAGE in which he escorted trial lawyers for
both their "TRICKERY" and their 'OBFUSCATION"! All writ large, with all due
respect to defense counsel, WRIT LARGE IN THIS PROCEEDING NOW
CONCLUDING!!!

===========================================================================
"        "The sovereign is called a tyrant who knows no laws but his caprice."
         VOLTAIRE, "A Philosophical Dictionary"

         Hitler, letter, September 16,1919 as to the so called "Jewish Question",
         that the "ultimate goal must definitely be the removal of the Jews
         altogether" UNITED STATES HOLOCAUST MEMORIAL MUSEUM (USHMM),
         "Adolf Hitler's First Written Statement on the 'Jewish Question'"

"First they came for the socialist, and I did not speak out-
because I was not a socialist.

Then they came for the trade unionists, and I did not speak out-
because I was not a trade unionist.

Then they came for the Jews, and I did not speak out-
because I was not a Jew.

Then they came for me-and there was no one left to speak for me."

world-famous German Lutheran Pastor Martin Niemoller. part of
the world-famed UNITED STATES HOLOCAUST MEMORIAL
MUSEUM'S PERMANENT EXHIBITION SINCE 1993!!!!!!

MEMORANDUM OF LAW OF THE PLAINTIFFS PRO SE HEREIN
Dated, St. Patrick's Day, Monday, March 17,2026

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
MOST RESPECTFULLY STATED, THE COURTS-OF-LAW HEREIN MAY ONLY RULE
THAT BANNING PLAINTIFF PRO SE DR. STEPHEN FRANCIS SCHOEMAN AND,
IN EFFECT, HENCE IS BELOVED AND LOVING WIFE, BEST FRIEND, SOULMATE, AND
CO-PLAINTIFF PRO SE JOYANNE LOUISE SCHOEMAN FROM ATTENDING ANY AND ALL
AND EVERY EUCHARIST AT ST. BARTHOLOMEW THE APOSTLE PARISH, SCOTHC PLAINS,
NEW JERSEY IS PATENTLY UNCONSTITUTIONAL UNDER THE ABSOLUTE GUARANTEED
OF FREEDOM OF RELIGION OF THE VERY FIRST AMENDMENT TO THE CONSTITUTION
OF THE UNITED STATES OF AMERICA, THE UNITED NATIONS UNIVERSAL DECLARATION
OF HUMAN RIGHTS, THE UNITED NATIONS INTERNATIONAL COVENANT OF CIVIL AND
POLITICAL RIGHTS TO WHICH THIS NATION UNDER GOD IS BOUND BY THE TREATY
CLAUSE AS THE LAW OF THE LAND, AND THE CONSTITUTION OF THE STATE OF
NEW JERSEY!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Nothing other issue in civilized society is as important as this one, RELIGIOUS FREEDOM
TO EXPRESS RELIGIOUS EXPRESSION!

There is no cause more essential to LIBERTY and to JUSTICE and to the INTEGRITY of
a morally based nation under God than RELIGIOUS FAITH, however expressed!

Carson v. Makin, 596 U.S.___(2022).

"The Free Exercise Clause of the First Amendment protects against 'indirect
coercion or penalties on the free exercise of religion, not just outright
prohibitions.' Lying v. Northwest Indian Cemetery Protective Assn, 485 U.S. 439,
450 (1988)...See Sherbert v. Verner, 374 U.S. 398, 404 (1963)) ('It is too late in the
day to doubt act the liberties of religion and expression may be infringed by the
denial or placing of conditions upon a benefit or privilege,'). PAGE 7

Federalist Paper Number 51, James Madison,

"In a free government the security for civil rights must be the same as that for
religious rights. In consist in the one case in the multiplicity of interests, and in the
other in the multiplicity of sects." (first sentences, second to last paragraph)

Article 2, United Nations Declaration of Human Rights,

"Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other states."

