Case 2:26-cv-01827-MCA-JSA    Document 18    Filed 03/23/26    Page 1 of 8 PageID: 151

## Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    brendan.mann@njcourts.gov

Cc:    cwestrick@carellabyrne.com

Bcc:   aoc-acjcinfo.mbx@njcourts.gov

Date:  Monday, March 16, 2026, 06:31 PM EDT

United States District Court, District of New Jersey
Case: 2:26-cv-01827
Schoeman v. Viscomi et al, including John J. Paldino
_____X

HIS HOLINESS, POPE LEO XIV
Apostolic Palace
Vatican City
Italy

Your Holiness:

    Re: UNN-L-4636-25, Superior Court, New Jersey,
       Union County Vicinage, Law Division

May it be pleasing to Your Holiness,

Defense counsel Christopher H. Westrick in UNN-L-4636-25 is defending and adamantly so the decision and act and demand of then Pastor John J. Paladino of the Parish of St. Bartholomew the Apostle and, based upon our information and belief, the backing, support, agreement of His Eminence, Cardinal Tobin that Plaintiff Pro Se Dr. Stephen Francis Schoeman may no longer attend EUCHRIST there and thus as well, in effect, his beloved and loving wife, best friend, and soulmate thus prevented ADMISSION into the Roman Catholic Church as he beloved and loving husband, best friend, and soulmate WAS BANNED AS HER SPONSOR!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That it is ABSOLUTELY under the CATECHISM for the aforementioned ban!
That defense counsel Westrick to offer up such a defense aforementioned!
That, and upon information and belief, the presiding Judge Mark P. Ciarroccha is of the ROMAN CATHOLIC FAITH and may not, must not, cannot as such support, defend, decide in favor of the aforementioned ban!

That excommunication does not apply herein AT ALL!

That if Mr. Westrick be as well Roman Catholic, such theological argument aforementioned applies fully well!

That on no basis at all, no fundament at all, no reason at all may
devoutly religiously ROMAN CATHOLIC Dr. and Mrs. Stephen Francis
and Joyanne Louise Schoeman, each of PERFECT RECORD in the eyes of the law, be
excluded, prohibited, banned from any and all EUCHRIST anywhere in the entire world!

That they have have thus been defamed as to Libel and Slander both, caused severe damage
to their respective health, and been subjected to the
TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

God, Jesus, The Holy Spirit WELCOME ALL TO THEIR HOLY TABLE!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++

MOST respectfully and In FAITH and in ABIDING DEVOTION to
THE HOLY TRINITY of God, Jesus, The Holy Spirit, we are and remain so until God in his
suburb wisdom, we hope, takes us home with HIM!

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
United States of America

CAVEAT: That the gravity of the mattes herein necessitate and demand
and absolutely require an full and complete and most detailed theological
investigation herein
+++++++++++++++++++++++++++++++++++++++++++++++++++++++


On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:


Dear Mr. Schoeman,

Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.

If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Thank you,

Brendan Mann
Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.

Case 2:26-cv-01827-MCA-JSA   Document 18   Filed 03/23/26   Page 3 of 8 PageID: 153

# Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: brendan.mann@njcourts.gov

Cc: cwestrick@carellabyrne.com

Bcc: aoc-acjcinfo.mbx@njcourts.gov

Date: Monday, March 16, 2026, 05:50 PM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
Case: 2:26-cv-01827
SCHOEMAN V. VISCOMI et al
============================

> EXHIBIT, "The Constitutional Impermissibility Of
> Superior Court Judge Mark P. Ciarrocca
> To Be The Presiding Judge or any of the
> other Superior Court Judges in the
> Union County Vicinage and as to other
> matters herein UNN-L-4636-25

> ---------------------------------------------------------

MOST VERY IMPORTANTLY TO BE NOTE: Defense counsel Christopher H. Westrick claims
he is representing His Eminence, Cardinal Tobin but despite our objections he is allegedly
violating BIG TIME the Roman Catholic
Catechism in that he is purposefully arguing that defendant herein
John J. Paladino had the absolute right to ban the Plaintiff Pro Se
Dr. Stephen Francis Schoeman AND, IN EFFECT, his beloved and loving wife, best friend, and
soulmate Joy from any and all EUCHARIST!

