## Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:      brendan.mann@njcourts.gov

Cc:      cwestrick@carellabyrne.com

Date:   Tuesday, March 17, 2026, 12:21 AM EDT

12:12 A.M. St. Patrick's Day 2026 as this is a very urgent matter indeed!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
From Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

TO ALL DEFENSE COUNSEL
TO JUDGE MARK P. CIARROCCA
TO ADVISORY COMMITTEE ON JUDICIAL CONDUCT
TO: CLERK OF THE US DISTRICT COURT, NEW JERSEY DISTRICT

To clarify, we would each and both and together be most uncomfortable having to call the Chambers of The Hon. Judge Mark P. Ciarrocca in light of the intemperate conduct of his law clerk Mr. Brendan Mann who, and it is astounding, HUNG UP on us, as we are a team, this morning and even while we were discussing constitutional issues, New Jersey Court rules, and the Code of Judicial Conduct!

We are of very advanced ages each and each of us has, so very sad to have to say, LIFE-ENDANGERING DISEASES!

==================================================================
And upon wise advice of our physicians, we cannot at all tolerate the stress such as Mr. Mann imposed on us this morning!
==================================================================

This case involves matters of religious concern and we would have though that there would especially have been reverence for love and kindness and respect in the matters of this now TRAUMATIZING FOR US proceeding made so by this unfortunate law clerk conduct and we have been around the block many times, so to speak, and never but never but never had encountered conduct and behavior such as THIS today!

And so importantly as TO OUR HEALTH ALONE to repeat, it would be very much ill-advised ever again to call or contact or communicate with the
Chambers of The Hon. Mark P. Ciarrocca again or to take part in any proceeding in which His Honor is the presiding judge for OUR HEALTH
IS, OF COURSE, OF ULTIMATE IMPORTANT in the very little time, alas, we have left before, we do hope and pray and wish for when God takes us home

Case 2:26-cv-01827-MCA-JSA    Document 19    Filed 03/23/26    Page 2 of 3 PageID: 160

with Him!

We are each very devoutly religious Roman Catholics and have now complained about these matters to both His Holiness and to the United States Conference of Catholic Bishops (USCCB)!

We cannot and we will not and we shall not endure further such intemperateness as was evidence, alas and alack, this morning IN THE VERY CHAMBERS OF A JUDICIAL JUDGE!

On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:

Dear Mr. Schoeman,

Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.

If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Thank you,

Brendan Mann

Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.

DV DANIELS NJ   070

18 MAR 2026 PM 2  L



CT COURT
NEW JERSEY
RECEIVED

2026 MAR 23  A 10: 46

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

07102-359599