Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

CLERK
U S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 16  A 11: 08

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

# Fw: SCHOEMAN V. THE FLORIDA BAR

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: rsb@searcylaw.com

Cc: morr@orrcook.com

Bcc: dworkman2024@gmail.com

Date: Saturday, March 14, 2026, 04:53 AM EDT


Ms. Barnes and Mr. Orr,

Upon advice of counsel, yet further legal actions may have to be taken, including but not limited to, the United States District Court for the District
of New Jersey, the Office of the Attorney-General of the State of New Jersey,
the Better Business Bureau, the Federal Trade Commission, the United States Department of Justice.

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

----- Forwarded Message -----
**From:** sschoeman@verizon.net <sschoeman@verizon.net>
**To:** dworkman2024@gmail.com <dworkman2024@gmail.com>
**Sent:** Saturday, March 14, 2026, 04:49:28 AM EDT
**Subject:** SCHOEMAN V. THE FLORIDA BAR

SUPERIOR COURT, UNION COUNTY VICINAGE, LAW DIVISION
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman vl
The Florida Bar (Docket number pending processing by the Clerk of the Court)

_____-


EXHIBIT marked, "Florida Bar Out-Of-State Representative Dworkman"
====================================================================

Friday, March 13,2026

Mr. Dworkman,

You are the out-of-state representative of The Florida Bar yet you do not
at all even acknowledge the concerns of out-of-state inactive member
Dr. Stephen Francis Schoeman! WHY, sir?

And now there is this lawsuit in the Superior Court of the State of New Jersey,
Union County Vicinage, Law Division!

And amongst other matters, the adamant refusal of The Florida Bar to accept THE ONTIME PAYMENT of the final third portion of Dr. Schoeman's scheduled three-part installment dues for this year!

Dr. Schoeman is now celebrating his FIFTIETH YEAR as a member of The Florida Bar in which he has never ever made any late payment of dues!

Instead of congratulations, Dr. Schoeman, who is jEWISH, received a most threatening, menacing, endangering as to our health e-mail earlier this week!

And yet, sir, you have not had a thing to say to JEWISH Dr. Schoeman!

Respectfully but you show us none!

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey
(All communications must be in writing!)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
(docket number pending processing by the Clerk of the Court)

---

EXHIBIT marked "CONCLUSION REMARKS OF CO-PLAINTIFF RO SE MRS. JOYANNE LOUISE SCHOEMAN TO THE JURY OF PEERS OF THE DEFEND HEREIN THESE PROCEEDINGS THE FLORIDA BAR", dated, Saturday, March 14,2026
=============================================================

Ladies and Gentlemen of the Jury, Super Court, Union Count6y Vicinage, Law Division,

As you have been most respectfully told, THIS YEAR marks the FIFTIETH ANNIVERSARY of my beloved and loving husband, best friend, and soulmate Steve's membership in THE FLORIDA BAR! Steve, of course, as you also were told, is the very proud DADDY of our beloved and loving and ever so hugely adorable miniature apricot poodle PIERRE HENRIY, I, of course, his very proud as well MOMMY!

Instead of receiving CONGRATULATIONS from The Florida Bar for his FIFTY YEAR membership, Steve received THAT ODIOUS E-MAIL OF GREAT AND FRIGHTENING AND MENACING THREAT that has done such damage to our health, Steve's and Mine, and as you also know, we are by far not at our very advanced ages Spring chickens what with, alas, so very tragic, our respective LIFE-THREATENING and LIFE-TAKING and LIFE-INCURABLE diseases!

As you also were told by us, Steve was treated FORTY-EIGHT times for AGGRESSIVE PROSTATE CANCER, has TYPE-2 DIABETES, and to top it all of, HIGH BLOOD PRESSURE!@

And as you also were told, I have TACHYCARDIA and MITRO VALVE PROLAPSE and because of the enormous STRESS posed to us by THE FLORIDA BAR my very serious heart condition has, so sad, so very unfortunate, so very potentially tragic, be exacerbated by The Florida Bar as has Steve's also FRAGILE HEALTH!

