## Staggering, startling, shocking nature of The Florida Bar



From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:  rsb@searcylaw.com; morr@orrcook.com

Cc:  dworkman2024@gmail.com; gordon@gloverlawfirm.com

Bcc:  ganderson@murcphyanderson.com

Date:  Thursday, March 19, 2026, 02:07 AM EDT

RECEIVED

MAR 2 4 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT, NEW JERSEY
2:26-cv-01827

SUPERIOR COURT, NEW JERSEY, UNION COUNTY, LAW DIVISION
UNN-L-4636-25

Early Thursday morning, given the EXIGENCIES herein, March 19,2026

---

Exhibit of The Plaintiffs Pro Se marked,

"The Staggering, Startling, And Shocking Nature of The The Florida Bar and
The Florida Bar Board of Governors And The AS YET President and President-Elect
Of The Florida Bar"

ONE: Dr. Schoeman is this year a FIFTY YEAR member of The Florida Bar.

TWO: Dr. Schoeman is JEWISH.

THREE: Dr. Schoeman had many times proposed that The Florida Bar sponsor just one
lecture on the role of lawyers and judges in the advancement of Hitler that was based upon
Dr. Schoeman having read THE UNITED STATES HOLOCAUST MEMORIAL MUSUEM'S
scholarly article "Law, Justice, And The Holocaust"
=============================

FOUR: Not even once did any member of The Florida Bar Board of Governors or the
President of The Florida Bar or the Executive Director of The Florida Bar or the
Membership Services department of The Florida acknowledge let alone answer the huge number of emails and letters
about his wise and sensible and historically very important
proposed lecture aforementioned!

FIVE: This year, 2026, as ALWAYS THE CASE, Dr. Schoeman paid his dues IN FULL and
ON TIME in THREE INSTALLMENTS!

SIX: The Florida Bar continually is dismissing the FACT that Dr. Schoeman had paid ALL his three INSTALLMENTS in full
and on time!

SEVEN: Dr. Schoeman many times advised The Florida Bar and its Board of Governors
and its President and its President-Elect that local news reporting indicated that the
USPS was having serious delivery problems in Tallahassee where The Florida Bar, of course,

has its headquarters!

EIGHT: Rather than compliment Dr. Schoeman on his NOW being a FIFTY YEAR
MEMBER of The Florida Bar, The Florida Bar has been sending Dr. Schoeman threatening
emails that unless he pays his dues aforementioned he shall be disciplined by
The Florida Bar.

NINE: Dr. Schoeman and his beloved and loving wife, best friend, soulmate, and also
Co-Plaintiff herei in these increasingly stressing matters have many times indeed, IN FACT, repeatedly advised, informed,
notified The Florida Bar, The Florida Bar Board of Governors,
Florida Bar President Barnes, Florida Bar President-Elect Orr, Florida Bar Executive Director
Doyle and his office that Dr. Schoeman had paid his dues aforementioned IN FULL and
ON TIME!

TEN: No acknowledgment and no response has NOW been followed by The Florida Bar
cutting off telephonic communications from Dr. and Mrs. Schoeman ON HIS TELEPHONE
which is (908) 233-8278 but NOT AS YET on her telephone which is (908) 654-4144 as
was evidence last night, Wednesday, March 18,2026.

ELEVEN: That the conclusion is inevitably to be alleged that these conducts and these behaviors are and may and might
and do constitute A FORM OF ANTI-SEMITISM!

TWELVE: That for JEWISH Dr. Schoeman THE SHEER HORROR of THE HOLOCAUST
is once again brought to mind for him as he lost nearly all of his relatives in Poland
and in Hungary due to HITLER during THE HOLOCAUST that also ever so immensely tragically took the lives of SIX
MLLION OTHER JEWS throughout the realms over which Hitler
ruled!

THIRTEEN: That it is and has to be and must be considered cruel, brutally so,
outrageous, immensely so, evil, undoubtedly so that the defendants herein and the President and President-Elect and
Membership Services and the Executive Director
aforementioned could not see themselves advancing past the fog to admit let alone to acknowledge let alone to answer
JEWISH Dr. Stephen Francis Schoeman or his beloved
and loving wife, best friend, and soulmate Joy in these increasingly egregious matters
herein aforementioned and heretofore stated huge numbers of times!

