# ALLEGED ETHICS VIOLATIONS: RULE 3.1

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:     kenneth.schuster@law.njoag.gov; jaclyn.berry@njcourts.gov; aury.quezada@njcourts.gov

Cc:    aoc-acjcinfo.mbx@njcourts.gov

Bcc:   steven.budelman@njcourts.gov; jason.saunders@njcourts.gov

Date:  Wednesday, March 11, 2026, 02:14 AM EDT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
2:25-cv-01827
Schoeman v. Viscomi et al

_____

_____

Very early this morning given the exigencies of the matters contained herein, Wednesday,
March 11,2026
=====================================================================
=========
Office of Attorney Ethics
The Advisory Committee on Judicial Conduct

We hereby most respectfully file THIS our ethics complaint against the following persons:

Deputy Attorney-General Kenneth Schuster
Attorney-General of New Jersey
Superior Court Judge Anna C. Viscomi

for allegedly, based upon our information and belief, refusing and adamantly and abjectly and
ever so
wrongfully so, to consider our many times proposed offer of SETTLEMENT and GENERAL
RELEASE
in a certain matter: MID-L-8679-25, Superior Court, Middlesex County Vicinage, Law Division!

That THE purpose or at least one of the MAIN purposes of Rule 3.1 is TO EXPEDITE the end
of
litigation rather than to continue with litigation and AT LEAST, the very least, that is, to consider
ALTERNATIVES to litigation for the benefit of society, the sad to say OVERBURDENED
court system, and the stretched and stressed and lacking in sufficient resources financial and
otherwise
judicial process!

So many times our aforementioned ever so very respectful proposals herein!

Case 2:26-cv-01827-MCA-JSA    Document 22    Filed 03/25/26    Page 2 of 3 PageID: 193

Ever so many times NOT EVEN AN ACKNOWLEDGEMENT OF THEM!
So sad that in this age and era and time of stressed out TAXPAYERS such should be the case
that needless sums of money are spent on litigation that with the sweep of a pen and a kind
word,
even a loving word, can be, could be, should be resolved!

MOST respectfully yours,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278 and (908) 654-4144


cc: American Bar Association's Committee on Ethics and Professionalism
    Clerk of the Court, United States District Court, District of New Jersey

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202

DW DANIELS NJ  070

11 MAR 2026 PM 6  L

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 16  A 10: 56

UNITED STATES
OF AMERICA
FOREVER/USA

XRAYED

07102-359599