## Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 31  A 11: 22

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:    brendan.mann@njcourts.gov

Cc:    aoc-acjcinfo.mbx@njcourts.gov

Bcc:   cwestrick@carellabyrne.com

Date:  Monday, March 16, 2026, 11:47 PM EDT

US DIST CT, NJ District
2:26-cv-01827

FROM: Co-Plaintiff Pro Se Mrs. Joyanne Louise Schoeman
TO: Judge Mark P. Ciarrocca
    Defendant counsel Mr. Christopher Westrick
    Clerk, US Dist Ct, NJ
    =================
very late, it is so very urgent, Monday night, March 16,2026
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Our EXHIBIT to the US District Court, New Jersey District that we entitle
"Judge's Law Clerk Hangs Up On The Plaintiffs Pro Se herein"

Dear Judge Ciarrocca and Defense Counsel Davis,

The appalling conduct of. your law clerk Mr. Mann in hanging up on my beloved husband Steve as Steve was discussing very important constitutional issues and as well the Judicial Code of Conduct is reason enough to disqualify Your Honor from this case and we, that is, Steve and I have so complained to the US District Court in Newark!

It is simply impermissible for any law clerk to hang up on a litigant!

To treat that litigant with such rudeness!

To do so as the very representative of the Court, whatever court it may happen to be!

I understand from Your Honor's secretary, a very nice lady, that Mr. Mann is to be disciplined but that is not the issue at all!

The issue is the ability of this course going forward to give both Steve and I confidence in fair hearing by this Court and, alas, neither Steve and I based upon this truly surprising conduct of your law clerk Mr. Mann have that degree of confidence necessary with regards to our so called "due process" rights under the Constitution!

Case 2:26-cv-01827-MCA-JSA    Document 24    Filed 03/31/26    Page 2 of 6 PageID: 206

And there are, of course, the other concerns, including Your Honor not recusing yourself despite you having been alone with Judge Hudak and others BEING defendants in our lawsuit in that same Federal court in Newark!

We are advised that it would be THE appropriate "thing" for Your Honor to recuse yourself and to have this matter transferred to another county vicinage!

And so Steve and I shall continue in the belief that a fair trial means fairness all around and when Your Honor's law clerk so hung up the very idea of fairness went out the window!

Nor do we feel at all safe having to be present in this matter when Your Honor's law clerk is so intemperate as he was as I have said here.

That is, Steve and I do not trust anymore to the integrity of your law clerk and thus to the impartiality of the Court in this very important matter of our case's complaint before this Court-of-Law!

And then there is this: that we were the very last ones to be notified about the hearing set for this March 20th when ALL OF THE DEFENSE COUNSEL WERE NOTIFIED WELL BEFORE THAT DATE!

Mr. Mann told Dr. Schoeman, "You can access ejackets" or whatever that it.
BUT, as Dr. Schoeman advised and ever so respectfully, NEW JERSEY COURTS does not permit this for LITIGANTS PRO SE! We can ONLY gain access for certain very specific reasons. One of them landlord/tenant matters!
Another, cases of $20,000 and above.

AND SO WE HAD NO PROPER NOTICE AT ALL OF YOUR HONOR'S IMPENDING MOTION HEARING THIS MARCH 20TH UNTIL THIS MORNING, MARCH 16,2025 and in a week we could not have properly prepared for it ALL THE WHILE THESE DEFENSE COUNSEL HAD LOTS OF TIME TO DO SO, having been notified WELL IN ADVANCE of our UNCONSTITUTIONAL NOTIFICATION today!

What then is a court-of-law, any court-of-law, all proper courts-of-law but the expression of the JUDICIAL PROCESS which must be fair, impartial, and free from the intemperateness of any of its representatives as was always the case in that some thousand year old very much adored and admired and vital ancient Greek institute, of course, THE DELPHIC ORACLE!
============================================================
Frankly, Steve and are ARE SCARED EVER AGAIN TO CALL YOUR HONOR'S CHAMBERS!

