UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
Case 2:26-cv-01827-MCA-JSA
Stephen Francis Schoeman, et al Ana C. Viscomi et al

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

X2026 MAR 31  A 11: 25

EXHIBIT "REFUSAL OF THE FLORIDA BAR EVEN
TO ACKNOWLEDGE LET ALONE TO
ANSWER THE PLAINTIFFS' PRO SE HEREIN"

DATED: March 16,2026
=====================================

One. Plaintiff Pro Se JEWISH Dr. Stephen Francis Schoeman is a FIFTY YEAR member of The Florida Bar.

TWO: Dr. Schoeman has NEVER been late with an annual dues payment!

THREE: Dr. Schoeman is classified by The Florida Bar as an "out-of-state inactive member".

FOUR: This year AS ALWAYS Dr. Schoeman paid his annual dues ON TIME!

FIVE: The check with which Dr. Schoeman paid the last of the three installments for this year's dues was dated before the due date!

SIX: The said check was mailed before the due date.

SEVEN Local Tallahassee radio stations report serious problems of the USPS WITH DELIVERY!

EIGHT: The Florida Bar admits receipt of said final installment totaling the grand sum of $75!

NINE: Yet The Florida Bar contests said payment.

TEN: Furthermore, very importantly so, Dr. Schoeman had repeatedly in the past politically and respectfully and in all good faith indeed proposed a lecture sponsored by The Florida Bar based upon the UNITED STATES HOLOCAUST MEMORIAL MUSEUM'S very fine indeed article, most scholarly, very authoritative, horribly graphic, entitled

"Law, Justice, And The Holocaust!

ELEVEN: THE HOLOCAUST, of course been. a very important and excruiatingly painful and immense sad topic of any discussion at all given THE FACT that he lost nearly alone of his relatives in Poland and in Hungary because of HITLER and as well some SIX MILLION OTHER JEWS were in indescribable ways murdered by HITLER!

TWELVE: Dr. Schoeman repeatedly very many times indeed, IN FACT, continued to make his aforementioned proposal but WITHOUT EVEN THE ACKNOWLEDGMENT of his many times repeated aforementioned proposals by the following:

The President of The Florida Bar
The President-Elect of The Florida Bar
Any and all members of The Florida Bar Board of Governors
The Executive Director of The Florida Bar
Membership Services of The Florida Bar
=================================================

THIRTEEN: These very same people aforementioned even now refuse to acknowledge let alone to answer the well more than THIRTY (30) attempted communications of the Plaintiffs Pro Se by telephone and by e-mail,

FOURTEEN: Upon information and belief:

A)  There is a good deal or great deal or outstanding deal of ANIMUS by The Florida Bar towards Dr. Schoeman and hence towards his beloved and loving wife, best friend, and co-plaintiff Joy, they the beloved and loving MOMMY and DADDY of their beloved and loving and ever so immensely adorable miniature apricot poodle PIERRE HENRI!

B)  That this aforementioned ANIMUS constitutes or may constitute or could very well constitute some form of one or more or all three of the following:

1) ANTI-SEMITISM
2) ANTI-SEMITIC ATTITUDE OR ATTITUDES
3) ANTI-SEMITIC ACT OR ACTS

C)  That there can be no reason at all under the Sun for the aforementioned silence other than gross rudeness, gross insensitivity, gross ignorance, or ANTI-SEMITISM of some kind!

D)  THAT THE VERY ACT OF NON-ACKNOWLEDGEMENT OF THE AFOREMENTIONED MANY, MANY, MANY TIMES AND MORE PROPOSAL FOR THAT LECTURE ON THE HOLOCAUST and specifically

"On The Role Of Lawyers And Judges In Empowering Hitler
=============================================

BY LOGICAL NECESSITY is and does and in actually constitute one or more or all three aforementioned bases to conclude there is ANTI-SEMITISM in these HUGE NUMBERS OF REFUSALS, one, to acknowledge said proposal, two, answer or reply to said proposal, and three, not at all hold said lecture!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

E)  The Plaintiffs Pro Se, JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman have repeatedly most respectfully advise, informed, and notified The Florida Bar and the aforementioned officers and officials and individuals of The Florida Bar that they, the Plaintiffs Pro Se, have had to complaint to the following:

Civil Rights Division, United States Department of Justice
United States Department of Justice
Federal Bureau of Investigation
United States Department of Homeland Security
YAD VASHEM
Auschwitz-Birkenau Memorial and Death Camp
Wiener Holocaust Library, London, one of the world's very largest
His Holiness, Pope LEO XIV
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

F)  And abased as well on information and belief, nothing at all in these aforementioned matters has moved or mattered or been of any concern at all, even a little bit, to The Florida Bar
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

G) That inevitably the concision must be drawn, has been drawn, cannot otherwise be drawn that there is present in The Florida bar one or more of the follwing:

1) HOLOCAUST DENIAL
2) OFFENSE OF DEEPEST PROPORTIONS TO THE MEMORIES OF ALL OF HITLER'S VICTIMS DURING AND, YES, EVEN BEFORE THE HOLOCAUST
3) Unfortunate attitudes toward either/or THE JEWISH PEOPLE or their precious JUDAISM let alone THE NOBLE HISTORY OF THE JEWISH PEOPLE

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

H), That, in short, SILENCE and/or INDIFFERENCE towards THE HOLOCAUST is BY DEFINITION alleged ANTI-SEMITISM!

INTERNATIONAL HOLOCAUST REMEMBRANCE ALLIANCE, "Working definition of antisemitism" cited by  THE UNITED STATES DEPARTMENT OF STATE, "Defining Antisemitism"

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

# FURTHER COMPLAINTS TO BE SUBMITTED RE FLORIDA BAR

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 31  A 11: 25

From: sschoeman@verizon.net (sschoeman@verizon.net)

To:     morr@orrcook.com; rsb@searcylaw.com

Cc:     dworkman2024@gmail.com; josh@jpfirm.com

Bcc:   jbulter@dglawyers.com; aron@gibsonlawyers.com

Date:  Monday, March 16, 2026, 01:56 PM EDT


UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
SUPERIOR COURT, UNION COUNTY VICINAGE, LAW DIVISION

You are hereby most respectfully notified that in light of the adamant and rude and, yes, even cruel refusal to acknowledge let alone to reply to our various many emails and telephone calls, we are, therefore, forced to have to commence yet for legal action in addition to the above, SUPRA, in the
OFFICE OF THE HIGH COMMISSIONER FOR HUMAN RIGHTS OF THE
UNITED NATIONS!

All this because your egregiously refuse to admit that JEWISH
Dr. Schoeman had paid all his dues, that is, the three (3) installments, each and every one ON TIME as per his dated check and stamped by USPS
envelope containing said check!

How wrongful you all are as "attorneys-at-law" not to recognize your
DUE PROCESS OF LAW and EQUAL PROTECTION OF THE LAWES
individual and joint and several MANDATES!

Respectfully,
JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090



UNITED STATES
OF AMERICA

FOREVER/USA

DR. STEPHEN FRANCIS AND MRS. JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090

DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
101 Jefferson Avenue
Westfield, New Jersey 07090