Article 2 (1) United Nations International Covenant of Civil and Human Rights TO WHICH THE UNITED STATES OF AMERICA IS BOUND BY THE TREATY CLAUSE OF THE UNITED STATES CONSTITUTION AS THE LAW OF THE LAND (United States Senate, "About Treaties"),

"Each State party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status."

President Franklin Delano Roosevelt (FDR), his world-famous "FOUR FREEDOMS" Speech, Monday, January 6,1941,

"in the future days, which we seek to make secure, we look forward to a world founded upon four essential human freedoms…The second is freedom of every person to worship God in his own way-everywhere in the world."

THE NATIONAL WWII MUSEUM, "Research Starters: US Military by the Numbers" "US MILITARY CASUALTIES IN WORLD WAR II",

| Branch | Killed. | Wounded |
|---|---|---|
| Army and Air Force | 318,274 | 565,861 |
| Navy | 62,614 | 27,778 |
| Marines | 24,511 | 68,207 |
| Coast Guard | 1,917 | Unknown |
| TOTAL | 407,316 | 671,278 |

THEY DID NOT DIE AND WERE NOT WOUNDED THAT DEFENSE COUNSEL CAN AND MAY DEFEND THE BAN IMPOSED UPON DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN, THE PLAINTIFFS PROSE HEREIN, THAT THEY MAY NOT, MAY NEVER, CANNOT EVER ATTEND ANY EUCHRIST AT ST. BARTHOLOMEW THE APOSTLE PARISH, 2032 Westfield Avenue, Scotch Plains, New Jersey 07076 IN THE ARCHDIOCESE OF NEWARK, 171 Clifton Clifton Avenue, Newark, New Jersey 07104 WHERE, of course, HIS EMINENCE, JOSEPH TOBIN, IS THE CARDINAL

Article 10, Freedom of thought, conscience and religion, Charter of the European Union,

Everson v. Board of Education, 330 U.S. 1, 15-16 (1947), Justice Hugo Black,

"No person can be punished for entertaining or professing religious beliefs or disbeliefs, for church attendance or non-attendance."

President Barach Obama, "A New Beginning at Cairo University, Cairo, Egypt", June 4,2009,

"People in every country should be free to choose and live their faith based upon the persuasion of the mind, and the heart, and the soul. This tolerance is essential for religion to thrive, but it is being challenged in many different ways…Freedom of

religion is mental to the ability of peoples to live together." AND WE ADD, TO LOVE TOGETHER, TO BE KIND TOGETHER, TO BE HONORABLE TOGETHER!

President Franklin D. Roosevelt (FDR), Radio Address Announcing an Unlimited National Emergency, May 27,1941,

> "Yes, even our right of worship would be threatened…Will our children, too, wonder off, goose-stepping in search of new gods?"

President Theodore Roosevelt, distant counsel of President Franklin D. Roosevelt, Address to the Knights of Columbus, Carnegie Hall, New York, October 12,1915,

> "One of the most important things to secure for him is the right to hold and to express the religious views that best meet his own soul needs."

Wallace v. Jaffree, 472 U.S. 38 (1985), Justice John Paul Stevens,

> "Moreover, the individual freedom of conscience protected by the First Amendment embraces the right to select any religious faith or none at all."

PRESIDENT GEORGE WASHINGTON, letter to the Hebrew congregation of Newport, Rhode Island, August 17,1990, "The Writings of George Washington" 1939), edited by John C. Fitzpatrick, Volume 31, page 93,

> "For happily the government of the United States, which gives to bigotry no sanction, to persecution no assistance, requires only that they who live under its protection should demand themselves as good citizens, in giving it on all occasions their effectual support…May the children of the Stock of Abraham, who dwell in this land, continue to merit and enjoy the good will of the other inhabitants, while every one shall sit in safety under his own vine and fig-tree, and there shall be none to make him afraid."