And with all due respect, this Court-of-Law may not at all delve into
THEOLOGICAL ISSUES!

That to do so is a clear and distinct and abundant and INTENTIONAL violation or violations of
the ABSOLUTE right of the Plaintiffs Pro Se to
RELIGIOUS FREEDOM!

That to do so would constitute a matter of such gravity as to cause in addition to the forgoing
and herein and heretofore THE INSTITUTION OF
IMPEACHMENT PROCEEDINGS and as well THE INSTITUTION OF ETHICAL
PROCEEDINGS!

FIRST AMENDMENT

United Nations Universal Declaration of Human Rights
18 U.S.C. 242
United Nations International Covenant of Civil and Political Rights which is
under the world-famous TREATY CLAUSE  "the law of the land"!
============================================================


Monday afternoon, March 16,2026

The Hon. Mark P. Ciarrocca
Superior Court Judge
Union County Vicinage

Defense Counsel Christopher O. Davis

Your Honor:

May it please the Court
===================


This matter is being filed with the Clerk of the United States
District Court for the District of New Jersey! With the utmost of due
respect to the Judicial Process, the Court, and Lady Justice, it is
unconscionable that your law clerk Mr. Mann hung up on
Dr. Schoeman as he was discussing various very important
CONSTITUTIONAL ISSUES and under the CODE OF JUDICIAL
CONDUCT, Your Honor's mandated requirement to recuse yourself and to have this case
TRANSFERRED to another VICINAGE!

Dr. Schoeman, alas and alack, is no Spring chicken at all nor his his beloved and loving wife
Joy and what with each of them having LIFE-THREATENING
MEDICAL CONDITIONS that under HIPAA they chose not at this point in
these proceedings to have to divulge but please not that these MEDICAL CONDITIONS ARE
LIFE-TAKING!

We have been around the block a lot and have seen a good part of the world in our many
travels and have deal with other court law clerks but never ever
had any of them HUNG UP on us! In hanging up on JEWISH Dr. Schoeman,
Mr. Mann hung up on MRS. SCHOEMAN too!

THEREFORE, and based as well on information and belief, this case,
these proceedings, your presidency herein is tainted to the point of DENIAL OF A FAIR
HEARING under and in accordance with and deeply concerning
both DUE PROCESS OF LAW and EQUAL PROTECTION OF THE LAW!

FURTHERMORE, your law clerk Mr. Mann argued literally so with
Dr. Schoeman that ejackets is available herein for we WHO ARE THE

PLAINTIFFS PRO SE HEREIN. But he apparently refused to accept
NEW JERSEY COURTS STATED POLICY, RULE, REGULATION which is

ONE: That it is impermissible for the Court to use ejackets to contact us!
TWO: That said use of same constituted a violation of the DOCTRINE OF
         DUE PROCESS PROPER NOTIFICATION (Flowers; Mullane:
         United States Supreme Court)
THREE: That all the defense attorneys herein had very much ADVANCED
         NOTICE of the March 20,2026 motion hearing but the
         Plaintiffs Pro Se in gross violation of said DOCTRINE had not
         at all!

FOUR: That, therefore, defense counsel have had FAR MORE TIME
         to prepare for oral argument than the Plaintiffs Pro Se. TALK
         ABOUT UNFAIRNESS!