And OVER WHAT, you the very fine Ladies and Gentlemen of the Jury of Peers of this defendant The Florida Bar which in this egregiously gross matter has acted more like and still is acting more like the local tavern par than the organized bar of the legal profession, this NOBLE legal profession, this very important, of course, legal profession where THE SENSE OF JUSTICE

AND FAIR PLAY

AND RESEPCT

ARE ESSENTIAL QUALITIES, ATTRIBUTES, CHARACTERISTICS!

And yet here we are, fine Ladies and Gentlemen of the Jury!

ONE: Dr.Schoeman paid his dues for this year ON TIME!

TWO: Dr. Schoeman for FIFTY years has paid his dues ON TIME!

THREE: One year THE FLORIDA BAR mixed it all up and claimed that Dr. Schoeman had not paid his dues WHEN HE HAD DONE SO!

FOUR: Dr. Schoeman's check which you have seen, fine Ladies and Gentlemen of the Jury of Peers of the defendant The Florida Bar is dated PRIOR to the due date and was mailed PRIOR to the due date and was RECEIVED by the defendant The Florida Bar, fine Ladies and Gentlemen of the Jury!

A) March 1,2026 was a SUNDAY and, as we all so well know, of course, the USPS does not normally make deliveries on SUNDAYS!

B). Of course, February 28,2026 was a SATURDAY and no one was, of course, working in defendant The Florida Bar's Membership Services or Accounting departments! Few employees anywhere are doing so!

C) That defendant The Florida Bar claims it received Steve's check "not on time" is totally and completely and thoroughly IRRELEVANT, THEREFORE!

FIVE: We are not just talking about any member of THE FLORIDA BAR!

A)  Steve has always been a most loyal and very proud and very active member of THE FLORIDA BAR.

B) Not of course every an officer of THE FLORIDA BAR, Steve has contributed SCADS OF LETTERS TO THE EDITOR OF THE FLORIDA BAR NEWS which has been PUBLISHED!

C) When a great big powerful hurricane was barreling down on TALLAHASSEE which as you, very fined ladies and gentlemen of the jury, there was Steve sending such a wonderfully considerate, kind, and ever so loving email of deepest concern to the defendant

THE FLORIDA BAR

D) And more even THAN THAT, we, Steve and his beloved and loving wife, best friend, and soulmate SAID GRACE THAT ALL SHALL BE WELL WITH THE FLORIDA BAR, TALLAHASSEE, AND ALL THE PEOPLES OF THE STATE OF FLORIDA, THIS WORLD-FAMOUS  "SUNSHINE STATE"!

E) THAT in the interests of OBJECTIVE KNOWLEDGE, Steve, as you, the very good and fine and decent LADIES AND GENTLEMEN OF THE JURY, and it is so ever so PAINFULLY SAD, TRAUMATIC, AND GHASTLY for me TO REPEAT IT,

Steve many times had in the best best of great good faith recommended, proposed, offered the suggestion that The Florida Bar hold just one lecture, that's right, just one lecture, ONLY one lecture on a matter of THE HOLOCAUST in which Steve LOST NEARLY ALL of his relatives in Poland and Hungry as did SIX MILLIONS OF OTHER JEWS TO HITLER!
++++++++++

And yet, and yet, and decidedly yet, not once did any officers or members of the BOARD OF GOVERNORS of THE FLORIDA BAR ever even ACKNOWLDEDGE Steve's many, many, many times emitted and otherwise written brilliant suggestion!

That Steve did not make his proposal up out of whole cloth but repeatedly told the defendant The Florida Bar that Steve had been and was and still was basing his very fine, very important, very decent proposal on the article from the justifiably famous UNITED STATES HOLOCAUST MEMORIAL MUSEUM'S brilliantly authoritative article that Steve had found on its website entitled,

"LAW, JUSTICE, AND THE HOLOCAUST"

That this refusal by the defendant The Florida Bar EVEN TO ACKNOWLEDGE Steve's many times indeed, IN FACT, proposal constitutes a form or attitude or mindset of either

HOLOCAUST DENIAL

OR,

YES, ANTI-SEMITISM

And both Florida "The Sunshine State" and The Florida Bar have SIZABLE JEWISH MEMBERSHIPS!