FOURTEEN: That ANTI-SEMITISM may be and is and constitutes denial of
THE HOLOCAUST either by silence or by indifference or by self-proclaimed ignorance but
in whatever case the matters herein may be and are and constitute SOME FORM OF
ANTI-SEMITIC ACT, ATTITUDE, GENERAL VIEW!
================================================================================

2:26-cv - 01827

## Re: Schoeman v. FLORIDA BOARD OF GOVERNORS

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:    dworkman2024@gmail.com

Date:  Wednesday, March 18, 2026, 07:47 PM EDT


Dear Mr. Workman, a very good evening, sir,

Thank you so very much indeed for your very prompt reply!

And I say CONGRATULATIONS, as you are the ONLY Board member to reply let alone any of the Florida Bar officers to reply let alone to acknowledge
my deep and deepening concerns.

To summarize and most respectfully so, I paid this year's annual dues IN FULL and ON TiME in THREE (3) INSTALLMENTS!

Yet Membership Services says otherwise as to the LAST INSTALLMENT!

And please note: THIS IS MY FIFTIETH YEAR OF FLORIDA BAR MEMBERSHIP as I approach, alas, EIGHTY-FOUR YEARS of age and with several LIFE-THREATENING MEDICAL CONDITIONS, including,

   AGGRESSIVE prostate cancer for which I have been treated
   an astounding FORTY-EIGHT TIMES!

THUS both my beloved wife Joy and I have taken sick because of the enormous STRESS being imposed on me by The Florida Bar herein.

And I am so very saddened that THIS is their response and not any congratulatory note at all upon my FIFTIETH YEARS ANNIVERSARY of Membership in The Florida Bar.!

And so now there is not one but two lawsuits that Joy and I have very sadly had to file against The Florida Bar!

One in the Superior Court, Union County Vicinage, Law Division
UNN-L-4636-25
==================================================

The other in the United States District Court, District of New Jersey
2:26-cv-01827
==================================================

Huge numbers of emails to Membership Services: no reply
Many emails to President Barnes and President-Elect Orr and not only
no replies but not even acknowledgements
Very many emails to various Board members, no reply, no acknowledgment!

What, then, and with the UTMOST of due respect, is going on in
The Florida Bar in these egregious respects?

And now even though payment, SUPRA, was paid in full on time, I am now being subjected to
DISCIPLINARY ACTION OR ACTIONS!

All THIS over the last of the three installments of my annual dues!

And further, Accounting says it has my check for the final installment but says it was late!
EVEN THOUGH local news reports very serous USPS problems
WITH DELIVERY!

And so upon the advice, strong advice at that, it is now impermissible for
both Joy and me to endure yet further this GROWING STRESS being placed upon us by The
Florida Bar whose membership I have cherished all these FIFTY YEARS of membership
therein!

Cordially and with very best wishes,
Dr. Stephen Francis Schoeman
Political Scientist,, Ph. D.
Historian
Specialist: International, Public, European, and Constitutional Affairs
Attorney-at-Law (inactive)
                    ++++++

VERY IMPORTANT CAVEAT: I have not had the pleasure of speaking with Ms. Jackson and
every time I dial The Florida Bar telephone number and that of Membership Services I
received the message that the telephone numbers are NOT WORKING!

And put another way, continuation of this aforementioned STRESS can directly lead to
MEDICAL COMPLICATIONS for me and as well for my beloved wife Joy!

Surely there has to be sanity, decency, good sense in The Florida Bar?
=========================================================
On Wednesday, March 18, 2026, 06:58:51 PM EDT, Donald Workman <dworkman2024@gmail.com> wrote:


Sir,

I received your emails and voicemail. I have passed along your concerns to the appropriate staff at The Florida
Bar. Cynthia Jackson, with whom you've spoken, said you can contact her with questions/concerns.