And at our very advanced ages and with our respective LIFE-THREATENING MEDICAL CONDITIONS shall not, of course, do so again!

Case 2:26-cv-01827-MCA-JSA    Document 24    Filed 03/31/26    Page 3 of 6 PageID: 207

How sad it is that human beings act so towards other human beings!
Dr. Schoeman likes so very much to quote these lines of Wordsworth-his most favorite of
poets-from "Lines Written in Early Spring"!

> "Have I not reason to lament
> What man has made of man?"

==============================================================

On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:

Dear Mr. Schoeman,

Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.

If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Thank you,

Brendan Mann

Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.

## Re: ORAL ARGUMENT SCHOEMAN V. CARDINAL TOBIN UNN-L-4636-25 3/20/26 @ 9:00 AM

From:  sschoeman@verizon.net (sschoeman@verizon.net)

To:      brendan.mann@njcourts.gov

Cc:      cwestrick@carellabyrne.com

Bcc:    aoc-acjcinfo.mbx@njcourts.gov

Date:   Monday, March 16, 2026, 07:35 PM EDT


United States District Court, District of New Jersey
Case: 2:28-cv-01827
Superior Court of New Jersey, Union County Vicinage, Law Division
UNN-L-4646-25

---

A VERY GREAT THREAT TO THE ROMAN CATHOLIC CHURCH AS HEREIN SO VERY SADLY EXPLAINED

---

Monday night after our having said grace at dinner, March 16,2026,

His Eminence, Archbishop Coakley
President
United States Conference of Roman Catholic Bishops (USCCB)
3211 4th Street
Washington, D.C.

Your Eminence,

As we have explained to His Holiness, we as very devout in Roman Catholicism are being threatened that we may continue TO BE BANNED FROM EUCHARIST on orders of then Pastor John J. Paladino of St. Bartholomew the Apostle Parish in the Archdiocese of Newark!

There is absolutely no basis at all in the CATECHISM for such obscene action!

We are loyal, good, honorable parishioners who have a PEFECT RECORD in the eyes of the law!

Yet, alas, out of CAPRICE, this named pastor has done that to us, first banning Dr. Schoeman, then thus making it absolutely impossible for Mrs. Schoeman to have Dr. Schoeman as her SPONSOR!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++++++

And, alas, there is NO REMORSE or CONCERN or CONSIDERATION by His Eminence, Cardinal Tobin and that too is, and with utmost due respect, grossly violative of CATECHISM in which it is aid that we are ALWAYS welcome at THE HOLY TABLE!

And NOW a Court-of-Law is going to rule on the aforesaid ban and that too is impermissible UNDER THE FIRST AMENDMENT!

No body may tell a ROMAN CATHOLIC that he or she may not attend EUCHARIST!
==================================================================

Should defense counsel win, the threat to ROMAN CATHOLICISM and all other ORGANIZED FAITHS not will nor may but SHALL BE SEVERE!

Your INTERCESSION by what of an AMICUS CUREA BEIF would be most beneficial to the abiding faith in God!

MOST respectively in FAITH yours,
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278


On Monday, March 16, 2026, 08:33:51 AM EDT, Brendan Mann <brendan.mann@njcourts.gov> wrote:


Dear Mr. Schoeman,

Please be advised that oral argument on the Motion to Dismiss filed in the above referenced matter will take place this Friday, March 20, 2026, at 9:00 AM before the Honorable Mark P. Ciarrocca, P.J.Cv. in the 9th Floor Tower Courtroom of the Union County Courthouse.

If there are any scheduling conflicts, please contact chambers at 908-787-1650 ext. 21543.

Thank you,

Brendan Mann
Law Clerk to the Honorable Mark P. Ciarrocca, P.J.Cv.



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 MAR 31  A 11: 22

DV DANIELS NJ  070

27 MAR 2026 PM 6  L

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090

Clerk of the Court
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07202  07201