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
WHATEVER WAY YOU SLICE IT, THE ARGUMENT OF DEFENSE COUNSEL WESTRICK that is be perfectly acceptable, tolerable, moral, ethical, ecclesiastical IN THE EYES OF THE ROMAN CATHOLIC CHURCH TO BAN DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN, of course, the Plaintiffs Pro Se, from any and all and ever single EUCHRIST at the aforementioned St. Bartholomew the Apostle Parish in the aforementioned Archdiocese of Newark is a patently revolting, disgraceful, deceitful, disgusting, contemptible, evil, friendship, diabolical, and yes, too, satanic act and decision and utterance of the very worst kind!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

WORLD-FAME HOLOCAUST SURVIVOR ELIE WIESEL OF THE ULTIMATE IN MORAL AND ETHICAL AND HUMANE STRENGTH BAR NONE, Nobel Prize Speech,

> "Human rights are being violated on every continent. More people are oppressed than free. How can one not be sensitive to their plight? Human suffering anywhere concerns men and women everywhere."

DR. MARTIN LUTHER KING, JR., world-famed Letter from a Birmingham Jail, April 16,1963,

> "Injustice anywhere is a threat to justice everywhere. We are caught in an inescapable network of mutuality, tied in a single garment of destiny. Whatever affects one directly, affects all indirectly."

MAGNA CARTA (29),

> "No freedom is to be taken or imprisoned or diseased of his free tenement or of his liberties or free customs, or outlaws or exiled or in any way ruined, nor will we go against such a man or send against him save by lawful judgment of his peers or by the law of the land. To no-one will we sell or deny or delay right or justice."

UNITED STATES HOLOCAUST MEMORIAL MUSEUM (USHMM), "Religious Freedom Promotion as a Tool for Atrocity Prevention", August 9,2018

UNITED STATES HOLOCAUST MEMORIAL MUSEUM, "Churches and Christian Leades in Nazi Germany",

> "Some Christian leaders in Nazi Germany were motivated by their beliefs to protest Nazi rule and help their persecuted neighbors."

UNITED STATS HOLOCAUST MEMORIAL MUSEUM, "Jewish Religious Life and the Holocaust",

> "The growth and spread of antisemitism in Europe in the years between World War I and World War II-and especially the Nazi regime's state-sponsored persecution of Jews-posted fundamental challenges to Jewish life. Anti-Jewish laws in Germany directly affected Jewish individuals, families, organizations, and businesses in multiple ways. The Nuremberg Race Las and other official positions legalized anti-Jewish discrimination and persecution. Jewish religious practices, synagogue, and emblems of faith became targets of anti-Jewish discrimination and acts of violence." PLEASE SEE ATTACHMENTS!

===============================================================

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

FROM: Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
      The Plaintiffs Pro Se herein and therein
      101 Jefferson Avenue
      Westfield, New Jersey 07090
      United States of America

TO: HIS HOLINESS, POPE LEO XIV
      United States Conference of Catholic Bishops (USCCB)
      Vatican News
      Superior Court, Union County Vicinage, Law Division, Judge Mark P. Ciarrocca
      Defense counsel New Jersey attorney Christopher H. Westrick, Rosalind, NJ
      CIVIL RIGHTS DIVISION, UNITED STATES DEPARTMENT OF JUSTICE
      United Nations Office of the High Commissioner for Human Rights

RE: To interfere with our ABSOLUTE right to attend any and all EUCHARIST is the grossest violation of ABSOLUTE right to RELIGIOUS WORSHIP, FREEDOM OF RELIGION, AND RELIGIOUS EXPRESSION!!!

==================================================================
ST. PATRICK'S DAY 2026, a most apt day herein for reasons below! A MAN OF GREAT COURAGE AND IN THESE DAYS OF MORAL DEPRAVITY AND LAWYER OBFUSCATIONS AND TRICKERY A MOST APTLY RELEVANT HERO, CRUSADER, MORAL LEADER TO BEAT THE BAND, SO TO SPEAK! ("obfuscation" and "trickery", not our words but those of most eminent but alas late supburb, most honorable, most dedicated to the judicial process none other than Judge Marvin E. Frankel of the very important and leading for obvious reasons United States District Court for the Southern District of New York, "The Search for Truth: An Umperial View", University of Pennsylvania Law Review, Volume 123, May 1975, Number 5, pages 1031-1059, these words to be found in the very last sentence, paged 1059
==================================================================+

This Court, with all due respect, has no business interfering with or involving itself with or tampering in matters of religious content, faith, doctrine!