ADDITIONALLY, as Your Honor and Judge Hudak et al were DEFENDANTS
in our prior complaint to the United States District Court for the District of
New Jersey, and under THE CODE OF JUDICIAL CONDUCT, is is impermissible as to both
the appearance of impropriety and the actual impropriety for YOUR HONOR to continue in this
matter for we are very much concerned, and with the UTMOST of due respect to the JUDICIAL
PROCESS, that, and Freud would surely have substantiated our respect claim, allegation,
whatever, that such a litigation has caused ANIMUS TOWARDS US that is HUMANELY
IMPOSSIBLE TO AVOID or TO HAVE AVOID or TO BE AVOIDED!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

On Monday, March 16, 2026, 11:43:39 AM EDT, sschoeman@verizon.net <sschoeman@verizon.net> wrote:


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
2:26-cv-01827
SCHOEMAN V. VISCOMI

_____


Law Clerk Brendan Mann
Judicial Chambers
The Hon. Mark P. Ciarrocca
Superior Court Judge, Law Division
2 Broad Street
Elizabeth, New Jersey 07207

With all due respect, Mr. Mann,

The egregious matter to say the least of your flatly hanging up on
Dr. Stephen Francis Schoeman is of such very seriously important consequence as to
require allegation in the aforementioned docket case!

Case 2:26-cv-01827-MCA-JSA    Document 18    Filed 03/23/26    Page 6 of 8 PageID: 156

AND ESPECIALLY WHEN DR. SCHOEMAN WAS MOST RESPECTFULLY
PRESENTING TO YOU CONSTITUTIONAL AND CODE OF JUDICIAL
CONDUCT ARGUMENTS WITH REGARD TO DOCKET NUMBER:
UNN-L-4636-25!
============================================================

YOU, Mr. Mann, and yet again with all due respect, are A REPRESENTATIVE
of His Honor and the Court and the Judicial Process.

We understand from His Honor's secretary that you are being disciplined but, alas, the issue
now remains and, SUPRA, includes your misbehavior and your misconduct such that yet
furthermore it is impermissible under both the
Code of Judicial Conduct and the Rules of Professional Conduct for this matter to proceed
any further before His Honor, before the Superior Court,
Union County Vicinage, and before any and all other His or Her Honors therein as our
original lawsuit in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW
JERSEY had included a good number of the Superior Court judges in THIS VICINAGE!

We are not at all amused by your aforementioned misconduct and misbehavior towards Dr.
Stephen Francis Schoeman, one, of course, of the
two Plaintiffs Pro Se herein, the other being, of course, his beloved and loving wife, best
friend, and soulmate Joy, they the very proud indeed MOMMY and
DADDY of their beloved and loving and ever so very adorable miniature apricot poodle
PIERRE HENRI!

And MOST IMPORTANTLY FURTHERMORE:

ONE: We are each of very advanced age indeed!
TWO We each have LIFE-THREATENING MEDICAL CONDITIONS
THREE: Your misconduct and your misbehavior, alas, have exacerbated
our medical states and we need not AT THIS POINT explain why.

Apologies are normally, of course, acceptable, but not herein when you purposefully, upon
our information and belief, hung up on Dr. Schoeman
as if he were some toy, some non-person, some thing, some abstraction,
some toothbrush to be discarded!

MOST respectfully yours,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Injured, wounded, dismayed, very much saddened
Plaintiffs Pro Se herein
101 Jefferson Avenue
Westfield, New Jersey 07090

cc: CLERK, United States District Court, District of New Jersey

CAVEAT: To repeat and very importantly so, under these most unfortunate

and sad and wrongful circumstances, it is now further impermissible, SUPRA, for His Honor to preside in any regard in this matter herein! Never in the course of our very long lives has anything of this nature or kind or manner ever but ever but ever been experienced by us, by either of us, by both of us!

On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:

Dear Mr. Schoeman,

Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.

If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Thank you,

Brendan Mann

Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.

DV DANIELS NJ 070

18 MAR 2026

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

DISTRICT C
CT OF NEW JERS
RECEIVED

2026 MAR 23  A 10: 41

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

07102-359599