AND SO, AND SO, AND SO, both Steve and I have SUFFERED and still SUFFER from

THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS!

THE MENACING OF THE FLORIDA BAR IN THAT ATROCIOUSLY CRUELLY BRUTAL EMIAL OF DEFENDANT THE FLORIDA BAR!!!!!

HAVE HAD, HAVE, AND STILL HAVE THE TERRIBLE ADVERSE HEALTH CONSEQUENCES OF THIS MOST UNFORTUNATE, THIS MOST INDECENT, THIS MOST VASTLY UJUST GROSS MISTREATMENT AND GROSS MISCONDUCT OF THE SO CALLED AUGUST FLORIDA BAR WHICH IN HIS MOTTO, SLOGAN, THEME STATES FOR ALL THE WORLD TO SEE,

"PURSUING JUSTICE. PROMOTING PROFESSIONALISM. PROTECTING THE PUBLIC."

BUT, alas and alack, WHAT JUSTICE?
BUT, alas and alack, WHAT PROMOTING OF PROFESSIONALISM?
BUT, alas and alack, WHAT PROTECTING THE PUBLIC?

WHEN the defendant THE FLORIDA BAR has, so to speak, GONE TOOTH AND NAIL at Dr. Stephen Francis Schoeman, my beloved husband, Pierre's beloved Daddy?

And in such vicious style?

To discredit this man, A FIFTY YEAR THIS YEAR MEMBER OF THE FLORIDA BAR!

And an OUT-OF-STATE MEMBER AT THAT!

And a very long-time CONTRIBUTOR TO THE FLORIDA BAR NEWS!

And the man, not even a Florida resident, who as you, very fine ladies and gentlemen of the JURY OF THE PEERS OF DEFENDANT THE FLORIDA BAR,

wrote his deepest concerns to THE FLORIDA BAR about THE COMING POWERFUL, DEADLY, EVER SO VASTLY DESTRUCTIVE HURRICANE!

SUCH A MAN and it could be a WOMAN AS WELL is being treated, has been treated, had been treated this MOST INDECENT OF WAYS by THE FLORIDA BAR?

That this is THE REWARD for Steve having been a member of THE FLORIDA BAR longer than most members of THE FLORIDA BAR are alive?

That THIS is the gratitude Steve has received?

Oh, yes, yes, yes, here, here, here the words the very words the abundantly clear words of SHAKESPEARE no less on the subject as evil as it is and has always been and shall without GOD'S INTERVENTION always but always but always be and with this I conclude my SUMMATION to you the very fine and patient and decent and good members of THE JURY OF PEERS who, it seems and most respectfully and decently and justly and politely SAT THROUGH, and please bargain the world-famous express,

      HOGWASH of defenses of the defendant THE FLORID BAR!

A PAINFUL, IF NOT MOST IF NOT VERY PAINFUL EXERCISE TO BE SURE!

AND PAINFUL FOR US TOO, THIS TEAM, THIS MOST HAPPILY MARRIED COUPLE, THIS DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN!

NOR IS OUR BELOVED AND LOVING AND EVER SO HUGELY ADORABLE MINIATURE APRICOT POODLE ANY TOO PLEASED AS WELL!

Steve is a notable HISTORIAN besides being a most brilliant POLITICAL SCIENTIST with a Ph. D. in Political Science from one of America's leading great universities, of course, New York University or as we say, "NYU"!

And he, this beloved and loving husband, best friend, and soulmate of mine, STEVE has this to cay to conclude these proceedings and they are not, of course, Steve's words but the words of QUEEN VICTORIA!