Regards,

Don Workman

On Mar 18, 2026, at 4:36 PM, sschoeman@verizon.net wrote:


EXBIT, "The Board of Governors of The Florida Bar"

UNITED STATES DISTRICT COURT, NEW JERSEY
SUPERIOR COURT OF NEW JERSEY, UNION COUNTY, LAW DIVISION

The Board of Governors of The Florida Bar:

You are respectfully hereby put on notice of the commencement of legal action against you and all your members in the above-named Courts-of-Law forfailure, and ever so abjectly so, either to acknowledge our many times stated emails or let alone answer them let alone pick up the telephone and speaking to us!

We had expected better from this professional organization of lawyers!

And from you who are "guardians of the law"!

THAt Dr. Schoeman, an inactive out-of-state member had paid IN FULL and ON TIME his annual memberships dues!

THAT neither the Accounting Office nor Membership Services has ever returned our many emails!

THAT both Florida Bar President Barnes and Florida Bar President-Elet even refuse to speak to us!

And where is DUE PROCESS OF LAW herein?
And where is EQUAL PROTECTION OF THE LAW herein?
And where is DUE PROCESS PROPER NOTIFICATION herein?
    (Flowers; Mullane v. Central Hanover Bank-United States Supreme Court)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Most respectfully yours but you, alas, offer us none!
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278 AND (908) 654-4144

cc:

Clerk: United States District Court, New Jersey
Clerk: Superior Court, New Jersey, Union County Vicinage, Law Division
Civil Rights Division, United States Department of Justice, Washington, D.C.

===============================================================

Case 2:26-cv-01827-MCA-JSA    Document 21    Filed 03/24/26    Page 7 of 18 PageID: 180

# ODIOUS DEFENSE AGAINST EUCHARIST

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:  cwestrick@carellabyrne.com

Date:  Wednesday, March 18, 2026, 06:29 PM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
Case: 2:26-cv-01827
Schoeman v. Viscomi et al


EXHIBIT marked "ODIOUS DEFENSE AGAINST EUCHARIST"

We, the Plaintiffs Pro Se, find it very hard to believe that any sensible person let alone a lawyer let alone a judge could possibly at all defend AGAINST

EUCHRIST!

That anyone could possibly support WITHOUT THE EXISTENCE OF EX-COMMUNICATION banning any dutiful, legal, proper, honest, honorable, God-fearing ROMAN CATHOLIC

from EUCHARIST

That, alas and alack, tragic to in the EYES OF GOD, that is precisely what these defense counsel "guardians of the law" are in their unfortunate ways and means are doing!

And to be blunt yet respectfully so, THIS stinks in the nostrils of God!

Wednesday before our grace at dinner, March 18,2026
==========================================
Respectfully and in long-held abiding Faith in God our Master, Our King, Our Savior, Our Shield,

DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
Plaintiffs Pro Se herein

# You are allegedly threatening us!

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:      cwestrick@carellabyrne.com

Date:  Wednesday, March 18, 2026, 07:15 PM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
Case: 2:26-cv-01827
Schoeman v. Viscomi et al

          EXHIBIT: "Defense Attorney Westrick"
          ==============================

Wednesday after grace at dinner this evening that God look over and after and for us, March 18,2026
============================================================

New Jersey Attorney Christopher Westrick, Roseland, New Jersey

You are allegedly threatening our right to worship God at EUCHRIST by defending your client
Cardinal Tobin's allegedly agreement to support that ban!
And so we have respectfully asked His Holiness to commence a formal
investigation with regard to both you and your defendant client Cardinal Tobin.
You have paid no attention as we believe based on our information to
CATECHISM! You, therefore, are allegedly violating THE WORD OF GOD!

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs Pro Se herein

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case: 2:26-cv-01827-MCA-JSA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. Viscomi et al

_____

Circumstance are unfortunately such that we, the Plaintiffs Pro Se herin, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, are hereby AMENDING our Complaint herein to include the following NEW defendant:

++++

The Board of Governors of the defendant The Florida Bar.