Nor may defense counsel at all take the side of any and all bans on Dr. Stephen Francis Schoeman, the Co-Plaintiff herein, from attending any and all EUCHARIST under and in accordance with and by virtue of the CATECHISM OF THE ROMAN CATHOLIC CHURCH!

To do so may very well be an EXCOMMUNICATING offense whether by Court or by Defense Counsel herein!

CANON 915,

"Those who have been excommunicated or interacted after the imposition or declaration of the penalty and others obstinate persevering in manifesto grave sin are not to be admitted to holy communion."

CANON 916,

"A person who is conscious of grave sin is not to celebrate Mass or receive the body of the Lord without previous sacramental confession less it is a grave reason and there is no opportunity confess; in this case the person is to remember the obligation to make an act of perfect contribution which includes the resolution of confessing as soon as possible."

BUT WHAT ARE GRAVE SINS?

CANON 1858, "'Grave matter' is specified by the Ten Commandments, corresponding to the answer of Jesus to the rich young man. 'Do not kill, Do not commit adulterer, Do not steal, Do not bear false witness, Do not degrade, Honor your father and your mother.'
==================================================================

THUS both Court and Defense Counsel are allegedly violating ROMAN CATHOLIC DOCTRINE in the former by consideration of the aforementioned heretofore ban of then Pastor and now defendant John J. Paladino with or in agreement and/or co-ordination by defendant Cardinal Tobin and in the latter by defense of the aforementioned ban!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

AND, THEREFORE, THE PLAINTIFFS PRO SE OBJECT IN THESE GRIEVOUSLY SERIOUS REGARDS AND SUCH BEING THE CASE HAVE FILED FORMAL COMPLAINTS WITH

HIS HOLINESS AS TO BOTH THIS COURT-OF-LAW AND THESE DEFENSE COUNSEL HEREIN!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

AND WE, THE PLAINTIFFS PRO SE, BY RIGHT OF CONSTITUTIONAL LAW AND FREEDOM OF RELIGIOUS EXPRESSION SHALL NOT CONTINUE TO PARTICIPATE IN THIS PROCEEDING, WITH ALL DUE RESPECT, OF UTTER CONTEMPT FOR THE AFOREMENTIONED CANONICAL RULES!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

And, and, and LADIES AND GENTLEMEN OF THE JURY,

We, the Plaintiffs Pro Se herein, Dr. Schoeman having converted to Roman Catholicism from Judaism without dismissing it and Mrs. Schoeman having converted to Roman Catholicism from Presbyterianism without dismiss it could not conclude at all without these words from God, that is, DEUTERONOMY 16:20,

"JUSTICE, JUSTICE ALONE SHALL YOU PURSUE!

And AMOS 5:24,

"LET JUSTICE SURGE LIKE WATERS, AND RIGHTEOUSNESS LIKE AN UNFAILING STREAM."

ISAIAH 1:17-18,

"MAKE JUSTICE YOUR AIM: REDRESS THE WRONGED…COME NOW, LET US SET THINGS RIGHT.