      "WE ARE NOT AMUSED"
      +++++++++++++++++

# HOLDING HEARING WHILE DR. SCHOEMAN WAS ILL

From: sschoeman@verizon.net (sschoeman@verizon.net)

To: sdavis@newjerseylaw.net; jvigliotti@summitlawyers.net; jisola@cgajlaw.com

Cc: aoc-acjcinfo.mbx@njcourts.gov

Bcc: aury.quezada@njcourts.gov; aoc-acjcinfo.mbx@njcourrts.gov; steven.budelman@njcourts.gov; jason.saunders@njcourts.gov

Date: Saturday, March 14, 2026, 08:11 AM EDT


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
docket number pending processing by the Clerk of the Court therein
Schoeman v. Viscomi et al

---

FROM: Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

TO: Defense Counsel Stephen O. Davis
    Defense Counsel James A. Vigliotti
    Defense Counsel Joseph Isola
    Law Clerk Aury Quezada

Friday, March 13,2026

    EXHIBIT marked "Defense Counsel and Law Clerk"
    +++++++++++++++++++++++++++++++++++++++++++

You all knew that Dr. Schoeman had taken ill and was with his beloved wife Joy
unable to attend the hearing on Thursday, February 26,2026.
++++++++++++++++++++
You further knew that the Court had scheduled its motion hearing on the
YAHRZEIT of Dr. Schoeman's beloved MOTHER and the YAHRZEIT of
Dr. Schoeman's beloved FATHER!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Yet in both if these gross instances of DUE PROCESS and EQUAL PROTECTION
OF THE LAWS and in light of both THE RULES OF PROFESSIONAL CONDUCT
and THE CODE OF JUDICIAL CONDUCT,

    nothing but silence and indifference from all of you who shall in time be
    served process in the above-docketed matter!

---

    Respectfully but none shown us at all

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs Pro Se, Superior Court and Federal cases
==================================================

# SERVICE OF PROCESS ON MR. VIGLIATTII

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    jvigliotti@summitlawyers.net

Cc:    aury.quezada@njcourts.gov

Bcc:   aoc-acjcinfo.mbx@njcourts.gov

Date:  Saturday, March 14, 2026, 07:51 AM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
docket number pending

———————————————————————————————

EXHBIT marked "James A. Vigliotti, Esq."
================================

Friday, March 13,2026

James A. Vigliotti, Esq.
783 Springfield Avenue
Summit, New Jersey 07901
========================

Mr. Vigliotti:

You knew that my beloved husband Steve had taken ill and so could not and did not attend the motion hearing on February 26,2026, a Thursday!
    ++++                        ++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++
You were our former counsel and yet you did not object at the hearing that Steve and I was not there!

++++++++++++++++++
You told us LATER you had at the hearing supported our motion for summary judgment!

I had informed Mr. Quezada that Steve had taken ill and did so by phone after court hours the night before the hearing yet the hearing proceeded. And so
Mr. Quezada shall also be served process in this now Federal matter.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++++++++++++++++++++++++++++++++++++++++++++++++++
Where was your decency, Mr. Vigliotti, to have objected to the hearing though you knew that your former client had taken ill and so could not attend the hearing that unconstitutionally went ahead anyway?

YOU, Mr. Viglitto owed US a very important ETHICAL OBLIGATION as we were your former clients to have objected to our not being there because Steve was not well! As did Mr. Quezada. As did Judge Viscomi. As did the Court Clerk. As did the other defense counsel. As did the Judicial Process! As did Lady Liberty and Lady Justice and our Great Constitution!

Respectfully but none shown us at all!

Mrs. Joyanne Louise Schoeman
Co-Plaintiff Pro Se

CLERK
DISTRICT COURT
T OF NEW JERSEY
RECEIVED

MAR 16  A 11: 06



XRAYED

## The UPS Store RFID Label

Tracking #

1ZE08748030639  2869



STEPHEN SCHOEMAN, PH D
(908) 233-8278
101 JEFFERESON AVE
WESTFIELD  NJ 07090

**1 LBS**      **1 OF 1**
SHP WT: 1 LBS
DATE: 16 MAR 2026

SHIP TO:
CLERK MLK JR FEDERAL COURTHOUSE
UNITED STATES DISTRICT COURT OF NJ
50 WALNUT ST

NEWARK   NJ 07102-3551

NJ 076 9-02

UPS GROUND

TRACKING #:  1Z E08 748 03 0639 2869

BILLING: P/P

MMCMY01196KXD ISH :3.00C ZZP230 EP 07.5V 02/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.      RRD R 0126