Attached herein is EXHIBIT marked,

"The Board of Governors of The Florida Bar"

MOST respectfully yours,

March 18,2026
==============


_____

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
The Plaintiffs Pro Se herein
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278

## Schoeman v. FLORIDA BOARD OF GOVERNORS

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    morr@orrcook.com

Cc:    rsb@searcylaw.com

Bcc:   dworkman2024@gmail.com; aron@gibsonlawyers.com; gordon@gloverlawfirm.com;
       ganderson@murcphyanderson.com

Date:  Wednesday, March 18, 2026, 04:36 PM EDT


     EXBIT, "The Board of Governors of The Florida Bar"

UNITED STATES DISTRICT COURT, NEW JERSEY
SUPERIOR COURT OF NEW JERSEY, UNION COUNTY, LAW DIVISION

The Board of Governors of The Florida Bar:

You are respectfully hereby put on notice of the commencement of legal action against you
and all your members in the above-named Courts-of-Law forfailure, and ever so abjectly so,
either to acknowledge our many times stated
emails or let alone answer them let alone pick up the telephone and speaking to us!

We had expected better from this professional organization of lawyers!

And from you who are "guardians of the law"!

THAt Dr. Schoeman, an inactive out-of-state member had paid IN FULL and
ON TIME his annual memberships dues!

THAT neither the Accounting Office nor Membership Services has ever returned our many
emails!

THAT both Florida Bar President Barnes and Florida Bar President-Elet
even refuse to speak to us!

And where is DUE PROCESS OF LAW herein?
And where is EQUAL PROTECTION OF THE LAW herein?
And where is DUE PROCESS PROPER NOTIFICATION herein?
    (Flowers; Mullane v. Central Hanover Bank-United States Supreme Court)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Most respectfully yours but you, alas, offer us none!
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue

Westfield, New Jersey 07090
(908) 233-8278 AND (908) 654-4144

CC:

Clerk: United States District Court, New Jersey
Clerk: Superior Court, New Jersey, Union County Vicinage, Law Division
Civil Rights Division, United States Department of Justice, Washington, D.C.
============================================================

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case: 2:26-cv-01827-MCA-JSA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. Viscorni et al

---

Circumstance are unfortunately such that we, the Plaintiffs Pro Se herin, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, are hereby AMENDING our Complaint herein to include the following NEW defendant:

++++

The Board of Governors of the defendant The Florida Bar.

Attached herein is EXHIBIT marked,

"The Board of Governors of The Florida Bar"

MOST respectfully yours,

March 18,2026

==============

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
The Plaintiffs Pro Se herein
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278

## Schoeman v. FLORIDA BOARD OF GOVERNORS

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    morr@orrcook.com

Cc:    rsb@searcylaw.com

Bcc:   dworkman2024@gmail.com; aron@gibsonlawyers.com; gordon@gloverlawfirm.com; ganderson@murcphyanderson.com

Date:  Wednesday, March 18, 2026, 04:36 PM EDT


        EXBIT, "The Board of Governors of The Florida Bar"

UNITED STATES DISTRICT COURT, NEW JERSEY
SUPERIOR COURT OF NEW JERSEY, UNION COUNTY, LAW DIVISION

The Board of Governors of The Florida Bar:

You are respectfully hereby put on notice of the commencement of legal action against you and all your members in the above-named Courts-of-Law forfailure, and ever so abjectly so, either to acknowledge our many times stated
emails or let alone answer them let alone pick up the telephone and speaking to us!

We had expected better from this professional organization of lawyers!

And from you who are "guardians of the law"!

THAt Dr. Schoeman, an inactive out-of-state member had paid IN FULL and ON TIME his annual memberships dues!

THAT neither the Accounting Office nor Membership Services has ever returned our many emails!

THAT both Florida Bar President Barnes and Florida Bar President-Elet even refuse to speak to us!