ELIE WISEL, quote right, of course, again, "The Perils of Indifference" Speech that he delivered at THE WHITE HOUSE on April 12,1999, the YAHRZEIT of the death of beloved and loving and ever so kind and morally upright President Franklin Delano Roosevelt, of course, for short, the lovable title "FDR",

"And on a different level, of course, Auschwitz and Treblinka. So much violence; so much indifference….Indifference reduces the Other to an abstraction."
++++++++++++++++++++++++++++++++++++++++++++

MAY THE LORD GOD OF ALL LOOK KINDLY UPON YOUR VERY SOON TO START DELIBERATIONS, LADEIS AND GENTLMENT OF THE JURY, FOR TRULY, REALLY SO, AT ISSUE IS THE VERY FREEDOM OF RELIGION THAT IS THE ROCK SOLID BASE OF OUR BELOVED AND NOBLE AND MAGNIFICENT NATION UNDER COUNTRY, COUNTRY OF PEOPLES, AND GREAT REPUBLIC EVER SO MAGNIFICENT AS THE WORLD-FAMOUS SHIP OF STATE ABOUT WHICH GREAT AMERICAN POET LONGFELLOW IN "THE BUILDING OF THE SHIP" penned for all time, for all peoples everyone, for we of America in particular, ah yes, this AMERICA THE BEAUTIFUL that we all so love and for which so many gave so much, some even the ULTIMATE SACRIFICE, that our rights to RELIGIOUS FREEDOM never but never but never ever, ever, ever be violated, destroyed, ruined, undermine!!!!!!!

Words, words, words that FDR quoted to brilliantly resourceful, eminently successful, outstandingly moral and ethical and professional none other than BRITISH PRIME MINISTER WINSTON SPENCER CHURCHILL,

"Sail on, O Union, strong and great!
Humanity with all its fears,
With all the hopes of future years,
Is hanging breathless on the fate!


But should defendants John J. Paladino and Joseph Tobin win we might as well say
a fair and fond and hard-felt goodbye to THAT AMERICA, THAT UNION, THAT SHIP OF STATE!

# German judges sanction Jew hatred

Op-ed: A recent court ruling on a synagogue attack has fanned the flames of anti-Semitism in Europe

By **ABRAHAM COOPER** and **YITZCHOK ADLERSTEIN**

14 March 2017, 3:02 pm



Schoolchildren and others brought to watch the burning of synagogue furnishings on Kristallnacht in Mosbach, Germany, November 1938 (courtesy)

On November 10, 1938, 16-year-old Gertrude Rothschild was recruited by her rabbi to hurriedly enter the ruins of their synagogue in Konstanz am Bodensee to help gather up and bury the burned remains of their Torah scrolls, all that remained after the infamous night of violence, Kristallnacht. The story remained etched in Gertrude's memory. She later survived the Gurs concentration camp, in Vichy, France.

Gertrude understood why people burned synagogues. Decades later, she embedded the memories of Kristallnacht in the minds of her children and grandchildren, one of whom is a co-author of this piece. We all knew from an early age that when a synagogue was attacked, the core of our Jewishness was defiled and threatened.

Post-World War II Germans understand this fact and have acted accordingly when such anti-Semitism reared its ugly head. That is, until the court in Wuppertal. We don't have the courage to tell Gertrude, now in her nineties, that those blacked-robe judges (and the regional court that later confirmed the ruling), decided that three Muslims who set fire to a German synagogue were making a political protest against Israel's actions in the Gaza war, and therefore could not be convicted of anti-Semitism.

If German history isn't sufficient a guide, a definition of anti-Semitism has been adopted by 31 European nations, and should guide German jurisprudence in erasing this travesty. But the stain and pain remain.

As Harvard professor Alan Dershowitz put it, "The idea that attacking a synagogue can be justified as an anti-Israel political protest, rather than anti-Jewish hate act, is as absurd as saying that Kristallnacht was merely a protest against poor service by Jewish store owners." Or, we might add, claiming that torching a mosque is a protest against ISIS. Or dismissing the desecration of the Cologne Cathedral as a consequence of long-simmering discontent over the medieval Crusades.

The German courts' decisions will further fuel the anti-Semitism engulfing Europe. Jews are specifically warned not to wear kippot or other Jewish symbols in many European capitals. Holocaust survivors in Malmo, Sweden — where, ironically, they settled after escaping the Nazis — are fearful of walking to synagogue on the Sabbath because the anti-Israel political establishment won't protect them or their rabbi from anti-Semitic threats. Armed guards are stationed in front of synagogues throughout the Continent — yet, according the president of the Conference of European Rabbis, Jews do not feel safe inside their own houses of worship.