And where is DUE PROCESS OF LAW herein?
And where is EQUAL PROTECTION OF THE LAW herein?
And where is DUE PROCESS PROPER NOTIFICATION herein?
    (Flowers; Mullane v. Central Hanover Bank-United States Supreme Court)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Most respectfully yours but you, alas, offer us none!
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue

Westfield, New Jersey 07090
(908) 233-8278 AND (908) 654-4144

CC:

Clerk: United States District Court, New Jersey
Clerk: Superior Court, New Jersey, Union County Vicinage, Law Division
Civil Rights Division, United States Department of Justice, Washington, D.C.
=============================================================

## Dr. Schoeman's telephone is being blocked by The Florida Bar!

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:      dworkman2024@gmail.com

Cc:     rsb@searcylaw.com

Bcc:   morr@orrcook.com

Date:  Wednesday, March 18, 2026, 10:06 PM EDT


UNITED STATES DISTRICT COURT, NEW JERSEY
2:26-cv-01827

SUPERIOR COURT, UNION COUNTY VICINAGE, LAW DIVISION
UNN-L-4636-25

     Plaintiff's Pro Se
     ==============
     EXHIBIT marked "The Florida Bar is intentionally blocking
     Plaintiff's Pro See Telephone Number!"
     ++++++++++++++++++++++++++++++++++++++++++++++

We conducted a little experiment to determine whether there is something wrong with telephonic connections between Dr. Schoeman's telephone number and The Florida Bar ONLY to discover there is indeed, in fact, a problem. IT IS BEING BLOCKED INTENTIONALLY SO BY THE FLORIDA BAR whether to the Executive Director's office or to Membership Services or the General Number!

We know this full well because Mrs. Schoeman's telephone number IS NOT BEING BLOCKED AT ALL!

But we have very good reasons to suspect that Mrs. Schoeman's telephone number shall also be blocked in short order!

What, then, is the very purpose of both Due Process of Law AND Equal Protection of the Laws when Dr. Schoeman cannot EVEN telephone The Florida Bar about his final installment of three payments to The Florida Bar that was paid IN FULLI and ON TIME!

And THIS from a professional organization of attorneys-at-law!

And THIS from The Florida Bar which advertises itself as engaged in what it terms "Professionalism"!

This adjunct of the Supreme Court of the State of Florida!

AOL Mail - Dr. Schoeman's telephone is being blocked by The Florida Bar!

Case 2:26-cv-01827-MCA-JSA    Document 21    Filed 03/24/26    Page 16 of 18 PageID: 189

3/19/26, 10:42 PM

And we suspect though without proof as yet and not herein even an allegation that there be some violation or violations of the appropriate Federal and State telephonic communication laws, rules, regulations, public policies!

We cannot think of a worse situation in our proud DEMOCRACY where THE RULE OF LAW is SINA QUA NON for this organized association of lawyers, and with utmost due respect, to cast such contempt upon the very values of Law and Justice and Honesty and Integrity and Honor and Truth (above all) that are THE very fundament of this country country, this noble nation under God, this marvelous Republic!

STEPHEN SCHOEMAN, PH D
(908) 233-8278
101 JEFFERESON AVE
WESTFIELD NJ 07090

1 LBS       1 OF 1
SHP WT: 1 LBS
DATE. 19 MAR 2026

SHIP TO:
CLERK OF THE COURT
UNITED STATES DISCTRICT COURT
MARTIN LUTHER KING JR,FED. COURT
50 WALNUT ST

NEWARK    NJ 07102

 NJ 076 9-02

UPS GROUND

TRACKING #:  1Z E08 748 03 8382 2606



BILLING: P/P

MMCMY81VB26CP ISH 13.00C ZZP230 EP 11 5V 03/2026
SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

UNITED STATES DISCTRICT COURT
50 WALNUT ST
NEWARK NJ 07102
P:M6  6030-MFL  S:M6C6  I:630
1ZE08748038382 Mar 23 06:25:34 2026

**The UPS Store RFID Label**

**Tracking #**

**1ZE08748038382  2606**

X-RAYED

UNITED STATES DISCTRICT COURT
50 WALNUT ST
NEWARK NJ 07102
P:M6  602____  S:M6C5  I:625
1ZE08748038382 Mar 20 05:56:34 2026



Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

T921