The German court decision fits the pattern of European officials and the media who find it more politically correct to attribute attacks against Jewish citizens to hooliganism, to anger at Israel, or to the plight of unemployed youth, but not to anti-Semitism.

In the United States, anti-Semitic incidents are markedly up. Hate crimes in general have increased since the charged atmosphere of the recent presidential campaign, energizing the worst and most extreme voices on the right and on the left. We have seen worshippers gunned down in a black church, and cases of arson against mosques. Still, the targets of hate crimes based on religious affiliation are still, first and foremost, Jews.

The Wuppertal court has created a new tool for those who seek to deny or do nothing about the world's oldest hatred: simply dismissing it as political protest. That allows the guilty to go unpunished, removes the urgency for law-enforcement to act, and soothes the consciences of the apathetic.

This presents a particular problem for Germany. "Liberty," famously said Rousseau, "is a strong food, but it needs a stout digestion." History shows that the German judges debased liberty and justice, rather than defend them. Beginning in 1933, they formulated and presided over the Rassenschutzgesetz, turning it into the legal basis for the eventual murder of millions, and after the war, they protected Nazi criminals from prosecution.

Today, there are additional troubling signs.

The Federal Constitutional Court ruled that the National Democratic Party, despite embracing positions opposed by Germany's Constitution, could not be banned because it was not a threat to democracy. That was exactly what they said about the Nazi Party and Hitler in 1933.

In the middle of the 19th century, the great Rabbi Samson Raphael Hirsch of Frankfurt saw the subversion of the law as a greater threat to civilization than disobeying the law:

*When the world is corrupt before G-d, all the human institutions and laws of society cannot prevent society in general from going to ruin....By open robbery, it will never fall. It knows how to protect itself against that by prisons and penalties....But by underhanded dealing by cunning, astute dishonesty, craftily keeping with the letter of the law, it does go to ruin.*

Not all German jurists turn a blind eye to anti-Semitism. More than a year ago, a court in Essen correctly ruled that chanting, "Death and hate to Zionists" at a demonstration was an illegal anti-Semitic activity. But, unfortunately, there are still German judges today who subvert the law and endanger Jews by ignoring common sense, morality, and history.

We Jews will defend ourselves against these threats. The German people however, would be well advised to look to

institutions other than the judiciary to guarantee their own democratic future.

—

*Rabbis Abraham Cooper and Yitzchok Adlerstein are the Associate Dean and the Director of Interfaith Affairs of the Simon Wiesenthal Center*

# gettyimages

Q  Search the world's best editorial photos

# Burning Synagogue in Baden-Baden during Kristallnacht

Burning Synagogue in Baden-Baden during Kristallnacht, 1938. (Photo by: Universal History Archive/Universal Images Group via Getty Images)



## PURCHASE A LICENSE

Standard editorial rights          Custom rights

Case 2:26-cv-01827-MCA-JSA    Document 16    Filed 03/20/26    Page 13 of 14 PageID: 143

# **getty**images

Q   Search the world's best editorial photos

## Bergen-Belsen Nazi Concentration Camp 1945

Senior Jewish Chaplain to the British 2nd Army, Reverend Leslie Hardman (1913-2008) stands over the bodies of dead prisoners laying in mass grave number 2 for burial after the liberation of the Bergen-Belsen concentration camp by units of the British 11th Armoured Division on 23rd April 1945 at Bergen-Belsen near Celle, Lower Saxony in Germany. (Photo by Harry Oakes/British Army Film and Photographic Unit/Keystone/Hulton Archive/Getty Images).



FIRST-CLASS MAIL
IMI
$003.28
02/26/2026 ZIP 07101
043M31257646
US POSTA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

2026 MAR 20 A 11: 03
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED