Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
Plaintiffs Pro Se
101 Jefferson Avenue
Westfield, New Jersey 07090
(908) 233-8278
sschoeman@verizon.net

DISTRICT COURT
T OF NEW JERSEY
RECEIVED

2026 APR 30 A 11: 4

Wednesday, April 29, 2026

Clerk
United States District Court
50 Walnut Street
Newark, New Jersey 07101

Dear Clerk,

    Re: 2:2C-cv-01827-MCA-JSA
    Francis v. Viscomi et al

    Our respectful understanding is that by our AMENDED COMPLAINT we have made and added The Florida Bar a defendant in the above-docketed matter.

    And that there is now no present need for a Court hearing on whether or not to make and have The Florida Bar a defendant herein.

    Please advise if this be so that The Florida Bar IS a defendant in this aforementioned matter.

    Thank you.

MOST respectfully yours,

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case: 2:26-cv-01827-MCA-JSA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. Viscomi et al

---

Circumstance are unfortunately such that we, the Plaintiffs Pro Se herin, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, are hereby AMENDING our Complaint herein to include the following NEW defendant:

++++

The Board of Governors of the defendant The Florida Bar.

Attached herein is EXHIBIT marked,

"The Board of Governors of The Florida Bar"

MOST respectfully yours,

March 18,2026

==============

RECEIVED

APR 3 0 2026

AT 8:30_____M

CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman        Civil Action: 2:26-01827

                                    Plaintiffs Pro Se        NOTICE OF MOTION

        v.

Viscomi et al,

                            Defendants

    PLEASE TAKE NOTICE, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman will move before the Hon. Jessica S. Allen, U.S. D.J. on April 30,2026 for an Order permitting their Complaint herein to be amended to include The Florida Bar as an added Defendant herein.

    In support of our motion, we shall rely on the attached documents:

Amended Complaint of the Plaintiffs Pro Se to add as an additional defendant herein The Florida Bar

Plaintiffs' Pro Se MEMORANDUM OF LAW

Plaintiffs' Pro Se EXHIBIT marked "Refusal Of The Florida Bar Even To Acknowledge Let Alone To Answer the Plaintiffs Pro Se Herein", dated, March 16,2026

Plaintiffs' Pro Se EXHIBIT marked "Conclusion Remarks Of Co-Plaintiff Pro Se Mrs. Joyanne Louise Schoeman To The Jury Of The Defendant Herein These Proceedings The Florida Bar", dated, Saturday, March 14,2026

Plaintiff's Pro Se letter to The Florida Bar's Executive Director Joshua E. Doyle, dated, Friday, March 20,2026

Plaintiffs' Pro Se letter to The Florida Bar Membership Services Manager Fitzgerald, dated, Thursday, April 9,2026

That The Florida Bar is an agency of the Government of the State of Florida.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++

    In support of our motion, we will rely on the attached memorandum of law.

_____
DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francs et al v. Viscomi et al

_____

### THE PLAINTIFFS' PER SE MEMORANDUM OF LAW
=========================================

### FACTS
=======

ONE: Dr. Stephen Francis Schoeman, Plaintiff Pro Se herein, this year, 2026, is celebrating bis FIFTIETH YEAR as a duly qualified member of The Florida Bar!

TWO: The Florida Bar is what is clued a "mandatory" rather than a "voluntary" bar association which means that anyone licensed to practice law in The State of Florida must belong to The Florida Bar. (American Bar Association, "Bar Types: Learn the different kinds of bars in the United sTates and how they operate.")

THREE: Dr. Schoeman has always paid his annual out-of-state "inactive" Florida Bar dues ON TIME!~

FOUR: One time The Florida Bar charged Dr. Schoeman with not paying his annual dues on time only to admit that it had made a mistake in misfiling his Florida bar annual dues payment by check.

FIVE: This year, 2026, Dr. Schoeman decided to make his annual Florida bar dues payment in the three installments provided for by The Florida Bar and did so ON TIME as has always been the case these past FIFTY YEARS of proud Florida Bar membership!

SIX: That is, this year as in some prior years, the annual aforementioned dues for out-of-state "inactive" Florida Bar members is $175.

SEVEN: Dr. Schoeman made his third said installment on time as well by having his check deposited with the United States Post Office postmarked BEFORE the due date for said payment!

EIGHT: Dr. Schoeman repeatedly most respectfully attempted as did his beloved wife Joy to explain that according to local news media there have been and there are still very serious problems of delivery by the United States Postal Service in Tallahassee.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
("ONE YEAR LATER: Some neighbors report improvement, continued problems with Tallahassee USPS following audit: Some residents say they no longer have problems with the service, while others deal with delayed and. lost mail.", WTXL Tallahassee, Brieanna Smith, August 15,2025;

"Why is mail delivery inconsistent in Tallahassee?", Facebook, February 27,2026; \

"Postal Griping: r/Tallahassee-
Reddit, January 15,2026;

"USPS audit of Tallahassee facilities reveals delays, disrupting in nearly released report: A newly released report found extensive issues with staffing, procedures and accountability", Sabrina Fuller, June 12,2024;

"U.S. Postal Service publishes reports following audit of Tallahassee....The United States Postal Service Office of Inspector General completed its comprehensive audit of postal facilities in Leon County", www.youtube.com>watch, June 12,2025);

"Tallahassee without Postmaster as audit team investigates USPS", www.youtube.com>watch, April 15,2024;

"SEE THE RESULTS: U.S. Postal Service publishes reports following audit of Tallahassee area post offices: Read the full riots by the USPS Office of Inspector General below.", WTXL Tallahassee, June 12,2024, last updated June 12,2024)

"An audit of United States Post Offices in the Tallahassee area has uncovered numerous problems related to mail service.

Shortfalls in service and major logistical problems are just some of the issues detailed in the reports.

Read the news release from Congressman Neal Dunn regarding the results below.

NEWS RELEASE. "...The investigation found numerous problems related to letter clearance times, delayed mail, improperly handled packages, timekeeping management, & property conditions."

'The Inspector General confirmed what the people of North Florida already know, their USPS services is unreliable and does not see the na tonal standard,' said Congressman Dunn. 'This unacceptable failure at USPS facilities has resulted in poor service, missing letters and packages, and other problem that have disrupted life for the entire community. I'm pleased that my office could deliver results for Leon County and help uncover these egregious flaws. I am grateful to the people of Tallahassee and Leon County Commissioner Brian Welch for working with me to address these inefficiencies, and I look forward to getting them resolved.'

...."The audit of postal services in Leon County uncovered numerous problems at the regional processing and distribution facility and local Post Office locations. Among the myriad of issues uncovered by this investigation, the OIG found that the Tallahassee Processing and Distribution Facility:

Left thousands of pieces of mail behind on processing machines after daily operations were complete

Failed to consistently follow procedures for the handling and security of registry items

Made thousands of late outbound trips from the facility

Failed to meet its load scan goal.

Taken together, these problems have resulted in unacceptable delays in service to the Leon County community.

Read the full reports by the USPS Office of Inspector General below....Tallahassee

Processing and Distribution Facility Audit (report (dunn.house.gov)"
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

NINE: The Florida Bar continually alleges that Dr. Schoeman had not paid his final aforementioned installment payment on time and refuses absolutely to accept the conditions aforementioned as to the services of delivery provided by the United States Postal Service for Leon County which, of course, includes Tallahassee where, of course, the headquarters of The Florida Bar are located at 651 East Jefferson Street 32399-2300!

TEN: The Florida Bar, upon our information and belief, is going to or has begun or shall begin commencing DISCIPLINARY ACTION OR ACTIONS against FIFTY-YEAR perfect in on time annual "inactive" out-of-state dues paying proud Florida Bar member Dr. Stephen Francis Schoeman.

ELEVEN: That The Florida Bar has not given Dr. Schoeman any opportunity at all as to DUE PROCESS OF LAW and as to EQUAL PROTECTION OF THE LAW for a hearing or a trial or some other such proceeding in these matters herein, SUPRA!

TWELVE: That Dr. Schoeman has requested said hearing, trial, or some other such proceeding in these matters herein, SUPRA.

THIRTEEN: That The Florida Bar has by its actions of indifference and silence denied Dr. Schoeman such proceeding in these matters herein, SUPRA!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
FOURTEEN: That the following from the defendant THE FLORIDA BAR have refused EVEN to acknowledge the HUGE large number of emails and letters and telephonic messages of both Dr. and Mrs. Stephen Francis and Joyanne Louie Schoeman, of course, the very pained for the reasons SUPRA, let alone to reply or to answer them over the MANY MONTHS!

    President Rosalyn Sia Baker,Barnes, Esq.
    President-Elect Michael Fox Orr, Esq.
    Board of Governors
    Executive Director Joshua Doyle
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

FIFTEEN: That FURTHERMORE and perhaps even MORE IMPORTANTLY, the after-listed have also not acknowledge let alone answered or replied to the many times most respectfully stated proposal of Dr. and Mrs. Schoeman for The Florida Bar to sponsor JUST ONE SINGLE lecture on the role of lawyers and judges in the advancement of Hitler based in good part on Dr. Schoeman's reading of that excellent UNITED STATES HOLOCAUST MEMORIAL MUSEUM scholarly article, "Law, Justice, And The Holocaust"!

SIXTEEN: That Dr. Schoeman, somewhat of a HOLOCAUST scholar, he is both an Historian and a Political Scientist, Ph. D., Political Science, New York University (NYU), provided The Florida Bar with nearly innumerable photographs, some, of course, of the most gruesome in all existence, about and concerning and relating to the oath of office that judges took to Hitler in his presence, photographs of Hitler's Auschwitz death camp, a British military rabbi at Hitler's Bergen-Belsen death camp where, ever so vastly tragically, both Anne Frank and her beloved sister Margot were murdered! AND MUCH, MUCH, MUCH MORE!

SEVENTEEN: That nearly all of Dr. Schoeman's relatives in Poland and Hungary were murdered by Hitler during THE HOLOCAUST along with SIX MILLIONS OF OTHER JEWS!

EIGHTEEN: That, of course, Dr. Schoeman is JEWISH!

NINETEEN: That the pain of all this research, SUPRA, of Dr. Schoeman has proven of almost intolerable psychological and, yes, even of physical and emotional pain such as to rise to the occasion of THE TORT OF THE INTENTIONAL INFLICTION OF EMOTION DISTRESS upon him and as well upon his beloved and loving wife, best friend, and soulmate Joy, they the beloved and loving MOMMY and DADDY of their beloved and loving and ever so tremendously adorable miniature apricot poodle PIERRE HENRI who just so loves Brie cheese on Ritz Crackers!

TWENTY: The THE SCHOEMAN HOUSEHOLD AND FAMILY once serene has now for many months herein been disturbed, upset, rankled, made somewhat nightmarish all because of the aforementioned SUPRA!

TWENTY-ONE: That, alas, tragic in a way too, neither Dr. Schoeman nor his beloved wife are any Spring chickens what with their advanced ages,

Dr. Schoeman, nearly 84!
Mrs. Schoeman, nearly 80!

And each with LIFE-THREATENING MEDICAL CONDITIONS

Dr. Schoeman, Aggressive prostate cancer, high blood pressure, type-2 diabetes
Mrs. Schoeman, mitral valve prolapse and TACHYCARDIA that any stress can set off!

THAT THE STRESSES AND STRAINS herein have caused and continue to cause and shall continue to cause untold damage, injury, and other adverse consequences to both Dr. and Mrs. Schoeman ALL BECAUSE of the alleged gross misconducts and the alleged gross misbehavior of the defendant The Florida Bar, SUPRA!
================================================================

### THE LAW AS TO THE ALLEGED FACTS HEREIN
======================================

ONE: As to DUE PROCESS OF LAW!

The concept, ideal, practice, procedure of DUE PROCESS OF LAW is the founding idea that no person shall be "deprived of life, liberty or property without due process of law" by either the Federal government or under THE INCORPORATION DOCTRINE by state government!
See. please, Chicago, Burlington & Quincy Railroad Company v. City of Chicago (1897) as to the "taking clause" of the Fifth Amendment, 166 U.S. 226 (1897) Herein was the very first time that the United States Supreme Court had added, that is, "INCORPORATED" a specific provision of the BILL OF RIGHTS!

That the defendant The Florida Bar is an agency of the Supreme Court of the State of Florida and hence of the government of the State of Florida, that is, the State of Florida!

> "The Supreme Court established the authority and responsibilities of
> The Florida Bar, an official arm of the court, through the Rules Regulating
> The Florida Bar." The Florida Bar, "Rules Regulating The Florida Bar",
> website, today, early morning, Saturday, April 11,2026
======================================================

That the provision for DUE PROCESS OF LAW is contained in both the Fifth Amendment and as well in the Fourteenth Amendment ever so famously so!

That there are two senses in which DUE PROCESS OF LAW are used!

ONE: Procedural
THE OTHER: Substantive

As to PROCEDURAL, this means hearing, trial, or other such proceeding as to whether or not consideration in, of course, an impartial way, of constitutional rights shall, and not will, be had!

As to SUBSTANTIVE, this means that some one or more of a person's "PRIVILEGES AND IMMUNITIES" is in serous question!

"Lochner v. New York, 198 U.S. 45 91905) as to the constitutionally guaranteed right to work!

In this sense, THEREFORE, the denial by the defendant The Florida Bar of the privilege of Dr. Schoeman to practice law in the State of Florida should he change his FIFTY-YEAR held status as an "inactive" Florid Bar attorney-at-law member to an "ACTIVE STATUS" would become impermissible should the defendant The Florida Bar succeed in suspending or cancelling, that is vacating, that is voiding, his long held, that is, FIFTY-YEAR this year, 2026, licensed ADMISSION to practice law in the State of Florida!

That Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, of course, for the saddest and yes, in a way, tragic reasons, SUPRA, live ONLY on SOCIAL SECURITY and so WITHOUT the privilege TO PRACTICE LAW in the State of Florida they would be utterly financially unable and with their beloved and loving PIERRE HENRI to move at all to anywhere at all in the State of Florida and they are, of course, of the age, when such consideration may be in order given the rough and bitter and very cold climate of the State of New Jersey, that is,.the world-famous so called "Garden State"!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That, and with utmost due respect, the question so very preposterously on the table is that grand total for the third said installment of annual inactive out-of-state dues of

    $58.33
    ++++++

    That is, FIFTY-EIGHT DOLLARS AND THIRTY-THREE CENTS

And for that and ONLY for that the defendant The Florida Bar has either or is about to INSTITUTE DISCIPLINARY ACTION OR ACTIONS against the Plaintiff Fro Se, Dr. Stephen Francis Schoeman, which means for his beloved and loving wife, best friend, and soulmate, they the very enormously proud PARENTS of their ever so adorable and beloved and loving miniature apricot poodle PIERRE HENRI and, of course, AS WELL for Dr. Schoeman HIMSELF a torture beyond reason or means or ways such as to prevent his ever practicing law in THE STATE OF FLORIDA and having then for the rest of his increasingly shortening life in the darkening dusk of his days the DEFAMATION of both LIBEL and SLANDER and the FALSE DISHONOR of a person, a lawyer, an attorney-at-law, a guardian of the law, an officer of the court, to be frank and bold and stark, "KICKED OUT OF THE FLORIDA BAR" but FOR NO REASON AT ALL, supra!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

TWO: As to Equal Protection of the Law

Equal Protection of the Law works hand in hand with Due Process of Law in that neither the Federal government nor by THE INCORPORATION DOCTRINE, ibid, MUST APPLY ITS LAWS daily and that it cannot treat people DIFFERENTLY without A VALID REASON.

That is, of course, EQUALITY BEFORE THE LAW!

The Equal Protection Clause of the famous Fourteenth Amendment applies to the state governments, of course, under the aforementioned INCORPORATION DOCTRINE.

Bolling v. Sharpe, 347 U.S.  497 (1954)

What THIS all means, supra, in practice is that Dr. Schoeman may not at all be treated differently by the defendant The Florida Bar from other persons SO SIMILARLY SITUATED!

And yet, alas, in a big way, tragically so, Dr. Schoeman is being treated differently in the following very important respects, aspects, situations, conditions, circumstances:

A)  He is being denied DUE PROCESS OF ALW, supra, when that is not the case with others of his type!
B).  He is being reprimanded to the point of planned disciplinary action or actions, upon our information and belief, because

1)  He is an out-of-state NOT EVER HAVING PRACTICE LAW in the State of Florida!
2)  He is A JEW!
3)  He has as A JEW repeatedly raised most serous respectful objections to the adamant and abject and outrageous refusal of The Florida Bar even to acknowledge the proposal aforementioned of his beloved and loving wife, best friend, and soulmate Joy, the MOMMY of their beloved and loving and ever so tremendously adorable miniature apricot poodle PIERRE HENRIY who just loves Brie cheese on Ritz Crackers but not, of course, as much as his beloved and loving MOMMY Joy  and DADDY Steve!!!
4)   Upon our further information and belief, The Florida Bar and the aforementioned herein, SUPRA, hold nothing but disdain, contempt, yes, even anger at Dr. Schoeman IN PARTICULAR for his aforementioned objections herein, SUPRA!
5).  That no one under the Sun, that is no rational or reasonable or objective person otherwise would even attempt to contemplate let alone to decide let alone to commence any and all disciplinary proceedings over the grand total sum of

FIFTY-EIGHT DOLLARS AND THIRTY-THREE CENTS

in falsely alleged NON-PAYMENT ON TIME of annual "inactive" membership dues!

6) That there would be far, far, far better and none so cruel and cruel and grossly insensitive as herein by the defendant The Florida Bar, SUPRA!

7) That there would be full if not fullest reason, opportunity, availability of a DUE PROCESS OF LAW hearing, trial, or other such proceeding afforded this FIFTY-YEAR LONG membership of THE FLORIDA BAR!

8) That rather than condemn him, that is, Dr. Schoeman, JEWISH, to such a disciplinary proceeding so very damaging to his health, emotional, and physical being at his beyond ripe nearly EIGHT-FOUR YEARS OF AGE and with his THREE aforementioned herein, supra, LIFE-THREATENING MEDICAL DISEASES,

THERE WOULD BEEN APPROPRIATE COMFORTING LOVING KIND CONSIDERATIONS!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

---

## CONCLUSION

We, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, being the immensely hurt, saddened, and ever so tremendously disappointed, shocked, and yes, yes, yes, surprised Plaintiffs Pro Se for all the reasons herein, SUPRA, can but only IN SUMMATION conclude with those very wise words, and we are most very devoutly religions persons,

PROVERBS 22:1,

"A good name is more desirable than great riches,
  and high esteem, than gold and silver."

BUT WHEN TO AN ATTORNEY-AT-LAW his or her or pronoun's history of excellent service and professional work and highest esteem be sullied as herein, SUPRA, then THE QUESTION becomes one of THE DECLARATION OF INDEPENDENCE'S fine, outstanding, ever so world-famously wise words THUS!

"We hold these truths to be self-evidence, that all men (and women) are crated equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness"

That the privilege to practice law IS PROPERTY OF A KIND!

That WITH0UT THAT PROPERTY

it be not possible, not practicable, not permissible for now 'inactive' attorney-at-law Dr. Stephen Francis Schoeman and along with his beloved and loving wife, best friend, and soul mate and, of course, also along with their beloved and loving and ever so tremendously adorable miniature apricot poodle PIERRE HENRIY who loves us, of course, far, far, far more than that Brie cheese on those Ritz crackers though love them he does

TO ENJOY THE FRUITS AND THE HARVEST AND THE NEED MONEY in Dr. Schoeman, should he decided or by circumstances of weather herein New Jersey and/or other health and/or other considerations, chose, decide, declare the need to practice law in Florida,

He, that is, Dr. Stephen Francis Schoeman would not by the defendant The Florida Bar for all these egregious and false and outlandish and totally illegal and unconstitutional and dishonorably and outrageously unjust reasons herein, SUPRA, be not allowed, legally able, Florida Bar impermissibility to practice law in the State of Florida

and so be along with Joy and Pierre unable totally and fully and complete as we live ONLY on our monthly Social Security Administration bank deposits

to move at all to anywhere at all in the State of Florida! Period! End of story!

---

Early Saturday morning given the extreme EXIGENCIES herein, SUPRA, April 11,2026

MOST respectfully argued, presented, and submitted,

DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

PS: And we, of course, of course, of course, could not conclude at all without these wonderfully wise and astute and ever so very valuably important vitally so words of God Himself in his DEUTERONOMY 16:20,

"Justice, justice along shall you pursue"

AMOS 5:24,

"Let justice surge like waters, and righteousness like an unfailing stream."

MICAH 6:8,

"You have been told, O mortal, what is good, and what the Lord requires of you: Only to do justice and to love goodness, And to walk humbly with your God."

ZECHARIAH 7:9,

"Thus says the Lord of hosts: Judge with true justice,   and show kindness, compassion toward each other."

ISAIAH 1:17-18

"Learn to do good.
 Make justice your aim: redress the wronged,
 hear the orphan's plea, defend the widow.
 Come now, let us set things right,
 says the Lord:
 Though your sins be like scarlet,
 they may become white as snow;
 Though they be red like crimson,
 they may become white as wool."

LEVITICUS 19:12,

"You shall not swear false by my name,   thus profaning the name of your God.
 I am the Lord."

LEVITICUS 19:15,

"You shall not act dishonestly in rendering judgment. Show neither partiality to the weak nor deference to the mighty, but judge your neighbor justly."

LEVITICUS 19:16,

"You shall not go about spreading defamation"

LEVITICUS 19:17a,

"You shall not hate in your heart."

LEVITICUS 19:18,

"Take no revenue and cherish no grudge. You shall love your neighbor as yourself. I am the Lord."

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-SRA
Francis et al v. Viscomi et al

PLAINTIFFS' PRO SE HEREIN EXHIBIT marked,
==================================================================
" A Safe and Secure and Protected way to Due Process of Law, Equal Protection of the
Law, and Other Constitutional Rights which the defendant The Florida Bar capriciously
and arbitrarily and cruelly took away from Dr. Stephen Francis Schoeman, a Fifty-Year
Member always paying is annual dues on time!"

Dated: Sunday morning, of all days, April 12,2026

The urgency and immediacy and importance of these matters herein being obvious
to any jury of peers in the land as to the misinformed, purposeful, intentional
misconduct and misbehavior of the defendant THE FLORIDA BAR herein
==================================================================

The outrage of it all:

That there has been no due process determination an a hearing or trial as to Dr Schoeman's
repeated respectful claim that he paid the last of thee three installments for this year's dues on
time, an amount equal to $58 and change!

That there has been no equal protection of the law determination either!

That his right to speak out repeatedly, respectfully so in objection that The Florida Bar refuses
adamantly, abjectly, ignorant not even to acknowledge his many times respectfully stated
proposal also so made by his beloved and loving wife, best friend, and soulmate Joy even to
acknowledge receipt of it let alone to answer it or replied to it!

That The Florida Bar refuses even to hold the one single proposed lecture  that they had
repeatedly respectfully proposed based on a United States Holocaust Memorial Museum
article

   "Law, Justice, And The Holocaust"!

That the said one single proposed lecture was on the role that lawyers and judges played in the
advancement of Hitler's powers!

That there has been nothing but silence and indifference and the abject repeated purposeful
intentionally failure of the following even to acknowledge a thing that either and both
JEWISH Dr. and Mrs. Stephen Francis and Joyanne Schoeman have emailed, written,
telephoned!

That the Florida Senate itself has strongly condemned THE DENIAL OF THE HOLOCAUST in
its legislation Chapter 1, Section 015. 2-2-25 Florida Statutes!

That the Florida Hose of Representatives has likewise condemned as A MATTER OF CLEARLY
AND ABUNDANTLY AND FORTHRIGHT STATED PUBLIC POLICY of condemnation of
HOLOCAUST DENIAL! and even issued a "Bill Analysis" as to the ESTABLISHMENT OF AN
ANTISEMITISM TASK FORCE within the Florida Department of Legal Affairs "for the purpose of
combating antisemitism"!

That The Florida Bar through being an agency of the Florida Supreme Court IS an agency of the Government of the State of Florida!

That, therefore, and by THE DOCTRINE OF INCORPORATION, all the "privileges and immunities" to which both Dr. and Mrs. Schoeman are eminently entitled, it is most appropriate in deed and in fact to have brought their complaint in commencement of their lawsuit against The Florida Bar in this Federal court-of-law!

That the price for these various constitutional rights was paid highly, supremely so, immensely so by so many men and so many women in our brilliant ARMED FORCES in wars foreign and on civil here at home!

That History cannot at all be disobeyed herein when it is such that The Florida Bar, the defendant, of course for reasons herein and heretofore so many times respectfully stated, listed, and explained by the Plaintiffs Pro Se, JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman itself of all organizations dedicated to THE LAW disobeys the fundamental rules and routes and manners and ways that are the very FUNDAMENT of the justifiably world-wide famous AMERICAN CONSTITUTIONAL SYSTEM OF GOVERNANCE!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

AND WHAT IS IT ALL ABOUT THAT JEWISH DR. SCHOEMAN and as well his beloved and loving wife, best friend, and soulmate Joy are asking?

That the defendant The Florida Bar not fulfill its promised threat to expel JEWISH Dr. Schoeman from practicing law in the State of Florida should he so choose to do so!

That the defendant The Florida Bar THUS not PREVENT them and their beloved and loving and ever so tremendously enormously gigantically adorable miniature apricot poodle PIERRE HENRI from ever moving to Florida!

That without JEWISH Dr. Stephen Francis Schoeman being permitted to practice law in Florida JEWISH Dr. and Mrs. Schoeman would for FINANCIAL reasons, that is that they, in fact, live on ONLY their monthly bank depots from the SOCIAL SECURITY ADMINISTRATION (SSA)!

That, THEREFORE, in apparently intentional and purposefully and reckless to beat the band to a fault TOXIC VIOLATION of THE DECLARATION OF INDEPENDENCE'S world-famous words of ABSOLUTE RIGHTS, the Plaintiffs Pro Se herein, that is, of course,. JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman SHALL NOT BE ABLE TO LIVE OUT,

THEIR universal "Rights" to
LIFE,
LIBERTY
PURSUIT OF HAPPINESS

For being able by law to practice law in the State of Florida IS PROPERTY of a very substantial kind indeed, IN FACT!

That the argument may be made that there is no "right" to practice law but JEWISH Dr. Schoeman made no claim at all!

The otherwise fine scholarly article, "The 'Right' To Practice Law" has noting at all to do with THE FINANCIAL RESULT OF A DULY QUALIFIED, THAT IS, LICENSED, LAWYERS, TO PRACTICE HIS OR HER OR PRONOUN'S TRADE, that is the PRACTICE OF LAW. (James A. Booker, 3rd year law student, Duke University", scholarship.law.duke,edu

That FURTHERMORE there is no scintilla of relevant material admissible evidence herein that JEWISH Dr. Schoeman is not qualified, that is, does not meet the requisites for being licensed to practice law in Florida!

That the claim of the defendant The Florida Bar that JEWISH Dr. Schoeman after FIFTY YEARS' MEMBERSHIP of always paying his annual out-of-state "inactive" Florida Bar dues is now BEING TORN ASUNDER and in the most cruel and brutal and recklessly grossly insensitive of ways is as preposterous as the amount it claims he this final installment of dues this year had not paid!

That the defendant The Florida Bar refuses adamantly to consider the various reports of the LOCAL NEWS that the USPS has been DEFICIENT and big time and massively so in DELIVERING THE MAIL!

"ONE YEAR LATER: Some neighbors report improvement, continued problems with the Tallahassee USPS following suit: Some residents say they no longer have problems with the service, while others say they still deal with delayed and lost mail", Brieanna Smith, WTXL Tallahassee, August 15,2025

"Efficiency of Operations at the Tallahassee Processing and Distribution Facility, Tallahassee", Office of Inspector General, United States postal Service, "Audit Report", Report Number 24-084-R24. June 7,2024

   marked as Plaintiffs' Pro Se EXHIBIT

   "United States Postal Service Inspector Report"
   ++++++++++++++++++++++++++++++++++++

---

WHEREFORE, the only conclusion that can and may reasonable be drawn by a jury of peers of the defendant herein The Florida Bar is the purposeful, intentional, reckless dismissal or avoidance or negation of the CONSTITUTIONAL RIGHTS set forth herein and, of course, heretofore as well of JEWISH Dr. Stephen Francis Schoeman by both his beloved and loving wife, best friend, and soulmate Joyanne Louise Schoeman and, of course, by himself as well!
========================================================================

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al

Plaintiffs Pro Se Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

Thursday, April 16,2026

> "The federal courts have jurisdiction over over
> Cases that raise a 'federal question' involving the United States
> Government, the U.S. Constitution, or other federal laws…":
>
> "About Federal Courts: Types of Cases", U.S. Courts

At issue herein:

Freedom of Religion  Law violations of defendant New Jersey Superior Court, Middlesex County Vicinage, Law Division, Judge Ana C. Viscomi 18 U.S. Code Section 1343 (a)(3) by purposefully and intentionally and adamantly refusing despite the many times respectfully stated objections of Plaintiff Pro Se JEWISH Dr. Stephen Francis Schoeman and his beloved and loving wife, best friend, and soulmate Joyanne Louise Schoeman ("Joy") to Judge Viscomi holding her motion hearing on the Yahrzeit of his beloved Mother, March 13,2026 and her motion hearing on the Yahrzeit of his beloved Father, February 27,2026!

Due Process of Law violations of defendant Summit, New Jersey, Municipal Court, Judge John De Massie 18 U.S. Code Section 1343 (a)(3) as to his adamant refusal to delete from his "Order of Expungement", dated, Wednesday, September 16,2026 Judge De Massie's LIBEL that the Plaintiff Pro Se Dr. Stephen Francis Schoeman had been both "arrested" and held in "custody" on "7/16/25" as Dr. Schoeman's perfect record in he eyes of the law for all his nearly eight-four years is a matter of material property right guarantee by Due Process of Law and Equal Protection of the Law and the Laws of Defamation of the State of New Jersey and as well in PROVERBS 22:1,

> "A good name is more desirable than great riches,
> and high esteem, than gold and silver.

That without a good name it is or may or can be impossible for Dr. Schoeman to obtain a job in certain industries or government agencies or elsewhere as well!

Due process of Law violations of defendant The Florida Bar in instituting disciplinary proceedings against "inactive" out-of-state FIFTY YEAR member Plaintiff Pro Se Dr. Stephen Francis Schoeman of perfect on-time payments of is annual Florida Bar dues as to refusing even to answering the huge number of emails, letters, and telephonic message of both his beloved and loving wife, best friend, and soulmate Joy and himself that he had always paid on time, that he paid his 2026 final third installment of dues on time, that the United States Post Office Inspector General had found significant deficiencies in mail service delivery for Tallahassee in Leon County, Florida!

And so to destroy the financial material property right of the Plaintiffs Pro Se Dr. Stephen Francis Schoeman guaranteed as a matter of Due Process of Law by the Fifth Amendment!

And thus to end the possibility that his beloved family and he would move to Florida for the better climate than in New Jersey in wintertime but with would be legally impossible if The Florida Bar succeeded in banning him from practicing law in the State of Florida!

EXHIBITS: Sampling of the huge number of times the defendant The Florida Bar has yet answered the Plaintiff Pro Se Dr. Stephen Francis Schoeman's respectful objections to the allegations of The Florida Bar that he had not paid his complete annual dues for 2026 on time

E-Mail from Florida Bar Membership Records, April 9,2026
E-Mail from Florida Bar Accounting, April 9,2026
E-Mail from Florida Bar Accounting, April 10,2026
E-Mail from Florida Bar Membership Services, April 10,2026
E-Mail from Florida Bar Accounting, April 15,2026
E-Mail from Florida Bar Membership, April 15,2026

That THIS all evidences a distinct and purposeful and intentional pattern and practice of not ever answering the Plaintiffs Pro Se Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman that Dr. Schoeman had paid his dues on time for the fiscal year 2026 and had always paid his dues on time during his now FIFTY YEARS OF MEMBERSHIP IN THE FLORIDA BAR which is an agency of the Government of the State of Florida!

Due Process of Law violations of defendant The Florida Bar an as well alleged violations of Freedom of Religion 18 U.S. Code Section Section 1343 (a)(3) as to the abject refusal even to acknowledge let alone to consider let alone to sponsor the one single lecture about how lawyers and judges advanced the despotic powers of Hitler than repeated had been proposed by JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

Alleged violations of the Antisemitism Awareness Act of defendant The Florida bar  18 U.S. Code Section 3231 in that The Florida Bar is engaged and has been engaged in denial of The Holocaust by refusing even to acknowledge let alone to answer the many times very respectfully stated proposal of the Plaintiffs Pro Se JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman for one single lecture to be sponsored by The Florida bar on the subject of how lawyers and judges advanced the despotic powers of Hitler!

Alleged Medicare Fraud of defendant Dr. Marc S. Mandel 18 U.S. Code Section 3231 as to "offenses against the laws of the United States" concerning MEDICARE for having submitting claims to Medicare for an office visit during which he falser stated that the Plaintiff Pro Se Dr. Stephen Francis Schoeman despite the biopsy report later submitted to him had a cancerous growth on Dr. Schoeman's lower right leg and about which Dr. Mandel reaped made the same false assertion!

Violations of HIPAA of defendant Memorial Sloan Kettering Cancer Center 18 U.S. CODE SECTION 3231as to "offenses against the laws of the United States" concerning HIPAA as to retaliation because the Plaintiff Pro Se filed complaints against Memorial Sloan Kettering Cancer Center for violations of his HIPAA rights.
=================================================================

CONCLUSIONS

That for these reasons, therefore, the United States District Court for the District of New Jersey has jurisdiction over the matters herein

The Rule of Law must be the JUST Rule of Law JUSTLY administered or it is no law at all!

In these instances herein aforementioned the JUST Rule of Law has not been JUSTLY administered!

Very serious constitutional issues and other matters of Federal jurisdictional concern are posed herein.

That under Due Process of Law as stated in the Fifth Amendment no person at all shall be "deprived of life, liberty or property without due process of law" and as applied to the states through the means of the INCORPORATION DOCTRINE and as originally based on Magna Carta!!

AMOS 5:24,

"Let justice surge like waters,
 and righteousness like an unfailing stream."

DEUTERONOMY 16:20,

"Justice, justice alone shall your pursue"

ISAIAH 1:18,

"Come now, let us set things right,
 says the Lord"

71

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis v. Viscomi et al

---

THE PLAINTIFFS' PRO SE MEMORANDUM OF LAW AS TO THE TOTAL LACK OF
A DUE PROCESS OF LAW EVIDENTIARY HEARING ON THE QUESTION OF WHETHER
OR NOT THE PLAINTIFF PRO SE DR. STEPHEN FRANCIS SCHOEMAN SHOULD BE
DISCIPLINED FOR THE FALSE CLAIM OF THE DEFENDANT THE FLORIDA BAR
THAT HE HAD NOT ON TIME PAID THE THIRD AND FINAL INSTALLMENT OF
THE HUMONGOUS SUM OF $58.33 "ON TIME"!
+++++++++++++++++++++++++++++
=====================================================================

The defendant The Florida Bar an agency of the State of Florida and its Agents listed below
==================================================
have denied and continued to deny the Constitutional Rights of the Plaintiff Pro Se herein
JEWISH Dr. Stephen Francis Schoeman nor have they been kind to his beloved and loving
wife, best friend, and soulmate4 Joy, they the very proud Mommy and Daddy of their beloved
and loving and ever so very adorable
miniature apricot poodle Pierre Henri~!

President Barnes
President-Elect Orr
Executive Director Doyle
Membership Services Manager Fitzgerald
Membership Services
Accounting Department
Each member of the Board of Governors
+++++++++++++++++++++++++++++++++++++


That they, each of them, refuses even to acknowledge the existence of Dr. Schoeman and his
deepening concerns that he paid his annual dues tis hear in full and on time but The Florida
Bar denies that he paid the third installment on time and is thus preparing and threatening and
menacing and, yes, even frightening the Plaintiffs Pro Se that either Dr. Schoeman makes
duplicate payment of the third installment totaling $58.33 or Dr. Schoeman shall be
DISCIPLINED, DENIED MEMBERSHIP IN THE FLORIDA BAR, REFUSED his license to practice
law in Florida if he so chooses to abandon his present-day status as an "inactive" member to
an active member shoaled his beloved and loving family and he move to Florida for health
reasons given the harsher Winter climate of their home state of New Jersey!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That there is something called FINANCIAL MATERIAL RIGHT under Due Process of Law,
The Fourth Amendment and Magna Carta, that says that it is impermissible s a matter of
Constitutional Law for any agent of government to deny a person his or her or pronoun's
RIGHT TO MAKE A LIVING! An ABSOLUTE right, that IS!

That in order to deny that person that FINANCIAL MATERIAL RIGHT the actor must first hold
and conduct and establish a proper and appreciate FAIR, that is, IMPARTIAL, factual hearing!

That in the case instant the above-listed and The Florida Bar have failed intentionally to hold let
alone to announce to Dr. Schoeman that they would be holding a factual hearing to determine
whether, IN FACT, Dr.Schoeman be right that he had made the aforementioned THIRD

INSTALLMENT PAYMENT on time and that any alleged lateness may be the result of the USPS according to its INSPECTOR GENERAL in the report that there have been very considerable deficiencies in delivering mail in TALLAHASSEE!

That FURTHERMORE the agents above and The Florida Bar have consistently, continuously intentionally refused even to answer the huge number of e-mails, letters, and telephone calls, these depending on who it was who received any of them!

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
EXHIBIT: but two (2) of the huge number of emails that the Plaintiffs Pro Se had sent to the above-listed agents of The Florida Bar , each dated, April 16,2026, and as with all the others, never to be acted upon IN ANSWER to the huge number of emails of the Plaintiffs Pro Se!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That is, the PATTERN AND PRACTICE of the aforementioned agents of the defendant
The Florida Bar is to send out these emails AND THEN NOT TO ANSWER the Plaintiffs Pro Se!

That there cannot be, never can be, is impossible to be DUE PROCESS OF LAW let alone EQUAL PROTECTION OF THE LAW when the Plaintiffs' Pro Se huge number of emails, not even one of them, is ever answered while the emails OF OTHERS are duly answered and in REASONABLE TIME by these aforementioned agents let alone the defendant The Florida Bar AS A WHOLE!

That at stake, to put into other words, IS THE ABILITY of Dr. Schoeman TO MAKE A LIVING should

ONE: Dr. Schoeman and his beloved wife Joy and their beloved miniature apricot poodle Pierre Henri decide to move to Florida, supra!

TWO: Not decide to move to Florida but practice Florida law elsewhere in the country!

THREE: Do both!
========================================================================

## CONCLUSION

The license to practice law may very well be a "LICENSE" but when the LICENSEE is WITHOUT Due Process of Law and WITHOUT Equal Protection of the Law denied the valid use of said LICENSE then that said LICENSE is not merely a LICENSE but a FINANCIAL MATERIAL RIGHT as world-famously, of course, stated in THE DECLARATION OF INDEPENDENCE!

"We hold these truth to be self-evident, that all men (and women) are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness"

That as to each of these IMPERATIVES the word "PROPERTY" means "anything (items or attributes/tangible or intangible) that can be owned by a person or entity....Property which cannot be physically held is considered intangible property; like....goodwill...."

That is to say, Dr. Schoeman's though now presently "inactive" Florida Bar License is "INTELLECTUAL PROPERTY"!

Cornell Law School, Legal Information Institute (LLI)

Thus it is that practicing law IS, of course, an intellectual exercise involving all sorts of ideas, arguments, positions, declarations, proclamations, sayings, statements, questions, values, principles, yes, even dreams of better days to come for client, methods, procedures, rules, regulations, laws, precedents!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That WITHOUT his Florida LICENSE TO PRACTICE LAW the Plaintiff Pro So, as the famous saying goes, "IS UP THE CREEK WITHOUT A PADDLE"!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

BUT it is always so, fundamentally so, vitally so, ever so very tremendously enormously importantly so that under both the FIFTH AMENDMENT and the FOURTEENTH AMENDMENT

> "The Fifth and Fourteenth Amendments explicitly state that no epson shall be deprived of life, liberty, or property without due process of law under any circumstances. The government is required to respect due process before it can take actions that affect a person's life, liberty, or property." American Civil Liberties Union (ACLU), "What Is Due Process?":

constitution.congress.gov, "Amendment 14: Section 1.3.3. Property Deprivations and Due Process",

"Like the liberty interest, the concept of property rights has expanded beyond its common law roots, reflecting the Supreme Court's recognition that certain interests that fall short of traditional property rights are nonetheless important parts of people's economic well-being."

"A more fundamental shift in the concept of property occurred with recognition fo society's growing economic reliance on government benefits, employment, and contrast" OF WHICH THE PRIVILEGE OF DR. SCHOEMAN TO PRACTICE FLORIDA LAW IS ASSUREDLY ONE OF THEM!

"Another relevant factor was the decline of the distinction between rights and privileges."

"Concurrently with the decline of the 'right-privilege' distinction, the Court embraced a mode of analysis as the 'entitlement' doctrine, un which the Court erected procedural protections against erroneous deprivation of benefits the government has granted on a discretionary basis. Previously, the Court had limited due process protections to constitutional rights, traditional rights, common law rights, and 'natural rights.'"

"Under the new 'positivist' approach, the Court might find a protected property or liberty interests based on any positive state or governmental practice that gave rise to a legitimate expectations." AS IN PLAINTIFF PRO SE EXPECTING THAT HE CAN AND MAY AND MUST BE ALLOWED TO USE HIS FLORIDA BAR LICENSE TO PRACTICE FLORIDA LAW!

"The positivist doctrine can be seen in the 1970 case Goldberg v. Kelly, where the Corut held that the government must provide an evidentiary hearing before terminating welfare benefits because such termination may deprive an eligible receipt of the means of livelihood. In reaching that conclusion, the Court found that welfare benefits 'are a matter of statutory entitlement for epson qualified to receive them.' "Thus, where the loss or reduction of a benefit or rivage was conditioned upon specified grounds, the Court found that the recipient had a property interest entitling him to proper procedure before termination or revocation."

"To have a property interests in the constitutional sense, the  Court held , it was not enough for a person to have an abstract need or desire for a benefit or a unilateral expectation. He must

rather 'have a legitimate claim of entitlement' to the benefit. The Court further expand that property interest 'are not crated by the Constitution. Rather, they are created and their dimensions are defined by existing rules or understandings that stem from an independent source such as state law-rules or understandings that secure certain benefit and that support claims of entitlement to those benefits.

Consequently, in Board of Regents v. Roth, the Court held that a public university's refusal to renew a teacher's contract upon expiration of his one-year term impacted no due process values because there was noting in the university's contact, regulations, or polices that 'created any legitimate claim' to reemployment!

BUT HEREIN THE PLAINTIFFS PRO SAY ARE NOT TALKING AT ALL ABOUT DR. SCHOEMAN PRACTICING LAW FOR BUT ONE YEAR AT MOST!

They are talking about Dr. Schoeman PRACTICING LAW LONG TERM, that is, IN YEARS!

"By contrast, in Perry v. Sindermann, a professor employed for several years at a public college was found to have a protected interest, even though his employment contract had no venture provision and there was no statutory assurance of it. The Court deemed 'existing rules or understandings' to have a characteristic of tenure, and thus to provide a legitimate expectation independent of any contrast provision."

"…the Court held that, because 'minimum (procedural) requirements (are) a matter of federal law, they are not diminished by the fact that the State may have specified its own procedures that it may deem adequate for determine the preconditions to adverse action."

JUSTIFIED RELIANCE DOCTRINE<br>============================

Cornell Law School, Legal Information Institute (LLI), 'reasonable reliance",

"Reasonable reliance is a legal concept that refers to what a prudent person would believe and act based on information provided by another party. "

That is to say in the instant case, the JUSTIFIED RELIANCE of the Plaintiff Pro Se that his VALID LICENSE to practice FLORIDA LAW is a CONTINUOUS EXPECTATION of such which MAY NOT BE DENIED without first the defendant THE FLORIDA BAR holding an EVIDENTIAL HEARING as a strict matter of DUE PROCESS OF LAW!

For OTHERWISE it may very well be possible for The Florida Bar to do the same in other cases and as well other licensing bodies in and throughout and around the country!

In short, the aforementioned expectation to practice FLORIDA LAW becomes a CONSTITUTIONAL DEMAND under DUE PROCESS OF LAW unless there be some reason to suspend or terminate the license to practice FLORIDA LAW which REASON does not at all exist with regards to DR. STEPHEN FRANCIS SCHOEMAN, of course, for all the reasons herein!

That is, Dr. Schoeman's valid license to practice Florida Law remains, AS ALWAYS, valid as there is not even a scintilla of admissible relevant material evidence even to suggest let alone to hint or to infer that Dr. Schoeman is not and does not remain a valid license holding of the privilege, now financial material right, to practice Florida Law!

And it cannot at all, may not at all, ever at all be asserted by the defendant The Florida Bar

that without proof of lateness aforementioned as established by a DUE PROCESS OF LAW EVIDENTIARY HEARING that Plaintiff Pro Se is not qualified to practice Florida Law!

### REASONABLENESS OR PROPORTIONALITY OR PROPER AND APPROPRIATE PUNISHMENT DOCTRINE!
==================================================

That is, in the vernacular, we in society do not throw out the baby with the bathwater!

That a person cannot and may not be denied a privilege or a right or a financial material right just because the alleged infraction is as in this case herein involving honorable, law-abiding, perfect record annual dues payment of FIFTY YEARS the Plaintiff Pro Se Dr. Stephen Francis Schoeman the alleged failure to pay the final aforementioned third installment of his annual out-of-state "inactive" dues totally a gargantuan $58.33!

BUT, of course, there is no proof positive, that is, no materially relevant admissible proof at all, evidence call it, that Dr. Schoeman had ever been late with the aforementioned THIRD INSTALLMENT!

IN FACT, all the materials relevant admissible FACTS point in just the opposite direction as established by none other than the INSPECTOR GENERAL in his report to and for and concerning the USPS in TALLAHASSEE!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++


MOST respectfully argued, presented, and submitted,


DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN
The Plaintiffs Pro Se herein


78

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al

_____

Friday, April 17,2026

"This article argues that state acton that discriminates on the basis of religion is unconstitutional under the Equal Protection Doctrine even if it does not violate the Establishment Clause or the Fee Exercise Clause as incorporated by the Fourteenth Amendment. State acton that discriminates on the basis of religious should be subject to strict scrutiny and should almost always be held unconstitutional."

"Religion and the Equal Protection Clause", Professor Steven G. Calabresi, Northwestern University School of Law, 2012

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

EQUAL PROTECTION OF THE LAW: THAT PLAINTIFF PRO SE DR. STEPHEN FRANCIS SCHOEMAN IS BEING UNJUSTLY TREATED BY DEFENDANT FLORIDA BAR WITH ALLEGATIONS THAT HE HAD NOT PAID HIS 2026 ANNUAL OUT-OF-STATE "INACTIVE" MEMBER DUES WHEN SUCH ALLEGATION, UPON OUR INFORMATION AND BELIEF, ARE BEING MADE IN PART OR IN PARTICULAR OR IN WHOLE BECAUSE JEWISH DR. SCHOEMAN AND HIS BELOVED WIFE JOY HAVE REPEATEDLY PROTESTED THE ABJECT INTENTIONAL REFUSAL OF THE FLORIDA BAR

ONE: To answer any of their huge number of emails, letters, and telephone messages about their respectful proposal that The Florida Bar sponsor at least one lecture on the role of lawyers and judges in the advancement of Hitler's despotic powers based upon the United States Holocaust Memorial Museum's article "Law, Justice, And The Holocaust"!

TWO: The abject intentional hideous refusal even to show any concern at all that JEWISH Dr. Schoeman lost nearly all of his relatives in Poland and Hungary to Hitler during THE HOLOCAUST, 1941-1945!

THREE: The abject grossly inconsiderate and vastly grossly insensitive refusal even to acknowledge receipt of the multiple of some of THE most gruesome of photographs ever taken in all of camera history, that is,THOSE OF THE HOLOCAUST!

FOUR: The enormously inexplicable abject intentional refusal to sponsor the aforementioned lecture!!! A form indeed, in fact, of HOLOCAUST DENIAL which the United States Department of State considers by definition a form of ANTI-SEMITISM! ("Defining Antisemitism…Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of Nationalist Socialist and its supporters and accomplices during World War II (the Holocaust"

=======================================================================

That is all to say and have to say and say forever and a day,

"Equal protection means that a government" and The Florida bar is an arm of the Government of the State of Florida "must apply its laws fairly and cannot treat people differently without a valid reason. Individuals in similar situations should be treated alike under the law. The Equal Protection Clause of the Fourteenth Amendment applies to state governments."

The violations, gross and intention as they are as to Dr. Schoeman AS A JEW and as to THE HOLOCAUST and as to the proposed aforementioned single lecture constitutes UNDENIABLE religious and/or ethnic discrimination of some of the very worst kind!

That is, Dr. Schoeman for being A JEW HAVING SO MANY TIMES SUGGESTED ALONG WITH HIS BELOVED WIFE JOY THE AFOREMENTIONED SINGLE LECTURE TO BE SPONSORED BY THE FLORIDA BAR is being DISCRIMINATED IN THESE WAYS!

That it is a PATTERN AND PRACTICE agreed upon even years ago when the proposed lecture was repeatedly request as aforementioned that TJHE FLORIDA BAR would and on a CONTINUOUS BASIS refuse ever to any Dr. Schoeman AT ALL, whether it be his emails, his letters, his telephone messages!

We. the Plaintiffs Pro Se herein, have previous submitted a statistically valid sampling of the HUGE number of emails sent by Dr. and Mrs. Schoeman together, by Dr. Schoeman alone, by Mrs Schoeman alone to the following of The Florida Bar:

President Barnes
President-Elect Orr
Board of Governors
Membership Services
Membership Services Manager Fitzgerald
Accounting Office
Board of Governors "out-of-state" representative Workman
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

AND EVEN AS TO THE FALSE ALLEGATION OF THE FLORIDA BAR THAT DR. SCHOEMAN HAS NOT ON TIME PAID HIS ANNUAL DUES FOR THE 2026 FISCAL YEAR! THERE HAS DESPITE NUMEROUS EMAILS, TELEPHONIC MESSAGES, AND LETTERS

  NO RESPONSE OR ANSWER OR REPLY FROM ANY OF THE ABOVE-LISTED
  ===========================================================

81

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al
_____X

A FURTHER MEMORANDUM OF LAW OF THE PLAINTIFFS PRO SE HEREIN, JEWISH
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, Saturday morning given the
exigencies and urgencies and UNCONSTITUTIONALITIES herein, April 18,2026
================================================================

STILL THE HYPOCRITICAL FLORIA BAR, AND EVEN WITH THIS LAWSUIT AGAINST IT,
CONTINUES BIG TIME TO DISREGARD THE SEVERAL CONSTITUTIONAL ISSUES HEREIN!

HYPOCRITICAL for espouses constitutional principles of law it disobeys!

THIS an agency of the State Government of Florida!

THIS an organization composed of lawyers for lawyers who have sworn or affirmed to defend,
protect, and support the CONSTITUTION OF THE UNITED STATES OF AMERICA!

THIS the very same organization of lawyers that refuse even to acknowledge let alone to
answer the huge numbers of emails, letters, and telephone messages from we the
Plaintiffs Pro Se herein individually or jointly!

That, therefore, these are the following CONSTITUTIONAL IMPERATIVES being continually
DISREGARD by the defendant THE FLORIDA BAR:

Due Process of Law

Due Process of Law as to "inactive" member Plaintiff Pro Se's FINANCIAL MATERIAL RIGHT
to practice Florida law if he so choses to become an "active" member of The Florida Bar which
is a "unified bar" that requires as the condition for licensure to practice law mandatory
membership in The Florida Bar!

Equal Protection of the Law as to we the Plaintiffs Pro Se and based upon considerable
information and as well belief alleged that the defendant. The Florida Bar has been and is
engaging in some form of HOLOCAUST DENIAL and some form of ANTI-SEMITISM in the
following very important urgent respects:

ONE: The Plaintiffs Pro Se repeatedly advised, and most respectfully so, of the need of
The Florida Bar to sponsor at least ONE (1) LECTURE on the role of lawyers and judges in the
advancement of Hitler's utterly despotic powers!

TWO: That not even once did any of the following ever even acknowledge let alone answer
them!
+++++++++++++++++++++++++++++++++++++-++-+++++++
Florida Bar President Barnes
Florida Bar President-Elect Orr
Florida Bar Executive Director Doyle
Florida Bar Board of Governors
Florida Bar Membership Services
Florida Bar Membership Services Manager Fitzgerald
Florida Bar Accounting Office
++++++++++++++++++++++++++++++++++++++++++++++++

THREE: That it came a point when any and all attempts at communicating with them ceased what with the intentional, purposeful, totally outrageous termination of access to any and all of the email addresses and telephone numbers of the defendant THE FLORIDA BAR

FOUR: That the important of the aforementioned communication has become very abundantly clear because The Florida Bar, FALSELY, is accusing the Plaintiff Pro Se JEWISH Dr. Stephen Francis Schoeman of not having paid the third installment, $58.33, of his total this year's annual "inactive" membership out-of-state dues, $174.

FIVE: That they aforementioned refuse even to answer Dr. Schoeman's carefully due diligence prepared research that the INSPECTOR GENERAL of the United States Post Office in his report stated that he had found very considerable delivery issues to the Tallahassee metropolitan district! (A COPY OF THE AFOREMENTIONED REPORT IS YET AGAIN INCLUDED HEREIN!)

SIX: That, based upon our further information and belief, the aforementioned third installment THOUGH POSTMARKED BEFORE the due date for the aforementioned third installment payment, the defendant The Florida Bar NEVERTHELESS has begun to commence DISCIPLINARY PROCEEDINGS against FIFTY YEAR PERFECT RECORD OF ON TIME ANNUAL DUES PAYMENTS the Plaintiff Pro Se DR. STEPHEN FRANCIS SCHOEMAN!

SEVEN: That the outcome of the aforementioned disciplinary proceeding is the TERMINATION of membership of Dr. Stephen Francis Schoeman as a member in good standing of The Florida Bar!!!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
EIGHT: That the aforementioned TERMINATION means not only OSTRACISM from The Florida Bar in any and all respects but also REVOCATION of the FINANCIAL MATERIAL DUE PROCESS OF LAW RIGHT of Dr. Stephen Francis Schoeman to practice FLORIDA LAW anywhere in the State of Florida or by that token in the State of New Jersey where Dr. Schoeman ever so lawfully resits with his beloved and loving wife, best friend, and soulmate Joy and their beloved and loving and ever so tremendously adorable miniature apricot poodle Pierre Henri!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

NINE: That The Florida Bar is an agency part of the Government of the State of Florida!

TEN: That state government, of course, as well, as the Federal Government, IS strictly bound by the FIFTH AMENDMENT and by the FOURTEENTH AMENDMENT to the Constitution of the United States of America!

ELEVEN: That The  Florida Bar is furthermore fundamentally and strictly so bound by THE DECLARATION OF INDEPENDENCE!!!

"We hold these truths to be self-evidence, that all men (AND WOMEN) are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness"

TWELVE: That The Florida Bar is, of course, too bound by the Constitution of the State of Florida, Section 2 which MANDATORILY states as follows:

"Basic rights.-All natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life

and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property. No epson shall be deprived of any right because of race, religion, national origin, or physical disability."

THIRTEEN, The Constitution of the State of Florida, Section 3,

"Religious freedom.-There shall be no law…prohibiting or penalizing the free exercise thereof."

FOURTEEN: The Constitution of the State of Florida, Section 4,

"Freedom of speech and the press.-Every person may speak, write and publish sentiments on all subjects…."

FIFTEEN: The Constitution of the Sate of Florida, Section 5,

"Right to work.-The right of persons to work shall. not be denied or abridged on account of membership or non-membership in any labor union or labor organization…."

SIXTEEN: The Constitution of the State of Florida, Section 9,

"Due process. -No person shall be deprived of life, liberty or property without due process of law…."

SEVENTEEN: The Constitution of the State of Florida, Section 17,

"Excessive punishments.-Excessive fines, cruel and unusual punishment…The prohibition against cruel and unusual punishment, and the prohibition against rule and unusual punishment, shall be construed in conformity with decisions of the United States Supreme Court which interest the prohibition against cruel and unusual punishment provided in the  Eighth Amendment to the United States Constitution…."

EIGHTEEN: The Constitution of the State of Florida, Section 22,

"Trial by jury.-The right of trial by jury shall be secure to all and remain inviolate…."

NINETEEN: Very importantly to repeat, the license to practice law in the State of Florida or anywhere else for that matter is a FINANCIAL MATERIAL RIGHT when the aforementioned license to practice law had been, has been, and is duly authorized!

TWENTY: That the defendant The Florida Bar WITHOUT any concerns whatsoever for the ABSOLUTE constitutional right of the Plaintiff Pro Se both to DUE PROCESS OF LAW and EQUAL PROTECTION OF THE LAW would, if allowed to do so, STRIP the Plaintiffs Pro Se of both HIS MEMBERSHIP OF FIFTY YEARS this year in THE FLORIDA BAR and also VOID his LICENSE TO PRACTICE LAW in the State of Florida!

TWENTY-ONE: A law license becomes a FINANCIAL PRACTICAL RIGHT in the expectation that the holder of same is intended upon practicing law for the purpose of MAKING A LIVING!

TWENTY-TWO: A law license, THEREFORE, cannot be taken away at all without the very firmness commitment to DUE PROCESS OF LAW and as well EQUAL PROTECTION OF THE LAW by the body or authority or power or agency such as The Florida Bar!

TWENTY-THREE: That lawyers are not in the practice of law just for the fun of it but because of the need for financial gain in order to make ends meet!

"Money and Meaning in the Modern Law Firm", Mitt Regan, Lisa Roher, Center for the Legal Profession, Harvard Law School, The Practice, July/August 2021'

"Is Law School a Good Investment", College of Social & Behavioral Sciences, University of Massachusetts Amherst;

"Financial Freedom for Lawyers",The Wealth Elevator;

"Rethinking Law School Financing", Center on the Legal Profession, Harvard Law School

> "Roughly 90 perfect of law students surveyed by the American Bar Association and the AccessLex Institute indicated they had borrowed money to complete their legal education. On average, students borrow abut $120,00 for law school alone. Undergraduate loans and interest further compound the situation."

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
TWENTY-FIVE: NOT EVER BY CAPRICE LET ALONE BY ARBITRARINESS IS THE LICENSE TO PRACTICE LAW TO BE TAKEN AWAY FROM THE LICENSEE for to otherwise would have the most horrific of consequences in that without the practice of law the licensee may be forced or placed or sent into YET FURTHER DEBT, be UNABLE TO SUPPORT FAMILY, be so disgraced and dishonored and undone that OTHER AVENUES OF EMPLOYMENT are also foreclosed or stopped or turned into dust, so to speak!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

WHEREFORE, it is even beyond INCUMBENT for the defendant THE FLORIDA BAR to abide by, and ever so very enormously tremendously strictly so to the FUNDAMENTS herein and, of course, elsewhere the constitution, are, remain forevermore, those, of course, of the CONSTITUTION OF THE UNITED STATES OF AMERICA and as well THE CONSTITUTION OF THE STATE OF FLORIDA and as well MAGNA CARTA and too THE DECLARATION OF INDEPENDENCE as heretofore and herein ever so much explained, described, listed for all to hear, read, know!

85

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al

THE DECLARATION OF HUMAN FREEDOMS, LIBERTIES, CONSTITUTIONAL RIGHTS
as stated, Sunday early morning, April 19,2026, by the Plaintiffs Pro Se herein, JEWISH
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman
==================================================================
THE STATE OF FLORIDA THROUGH ITS AGENTS THE SUPREME COURT OF FLORIDA OF
WHICH THE DEFENDANT THE FLORIDA BAR

DOES NOT ENFORCE THE LAW SO AS TO LEAVE THE DEFENDANTS
DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

ADRIFT IN CONFUSING AND CONFUSED SEA OF CONSTITUTIONAL IRREGULARITIES

SUCH AS TO DENY JEWISH DR. SCHOEMAN

BOTH HIS ABSOLUTE CONSTITUTIONAL RIGHS TODUE PROCESS OF LAW AND TO EQUAL
PROTECTION OF THE LAW

BUT ALSO TO FREEDOM FROM LIBEL AND SLANDER AND DEFAMATION PER SE

AND THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UPON THEM
BOTH!
==================================================================
That without DUE PROCESS OF LAW the defendant increasingly warns Dr.Schoeman that it
plans to have him both denied continued membership in The Floria Bar and his duly authorized
license to practice law in Florida!

That the basis of the aforementioned increasing threat is the FALSE ALLEGATION that
Dr. Schoeman had not paid the third installment of the GARGANTUAN SUM of $58.33 on times
when, IN FACT, he had!

That the defendant The Florida Bar pays no attention at all to the report of the Inspector-
Genera of the United States Post Office (UPS) that mall delivery in Tallahassee is not up t
standards!

That even furthermore the defendant The Florida Bar and all tis agents and employees and
officials does not even acknowledge let alone answer any of the huge numbers of emails,
letters, and telephonic messages of JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise
Schoeman, the Plaintiffs Pro Se in these proceedings as evidenced by a large number of
sampled emails that the defendant The Florida Bar has yet to answer let alone even to
acknowledge!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"The concept that the Bill of Rights and other constitutional protections against arbitrary
government are inoperative when they become inconvenient or when expediency dictates
otherwise is a very dangerous doctrine and if allowed to flourish would destroy the benefit of a
written Constitution and undermine the basis of our government."

   United Staes Supreme Court Justice Hugo Black, Reid v. Covert, 354 U.S. 1 (1957)
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"We hold these truths to be self-evident, that all men (AND WOMEN) are created equal, that they are endowed by their Creator with certain unalienable Rights, that among them are Life, Liberty and the pursuit of Happiness."

The Declaration of Independence
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That the license to practice law once justly grained becomes and is a FUNDAMENTAL FINANCIAL PROPERTY RIGHT under both the Due Process Clause of the United States Constitution and its Equal Protection of the Law Clause as well!
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That the origin of both aforementioned cases is Magna Carta where it was written now more than 800 years ago,

"TO ALL FREE MEN OF OUR KINGDOM we have also granted, for us and our hears for ever, all the liberties written down below, to have and to keep for them and their heirs, of us ad our hears:"
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

That under the United Nations International Covenant on Civil and Political Rights to which the United States Senate consented and which President Jimmy Carter signed into law the State of Florida through its agents the Supreme Court of Florida and the defendant The Florida Bar are under the Treaty Clause bound to follow and strictly saw this THE LAW OF THE LAND (United States Senate, "About Treaties")

"Preamble.

Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the internet dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Recognizing that these rights derive from the inherent into of the human person,

Recognizing that, in accordance with the Universal Declaration of Human Rights, the ideal of free human beings enjoying civil and optical freedom and freedom from fear and and can only be achieved if conditions are created whereby everyone may enjoy his civil and political rights, as well as his economic, social and cultural rights,

Considering the obligation of States under the Charter of the United Nations to promote universal respect for, and observance of, ham rights and freedoms,

Realizing that the individual, having duties to other individuals and to the community to which he begins belongs, is under a responsibility to strive for the promotion and observation of the rights recognized in the present Covenant,

Agree upon the following articles:

PART II

Article 2

3 (a),

"To ensure that any person whose rights or freedoms aa herein recognized are violated shall have an effective remedy, notwithstanding that the violation may have been committed by persons acting in an official capacity.

Article 3

"The States Parties to the present Covenant undertake to ensure the equal right of men and women to the enjoyment of all civil and pitiful rights set forth in the present Covenant."
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"There is no such thing as an achieved liberty; like electrify, there can be no substantial storage and it must be generated sit is enjoyed, or the lights go out."

    United States Supreme Court Justice Robert H. Jackson and the former Chief Counsel
    of the United States to the Nuremberg Trials, ""The Task of Maintaining Our Liberties:
    The Role of the Judiciary", 39 American Bar Association Journal (1953), page 962
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"These principles form the bright constellation which has gone before us and guided our steps through an age of devotion and reformation. The wisdom of our sages and blood of our heroes have been devoted to their attainment They should be the creed of our political faith, the text of of civic instruction, the touchstone by which to try the services of those we trust, and should we wander from them in moments of error or alarm, let us hasten t retrace our steps and to regain the road which alone leads to peace, liberty, and safety."

    President Thomas Jefferson, First Inaugural Address, March 4,1805
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"The sovereign is called a tyrant who knows no laws but his caprice."

    Voltaire, "Philosophical Dictionary"
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"Towards the preservation of your government and the permanency of your present happy state, it is requisite, not only that you steadily discountenance irregular oppositions to its acknowledged authority, but also that you resist with care the spirt of innovation upon its principles, however specious the pretexts."

    President George Washington, Farewell Address, written with the help of
    Andrew Jackson and James Madison "the Father of the Constitution",
    United States Senate which reads it every year on President Washington's birthday,
    Senate Publication 115-5 (Rev. 12/17), page 12
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"that we here highly resolve that these dead shall not have died in vain"

    President Abraham Lincoln, of course, The Gettysburg Address, November 19,1863
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

"(66) For there is nothing mysterious about the foundations of a health and strong democracy. The basis rights expected by our people of their optical and economic systems are simple. They are:

(67) Equality of opportunity for youth and others.

(68) Jobs for those who can work.

(69) Security for those who need it.

(71) The preservation of civil liberties for all."
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

BUT WHEN THE DEFENDANT THE FLORIDA BAR THREATENS TO TAKE AWAY JEWISH DR. SCHOEMAN'S LICENSE TO PRACTICE LAW IN THE STATE OF FLORIDA OR THE PRACTICE OF FLORIDA LAW ELSEWHERE IN THIS NATION UNDER GOD, GREAT REPUBLIC, ALWAYS ABIDING IN THE LAW COUNTY AND FOR UNJUST, IMPERMISSIBLE, UNCONSTITUTIONAL REASONS THEN THERE IS TO BE SAID AND WRITTEN AND FURTHERMORE DECIDED THAT IN LIGHT OF ALL THESE AFOREMENTIONED PRINCIPLES OF GOOD GOVERNMENT, GOOD SOCIETY, CIVILIZED LIFE
     AN ABANDONMENT AND INTENTIONALLY SO OF ONE OF THE VERY
     FIRST FUNDAMENTS OF SOCIAL ORDER

     THE RIGHT TO MAKE A LIVING!
     ++++++++++++++++++++++++

89

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al

---

THE MORAL, LEGAL, ETHICAL, CONSTITUTIONAL STATEMENT OF THE PLAINTIFFS PRO SE JEWISH DR. AND MRS STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

(C) Sunday afternoon of all days of the week, of course, April 19,2026 when God rests but the work of Human Beings continues as it must continue always and always and always, unendingly so!

And when the Freedoms and Liberties, that is, the CONSTITUTIONAL RIGHTS of Due Process of Law, Equal Protection of the Law, Freedom From Slander and Libel, Freedom from the destructive powers of The Tort of the Intentional Infliction of Emotional Distress, loss of the DUE PROCESS FINANCIAL MATERIAL ABSOLUTE RIGHT TO MAKE A LIVING be lost,

THEN ALL IS LOST now and perhaps forever more not only for the Plaintiff Pro Se Dr. Stephen Francis Schoeman, FIFTY YEAR always on time payor of his annual membership dues in The Florida Bar the defendant, alas, herein but for all for when injustice is done to one, it is done to all! (See, please, Dr. Martin Luther King, Jr.'s "Letter from a Birmingham Jail", April 16,1953, for his world-famous interpretation thereof!

============================================================

THE VIGILANCE TO PROTECT CONSTITUTIONAL RIGHTS SUCH AS THE RIGHT TO FINANCIAL MATERIAL RIGHT TO MAKE A LIVING FROM SUCH AS THE CONDUCT OF THE FLORIDA BAR THE DEFENDANT HEREIN!

The Due Process of Law Financial Material PROPERTY Right to Work

The Equal Protection of Law Financial Material PROPERTY Right to Work

The Freedom of Religion Right to propose a lecture on the role of lawyers and judges in the advancement of Hitler's despotic powers

The Freedom of Speech right to propose such a lecture

The Due Process of Law Right to be protected from The Tort of the Intentional Infliction of Emotional Distress

The Due Process of Law and the Equal Protection of Law rights that the Plaintiffs Pro Se herein be answered let alone acknowledged in their deep and deepening dire concerns that the defendant The Florida Bar is threatening to take away Plaintiff Pro Se's membership in The Florida Bar and take away, THEREFORE, his license that is now a FINANCIAL PROPERTY RIGHT to practice law in Florida if he so choses to do so to make a living that he can then support his beloved and loving family of his beloved and loving wife, best friend, and soulmate Joy and their beloved and loving and ever so very tremendously enormously hugely adorable miniature apricot poodle Pierre Henri

The ABSOLUTE right t be free of any and all Cruel and Unusual Punishment such as the growing threat, menace, and demand by The Florida Bar that based upon Dr. Schoeman THOUGH with a PERFECT RECORD all his FIFTY YEARS of MEMBERSHIP in THE FLORIDA BAR of ONTIME PAYMENT of his ANNUAL DUES to remove him from the MEMBERSHIP

ROLLS of THE FLORIDA BAR and thus, THE FLORIDA BAR being a UNIFIED BAR to which all licensed FLORIDA LAWYERS must JOIN, to take away his NOW FINANCIAL MATERIAL PROPERTY. LICENSE to PRACTICE LAW in FLORIDA!

The ABSOLUTE in these contexts FREEDOM OF SPEECH right to propose a lecture as aforementioned without, and THIS based upon information and belief, the continued and continuous and adamant and abject refusal even to acknowledge let alone to reply to JEWISH Dr. Schoeman's enormous number of times proposed said lecture let alone to answer him let alone the defendant The Florida Bar sponsor it without fear of the present-day retaliation by the defendant The Florida Bar and as well toward his beloved wife Joy in her also many times related attempted, also most respectful, for the defendant The Florida Bar to sponsor the aforesaid lecture!

A) The refusal to answer!
B) The refusal to acknowledge
C) The practice and policy and method of shutting Dr. and Mrs. Schoeman off from any and all avenues of communication whether by email or by USPS mail or by telephone message to anyone at all in position of high authority of the defendant The Florida Bar!!!

1) President Barnes
2) President Elect Oor
3) Executive Director Doyle
4) Membership Services Manager Fitzgerald
5) Accounting Department

As established in MATERIALLY RELEVANT EVIDENCE by the large sample from Dr. and Mrs. Schoeman of all those times their emails together or individually so were not even acknowledged let alone answered!
=================================================================

"…let your motto be 'eternal vigilance is the price we pay for liberty." Bennington Vermont Gazette." in "4th July, 1817, 42d year", printed July 8,1817, page 2.

> Jefferson Montecello, "Eternal vigilance is the prize of liberty (Spurious Quotation: Scholars do not believe Jefferson wrote or said, 'Eternal vigilance is the price of liberty.' Footnote 1. It was first to appear in prating as aforesaid.

BUT JEFFERSON DID SAY and he said it loudly and clearly and with abundance of wisdom on March 4,1801 in his First Inaugural Address THUS but, of course, in different and perhaps far more compelling words!

"These principals form the bright constellation which has gone before us and guided our steps through an age of revolution and reformation. The wisdom of our sages and blood of our heroes have been devoted to their attainment. They should be the red of our political faith, the test of civic instruction, the touchstone by which we try the services of those we trust; and should we wonder from them in moments of error or of alarm, let us hasten to retrace our steps and to gain the road which alone leads to peace, liberty, and safety."

And, of course, they were as well in a different context stated by President George Washington in his now world-famous Farewell Address read each year on his birthday by the United States Senate and which was written "With the assistance of Alexander Hamilton and James Madison" (United States Senate Historical Office), he Madison, of course, "The Father of the Constitution" in which the three of them stated, Senate Pub 115-4 (Rev. 12/17), page 12,

"Towards the preservation of your government and the permanency of your present state, it is requisite, not only that you steadily discountenance irregular oppositions to tis acknowledge authority, but also that you resit with care the sport of innovation upon its principles, however specious the pretexts. One method of assault may be to elect in the forms of Constitution alterations which will impair the energy of the system and thus to undermine what cannot be directly overthrown."

And it was stated and every so elegantly and eloquently and, yes, passionately so by none other than the former United States Chief Counsel to the Nuremberg Trials and the Justice of the Untied States Supreme Court Robert H. Jackson THUS in his exemplary 39 American Bar Association (1953) article, "The Task of Maintaining Our Liberties: The Role of the Judiciary" at page 962,

"There is no such thing as an achieved liberty; like electricity there can be no substantial storage and it must be generated as it is enjoyed, or the lights go out."

THE BULWARK IS THE BILL OF RIGHTS AND THE FOURTEENTH AMENDMENT!

"The concept that the Bill of Rights and other constitutional protection against arbitrary government are inoperative when they become inconvenient or when expediency dictates otherwise is a very dangerous doctrine and if allowed to flourish would destroy the benefit of a written Constitution and undermine the basis of our government."

United States Supreme Court Justice Hugo Black, Reid v. Covert, 354 U.S. 1 91957)

"Bills of rights give assurance to the individual of the preservation of his liberty. They do not define the liberty they promise."

United States Supreme Court Justice Benjamin N. Cardozo, "The Paradoxes of Legal Science" (1928)

"Let me add that a bill of rights is what the people are entitled to against every government on earth, genial or particular, and what no just government should refuse, or rest on inference."

future President Thomas Jefferson, letter to future President James Madison and "The Father of the Constitution", December 20,1787, "The Papers of Thomas Jefferson", Volume 12, 7 August 1787-31 March 1788, edited by Julian P. Boyd, Princeton University Press, Princeton, 1955, pages 438-443

=====================================================================

BUT WHEN IN THE COURSING OF HUMAN HISTORY THESE THE VAROUS AND SUNDRY CONSTITUTIONAL RIGHTS OF ONE SINGLE LAWYER AND IS BELOVED AND LOVING WIFE, BEST FRIEND, AND SOULMATE JOY, THEY THE BELOVED AND LOVING PARENTS OF THEIR BELOVED AND LOVING AND EVER SO TREMENDOUSLY ADORABLE MINIATURE APRICOT POODLE
PIERRE HENRI ARE TAKEN AWAY, STRIPPED AWAY, DISGUSTED AWAY BY THE LIKES OF THE FLORIDA BAR OF ALL ORGANIZATIONS THEN IT MAY TRULLY, REALLY SO, BE SAID,

NO ONE'S CONSTITUTIONAL RIGHTS BAR NONE CAN EVER BE SAFE AGAIN!

FOR IS IT NOT SO WHAT HUMAN RIGHTS CHAMPION OF UTTER WORLD RENOWN,

DR. MARTIN LUTHER KING, JR. WROTE FOR ALL THE WORLD AND THIS NATION TOO TO HEAR FROM HIS WORLD-FAMOUS

Letter from a Birmingham Jail, April 16,1963, where, of course, he had been UNJUSTLY IMPRISONED,

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
"Injustice anywhere is a threat to justice everywhere. We are caught in an inescapable network of mutuality, tied in a single garment of destiny. Whatever affects one directly, affects all indirectly."
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DEUTERONOMY 16:20,

"Justice, justice alone shall you pursue"

AMOS 5:15a

"Hate evil and love good,
  and let justice prevail at the gate"
AMOS 5:21b,

"I take no pleasure in your solemnities>

AMOS 5:24,

"Rather let justice surge like waters,
  and righteousness like an unfailing stream."

ISAIAH 1:16-18,

"Wash yourselves clean!
  Put away your misdeeds from before my eyes;
  cease doing evil.

  learn to do good.
  Make justice your aim;
  redress the wronged,
  hear the orphan's plea,
  defend the widow.

  Come now, let us set things right,
  says the Lord:
  Though your sings be like scarlet,
  they may become white as snow;
  Though they be red like crimson,
  they may become white as wood."

ISAIAH 56:1a,

"Thus says the Lord:
  Observe what is right,
  do what is just"

MICAH 6:8,

"You have been told, O mortal, what is good,
and what the Lord requires of you:
Only to do justice and to love goodness,
and to walk humbly with your God."

DEUTERONOMY 26:16,

"This day the Lord, your God, is commanding you to observe these status and ordinances.
Be careful, then, to observe them with your whole heart and with your whole being."

ZACHIARIAH 7:9,

"Thus says the Lord of hosts: Judge with true justice,
and show kindness and compass toward each other."

ISAIAH 58:6,

"Is this not, rather, the fast that I chooose:
releasing those bound unjustly,
untying the thongs of the yoke;
Setting free the oppressed,
breaking off every yoke?"

LEVITICUS 19:18,

"Take no revenge and cherish no grudge.
You shall love your neighbor as yourself.
I am the Lord."

94

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al and The Florida Bar as to the conduct of the defendant
The Florida Bar herein and so many times therefore described and in full by the
Plaintiffs Pro Se JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

_____

FROM the Plaintiffs Pro Se herein JEWSIH Dr. and Mrs. Stephen Francis and Joyanne Louise
Schoeman, Monday, April 20,2026, very early morning given the URGENCIES, the
IMPORTANCES, the UGLY ABSURDITIES of the defendant The Florida Bar herein

================================================================
ABSTRACTIONS AT BEST, WHATEVER ELSE THINGS AT WORST THAT THE DEFENDANT
THE FLORIDA BAR BY ITS INDIFFERENCE AND SILENCE ABOUT THE CONSTITUTIONAL
RIGHTS OF THE PLAINTIFF PRO SE DR. STEPHEN FRANCIS SCHOEMAN IN PARTICULAR
AND JEWISH DR. AND MRS. SCHOEMAN IN GENERAL THEIR CONSTITUTIONAL RIGHTS IS
INTENTIONALLY MAKING THEM INTO BEING!
================================================================

"Indifference reduces the Other to an abstraction."

ELIE WIESEL, "The Perils of Indifference" speech, The White House,
April 12,1999

But, of course, neither Dr. Schoeman nor his beloved wife Joy is an abstraction or a thing!

For they do have those eternal constitutional rights about which so many have made the
ultimate sacrifice and upon which the very FUNDAMENT of this nation under God, this country,
this great Republic is founded!

That they do have an absolute right to Due Process of Law!

That they do have an absolute right to Equal Protection of the Law!

That in the contexts herein they do have an absolute right to Freedom of Speech!

That they do have an absolute right to Freedom of Religion AND Protection against
ANTI-SEMITISM!

That the defendant The Florida Bar may not at all ever taken away from JEWISH Dr. Schoeman
his absolute FINANCIAL MATERIAL RIGHT to make a living by using his duly issued license to
practice law in Florida to practice law in Florida and to practice Florida law in general
elsewhere!

That the defendant The Florida By refusing absolutely and adamantly and immorally and
unethically and unjustly and illegally and, of course, UNCONSTITUTIONALLY even to
acknowledge a thing that he emails, otherwise writes, or telephonically express to the following
of the defendant The Florida Bar and does so as well to his beloved wife Joy:

President Barnes
President Elect Orr
Executive Director Doyle
Membership Services Manager Fitzgerald
Membership Services

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Francis et al v. Viscomi et al and The Florida Bar as to the conduct of the defendant
The Florida Bar herein and so many times therefore described and in full by the
Plaintiffs Pro Se JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman

---

FROM the Plaintiffs Pro Se herein JEWSIH Dr. and Mrs. Stephen Francis and Joyanne Louise
Schoeman, Monday, April 20,2026, very early morning given the URGENCIES, the
IMPORTANCES, the UGLY ABSURDITIES of the defendant The Florida Bar herein

======================================================================
ABSTRACTIONS AT BEST, WHATEVER ELSE THINGS AT WORST THAT THE DEFENDANT
THE FLORIDA BAR BY ITS INDIFFERENCE AND SILENCE ABOUT THE CONSTITUTIONAL
RIGHTS OF THE PLAINTIFF PRO SE DR. STEPHEN FRANCIS SCHOEMAN IN PARTICULAR
AND JEWISH DR. AND MRS. SCHOEMAN IN GENERAL THEIR CONSTITUTIONAL RIGHTS IS
INTENTIONALLY MAKING THEM INTO BEING!
======================================================================

“Indifference reduces the Other to an abstraction.”

ELIE WIESEL, “The Perils of Indifference” speech, The White House,
April 12,1999

But, of course, neither Dr. Schoeman nor his beloved wife Joy is an abstraction or a thing!

For they do have those eternal constitutional rights about which so many have made the
ultimate sacrifice and upon which the very FUNDAMENT of this nation under God, this country,
this great Republic is founded!

That they do have an absolute right to Due Process of Law!

That they do have an absolute right to Equal Protection of the Law!

That in the contexts herein they do have an absolute right to Freedom of Speech!

That they do have an absolute right to Freedom of Religion AND Protection against
ANTI-SEMITISM!

That the defendant The Florida Bar may not at all ever taken away from JEWISH Dr. Schoeman
his absolute FINANCIAL MATERIAL RIGHT to make a living by using his duly issued license to
practice law in Florida to practice law in Florida and to practice Florida law in general
elsewhere!

That the defendant The Florida By refusing absolutely and adamantly and immorally and
unethically and unjustly and illegally and, of course, UNCONSTITUTIONALLY even to
acknowledge a thing that he emails, otherwise writes, or telephonically express to the following
of the defendant The Florida Bar and does so as well to his beloved wife Joy:

President Barnes
President Elect Orr
Executive Director Doyle
Membership Services Manager Fitzgerald
Membership Services

Accounting Department
Out-of-state representative Board of Governors's member Workman
Board of Governors
========================================================================

That hugely times repeatedly the Plaintiffs Pro Se alone or together have yet EVEN to received an acknowledgment let alone an answer to their growing and keeping and intensifying concerns as to the following:

ONE: The FALSE allegation that Dr. Schoeman, a FIFTY YEAR MEMBER never ever having made a late payment of his "inactive" membership dues failed in 2026 to make an on-time payment of the third installment of this year's dues of a GARGANTUAN $58.33!

TWO: The threat that the defendant The Florida Bar is going to cancel both his membership in The Florida Bar and his license to practice law in Florida THAT IS DEPENDENT on being a member in good standing in The Florida Bar as The Florida Bar is what is called a "unitary" bar, meaning that ALL persons licensed to practice law in Florida MUST be members of The Florida Bar in good standing!

THREE: The refusal even to consider or address or think about the many times stated by the Plaintiffs Pro Se REPORT OF THE INSPECTOR GENERAL OF THE USPS that mail delivery in Tallahassee has been inefficient such that the Plaintiffs Pro Se allege that any delay in delivering the aforementioned final installment is due in part or in whole because of the aforementioned inefficiency AS the envelope in which Dr. Schoeman sent his aforementioned final installment WAS POSTMARKED PRIOR TO THE DUE DATE for the aforementioned final installment payment!

FOUR: That the utterly egregious matters of both ANTI-SEMITISM and HOLOCAUST DENIAL have become front and center herein as the defendant The Florida Bar has done the following:

A)  Not ever even acknowledged the many times respectfully stated proposal of the Plaintiffs Pro Se that the defendant The Florida Bar sponsor at least ONE LECTURE on how lawyers and judges advanced Hitler's powers!

B). Not ever even acknowledge the huge trove of hideous, gruesome, terrifying photographs of all aspects of THE HOLOCAUST, including many from Getty Images, some of which are hereby enclosed and attached hereto!

C).Not ever even having the aforementioned ONE LECTURE!
========================================================================

THAT ANTI-SEMITISM IS ALSO MEASURED BY DENIAL OF THE HOLOCAUST! The Florida State Senate, the United States Department of State ("Defining Antisemitism"), the International Holocaust Remembrance Alliance (IHRA",

> "'Anti-Semitism is a certain perception fo Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of Anti-Semitism are directed toward Jews by non-Jewish individuals and/or their property, toward Jewish community institutions and religious facilities.'-Working Definition of Anti-Anti-Semitism by the European Monitoring Center on Racism and Xenophobia.

> Contemporary Examples of Anti-Semitism

> "Denying the Jewish people their right to self-determination"

That is, by not even acknowledging a thing that the Plaintiffs Pro Se have proposed about the aforementioned ONE LECTURE and all the photographs aforementioned that they have dutifully, in good faith, and honestly in terms of objectivity provided the above-mentioned the defendant The Florida Bar is, IN EFFECT, denying the Jewish People their absolute right not only to SELF-DETERMINATION but also the right lost through murder by Hitler of their right to have been, the some 6,000,000 million of them, including, of course, nearly all the relatives in Poland and Hungary of JEWISH Dr. Schoeman

That, FURTHERMORE, the defendant The Florida Bar an all the above-mentioned have refused and continue, and it is truly obscene of them, even to acknowledge THE FACT of the murders by Hitler of JEWISH Dr. Schoeman's relatives in Poland and Hungry!

That none of the above-mentioned has even had the Decency, the Integrity, the Sensitivity, the Empathy, the Sympathy, the Condolence to express any degree of sorrow as to the ill-fated history of Jewish Dr. Schoeman's relatives in Poland and Hungary as as well that of the SIX MILLION OTHER JEWS, ALL MURDERED BY HITLER that would have astounded even the Devil in his very worst days!

That the aforementioned conduct and behavior and attitudes of the defendant The Florida Bar has risen to the occasion of THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS for JEWISH Dr. Schoeman in particular and for JEWISH DR. AND MRS. SCHOEMAN in general!
================================================================

"The road to Auschwitz was built by hate, but paved by indifference."

    British historian and University ofSheffield Professor Ian Kershaw, "Popular Opinion and Political Dissent in the Third Reich: Bavaria 1933-45, Oxford UP, 1988, page 277

"The duty of the survivor is to bear testimony to what happened…You have to warn people that these things can happen, that evil can be unleashed." Elie Wiesel, quoted in "Will Hatred Ever End?, The Watchtower, June 15,1955

"What is abnormal is that I am normal. That I survived the Holocaust and went on to love beautiful girls, to talk, to write, to have toast and tea and live my life-that is what is abnormal." Elie Wiesel, interview in "O: The Oprah Magazine", November 2000

"A history of Hitler has to be a history of his power-how he came to get it, what its character was, how he exercised it, why ne was allowed t expand it to break all institutional barriers, why resistance to that power was so feeble. But these are questions to be directed at Germany society, not just Hitler." Professor Ian Kershaw, "Hitler1889=1936 Hubris", W. W. Norton & Company, New York and London, 1999
================================================================

"With a series of key decrees, legislative acts, and case law, the Nazi leadership gradually moved Germany from a democracy to a dictatorship. The role of the legal profession in general and the actions of judges in particular were critical." UNITED STATES HOLOCAUST MEMORIAL MUSEUM, "Law, Justice, And The Holocaust"

"Those who cannot remember the past, are condemned to repeat it." George Santayana, "The Life of Reason: Five Volumes in One"

DO NOT LET HISTORY REPEAT ITSELF!
+++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++

But, alas, so very tragically so,
the defendant
THE FLORIDA BAR
has by its actions herein
and so many times heretofore
described
has no interest
AT ALL
in the many matters
concerning
THE HOLOCAUST
that at HITLER'S ORDERS
took so many lives of so many peoples,
including SIX MILLION JEWS,
AND
nearly all of JEWISH Dr. Schoeman's
relatives
in Poland
and
in Hungary
=======================================================

ENCLOSURES AND ATTACHMENTS
++++++++++++++++++++++++++++


=================================================================
CAVEAT: It is our respectful position that anyone who would deny even acknowledging receipt of these photographs of the most gruesome of kinds and who would refuse even to acknowledge our many times respectful request for a proposed single lecture on the role of lawyers and judges in Nazi Germany and who would even refuse to give any sympathy to JEWISH Dr. Schoeman upon being told that nearly all of his relatives in Poland and Hungary along with SIX MILLION OTHER JEWS

IS

BY DEFINITION

AN ANTI-SEMITE

or

HARBORS ANTI-SEMITIC, ATTITUDES, FEELINGS, BELIEFS, THOUGHTS!

And this is whether in the defendant The Florida Bar, the law office, the courtroom bar none!
=================================================================

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case: 2:2C-cv-01827-MCA-JSA

JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. The Florida Bar, consisting of its Board of Governors, its Membership Services, Its Membership Services Manager Fitzgerald, its Accounting Department, its President Barnes, its President-Elect Orr, its Board of Governors Out-Of-State Member Workman, The Supreme Court of Florida, the State Government of Florida

_____

Monday afternoon, April 20,2026

The Statement of the Plaintiffs Pro Se, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, ever so respectfully argued, presented, and submitted herein in these proceedings
=======================================================================

THE RIGHT TO MAKE A LIVING IS NEXT TO LIFE AND LOVE OF GOD THE MOST FUNDAMENTAL OF HUMAN RIGHTS AND MAY NOT BE TAKEN AWAY WITHOUT THE MOST JUST OF REASONS BASED UPON THE MOST JUST OF MATERIALLY RELEVANT ADMISSIBLE EVIDENCE!

THERE IS AND NEVER IS AND NEVER SHALL BE A NEED TO CITE LAW OR PRECEDENT FOR COMMON SENSE ALONE LET ALONE SOUND JUDGMENT LET ALONE THE WISEST OF MINDS KNOWS THAT MAKING A LIVING IS NOT ONLY A RIGHT BUT AN ABSOLUTE RIGHT!

THAT THE VERY ABILITY TO LIVE DEPENDS ON MAKING A LIVING!

But the defendant The Florida Bar has other ideas!

That it may take or sweep away the Plaintiff Pro Se Dr. Stephen Francis Schoeman's right to make a living upon the caprice and arbitrariness of totally unsupported evidence that Dr. Schoeman had not paid the third installment of his 2026 "inactive" membership dues of a GARGANTUAN $58.33. on time!

That it does not listen at all to the constantly pleas of Dr. Schoeman that the envelope in which the aforementioned sum of money of a gargantuan $58.33 WAS POSTMARKED PRIOR to the DUE DATE for aforementioned PAYMENT!

That it does not pay any attention AT ALL to the constant statements of Dr. Schoeman that, according to the Inspector General of the United States Postal Service (USPS) in his REPORT, mail delivery in Tallahassee has often been not up to USPS standards!

That it does not even acknowledge let alone answer any of the huge numbers of emails, letters, and telephonic messages that Dr. Schoeman alone or with his beloved and loving wife, best friend, and soulmate Joy, they the enormously proud Mommy and Daddy of their ever enormously tremendously adorable beloved and loving miniature apricot poodle Pierre Henri!

That THERE CAN BE NO DUE PROCESS OF LAW when the defendant The Florida Bar refuses EVEN to communicate with Dr. Schoeman let alone Mrs. Schoeman let alone both of them together!

That THERE CANN BE EQUAL PROTECTION OF THE LAW when the defendant The Florida Bar refuses EVEN to communicate with Dr. Schoeman let alone Mrs. Schoeman let alone both of them together!

That FURTHERMORE and based upon their substantial information and belief, JEWISH Dr. and Mrs. Schoeman allege that the defendant The Florida Bar has been and continues to be AVOIDING Dr. Schoeman by NOT COMMUNICATING with Dr. Schoeman because of his many times stated proposal that he alone and that Mrs. Schoeman alone and that JEWISH Dr. and Mrs. Schoeman together that The Florida Bar SPONSOR at least ONE LECTURE on the SUBJECT of the role of lawyers and judges in NAZI GERMANY based upon the UNITED STATES HOLOCAUST MEMORIAL MUSEUM article "LAW, JUSTICE, AND THE HOLOCAUST"!

That all of this, every bit of this, no exceptions, please, is and constitutes and causes such an INEQUITY, such a violation of CONSTITUTIONAL LAW principles, imperatives, ideals, values, hopes even, that it was no choice at all but for Dr. and Mrs. Schoeman TO COMMENCE this LITIGATION!

That EVEN the numerous PHOTOGRAPHS of THE HOLOCAUST proved inadequate to persuade the defendant The Florida Bar not only not to acknowledge the aforementioned proposal and not only not to answer the aforementioned proposal but not to act on the aforementioned proposal by sponsoring the aforementioned LECTURE on that vitally important matter concerning THE HOLOCAUST!

100

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. The Florida Bar composed of the following:

Board of Governors
President Barnes
President-Elect Orr
Membership Services
Membership Services Fitzgerald
Accounting Office
Board of Governors Out-Of-State Board Member Representative Workman
=================================================================

Monday evening given the EXIGENCIES, THE URGENCIES, THE IMPORTANCES HEREIN, April 19,2026

The Statement:Plaintiffs Pro Se and Mrs. Stephen Francis and Joyanne Louise Schoeman

---

WORK IS NOT A PRIVILEGE BUT A RIGHT AND IN THIS VERY MOST IMPORTANT SENSE A LICENSE TO PRACTICE LAW IS NOT A LICENSE BUT A RIGHT!

And yet without any Due Process of Law at all nor any Equal Protection of the Law at all the defendant The Florida Bar has taken upon itself the absolutely false allegation that Plaintiff Pro Se Dr. Stephen Francis Schoeman, JEWISH, must be denied both membership in The Florida Bar and because it is a "unitary" bar" he must also be denied his duly authorized never a problem license that is not a FUNDAMENTAL FINANCIAL MATERIAL RIGHT to make a living in the State of Florida by exercising this aforementioned!

Not a scrap of even a partial bit of any evidence at all that Dr. Schoeman was ever late this year in making his annual "inactive membership" does as he has for FIFTY YEARS OF SAID MEMBERSHIP always but always but always been right on time in making payment of his annual "inactive membership" dues!

But nonetheless and DESPITE the REPORT of the USPS INSPECTOR GENERAI that USPS service in Tallahassee, the headquarters of the defendant The Florida Bar is less than classy, efficient, prompt the defendant The Florida Bar forges ahead with the aforementioned allegation and the aforementioned threat of disciplinary action!

And when Dr. Schoeman individually or Dr. Schoeman jointly with Mrs. Schoeman write to the defendant The Florida Bar by email or USPS or submitted as well so many telephonic messages and there is no answer let alone any acknowledgment thereof?

And when Dr. Schoeman JEWISH and with Mrs. Schoeman proposed a lecture to be sponsored by The Florida Bar on the role of lawyers and judges in Nazi Germany?

And when there is no hearing of an evidentiary due process of law nature herein as to these matters?

What then the conclusion but that:

ONE: A complete and total and detailed through absence of both Due Process of Law AND Equal Protection of the Law!

TWO: And to be proven to the Jury of their Peers the considerable allegation of the Plaintiffs Pro Se of ANTI-SEMITISM within SOME of the ranks of the officialdom of The Florida BarQ

THREE: That under there circumstances herein and therefore so many times described, listed, stated, alleged, the ABILITY of Dr. Schoeman TO MAKE A LIVING by PRACTICING law in FLORIDA is beyond even compromised and being comprised to the very date. April 20,2026!
================================================================

"Everyone has the right to work, to free choice of employment, to just and favorable conditions of work and to protect against unemployment. The International Covenant on Economic, Social and Cultural Rights (ICESC, 1966), expands on this definition, adding 'the right of everyone to the opportunity to gain his living by world which he freely chooses or accepts' and recommends its realization by '…technical and vocation guidance and training programs, polices and techniques…under conditions safe guardian fundamental political and economic freedoms to the individual.' (Article 6:(2))

The right to dignified and fulfilling work is essential for realign other human rights such as:

The human right to receive wages that contribute to an adequate standard of living.

The human right to equal access to productive resources, including land, credit, and technology.

The human right to freedom of association.

The human right to protection from forced labor.

The human right to adequate, safe working conditions.

The human right to a clean and safe environment.

The human right to reasonable limitation of working hours, rest, and leisure.

The human right to education and access to information, including vocational training.

The human right to freedom from discrimination based on race, sex, or any other status, in all aspects of work, including hiring and promotion.

The human right to equal pay for equal work.

The human right to freedom from sexual harassment in the workplace.

The human right to proper consideration of women's reproductive rights and sexuality, including job security during and after pregnancy, flexible working conditions, and access to child care.

The human right to protection during pregnancy from work proven to be harmful.

The human right to unemployment protection and social security.

The human right of indigenous peoples to maintain their won ways of life, including the right to sue lands to which they have traditionally and access for substance.

The human right to protection for the child from economic exploitation and from any work that may be hazardous to his or her well-being and development."

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
IN OTHER WORDS, WORK IS A BIG DEAL AND THE RIGHT TO WORK AN ENORMOUS BIG DEAL WHICH CANNOT AT ALL BE TAKEN AWAY BY CAPRICE AND ARBITRARINESS WHICH MEANS IT CANNOT AT ALL BE TAKEN AWAY WITHOUT DUE PROCESS OF LAW AND WITHOUT AS WELL EQUAL PROTECTION OF THE LAW!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

BUT THE MERE THREAT OF DOING SO BY THE DEFENDANT THE FLORIDA BAR PUTS WHATIS CALLED A 'CHILLING EFFECT" ON ANY PLANS OF THE PLAINTIFFS PRO SE EVEN TO CONSIDER THE DECISION TO MOVE TO FLORIDA!!!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Famous 16th century English Juge Coke, his famous expression imprinted on the walls of the Grand Foyer of the University of Pennsylvania Law School, Dr. Schoeman, CLASS OF 1967, ever so very boldly states in large letters,

"The certaintie of the law is the securitie for all."


And when, as does in this case the defendant The Florida Bar more than even threaten to discipline its out-of-state "inactive member" JEWISH Dr. Stephen Francis Schoeman, then, there is no "certaintie" at all, thus, no "securitie" at all!

And what can with CAPRICE and ARBITRARINESS be done to Dr. Schoema can be done to anyone all likewise situated as a member of the defendant The Florida Bar!!!

For without these aforementioned CONSTITUTIONAL FUNDAMENTS there is no freedom at all, no liberty at all, no secure and secured right tower at all for Dr. Stephen Francis Schoeman who is NOT a physician but a Political Scientist with a Ph. D. in Political Science!

And that such aforementioned disciplinary actin may very well RUIN the chances of Dr. Schoeman ever finding ANY job at all!!!
================================================================

103

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. The Florida Bar

Late Monday evening because of the EXIGENCIES, URGENCIES, AND IMPORTANCES
obviously herein, April 20,2026

---

"The number you called is not in service."

THIS is the message that repeatedly we get over the weeks every time we call both The Florida
Bar and its Membership Services!

And it was stated yet again late this evening by both The Florida Bar and by its
Membership Services as has been the called many times repeatedly so as to Membership
Services Manager Fitzgerald and in other ways by both the Florida Board of Governors
and the Florida Bar President and as well the Florida Bar President-Elect and the Florida Bar
Executive Director!

And not only to the matters, infra!

But also as to the repeated respectful proposals of the Plaintiffs Pro Se JEWISH Dr. and Mrs.
Stephen Francis and Joyanne Louise Schoeman for ONE (1) SINGLE lecture TO BE
SPONSORED by THE FLORIDA BAR on the role of lawyers and judges in Nazi Germany!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

THIS is assuredly not at all either Due Process of Law or Equal Protection of the Law as to the
following:

ONE: The continued and continuous and abject refusal of the defendant The Florida Bar to give
Dr. Schoeman an accounting of the money it falsely claims he owes it!

TWO: The continued and continuous and abject refusal off the defendant The Florida Bar to
provide Dr. Schoeman with a DUE PROCESS OF LAW EVIDENTIARY HEARING as to its
FALSE CLAIM that Dr. Schoeman had not paid his final of three installments on his 2026
annual "inactive membership" dues, the installment being the simple GARGANTUAN sum of
$58.33!!!

THREE: The continued and continuous and abject refusal of the defendant The Florida Bar
EVEN to consider the Report of the USPS Inspector General as to the inadequacies of mail
delivery in Tallahassee!

FOUR: The continued and continuous and abject refusal of the defendant The Florida Bar
to recognition that in Dr. Schoeman's FIFTY YEARS of membership this year, 2026, he has
never ever been late with any annual dues payment bar none!

FIVE: The continued and continuous and abject refusal of the defendant The Florida Bar
EVEN to recognize the contributions that Dr. Schoeman has made to The Florida Bar with a
long series of his letters to the Editor of The Florida Bar News being published and often to
very considerable readership approvals!

SIX: The continued and continuous and abject refusal of the defendant The Florida Bar

to recognize that Dr. Schoeman's license to practice law in Florida DULY ISSUED is and constitutes a FUNDAMENTAL FINANCIAL MATERIAL RIGHT to work to make a living should his family and he choose to move to Florida and THUS may not be taken away by either CAPRICE or ARBITRARINESS but must be thoughtfully, objectively, skillfully to the very full measure in a DUE PROCESS OF LAW EVIDENTIARY HEARING that, to repeat, the defendant The Florida Bar is NOT AT ALL PROVIDING Dr. Schoeman!

SEVEN: The continued and continuous and abject result of the defendant The Florida Bar to show any recognition at all let alone consideration yet alone concern that Dr. Schoeman is nearly EIGHT-FOUR YEARS OF AGE and with LIFE-THREATENING MEDICAL conditions that THE FLORIDA BAR IS WORSENING BY THE VERY STRESSES AND STRAINS ITS ACTIONS aforementioned are placing on him and as well on his beloved wife Joy such as to rise to the occasion of THE TORT OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS!

AND ALL THIS above over the GARGANTUAN SUM OF $58.33 that was PAID ON TIME!

AND THIS IS not just any old organization but an ORGANIZATION OF LAWYERS AND JUDGES TOO as all under the UNITARY FLORIDA BAR must, not may, be members of The Florida Bar!

AND THAT WE all live in this splendid land, made splendid because of the strict adherence to The JUST Rule of Law JUSTLY applied!

United States District Court for the District of New Jersey
Case: 2:2C-cv-01827-MCA-JSA

Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. The Florida Bar and its
Board of Governors, its President, its President-Elect, its Membership Services, its
Membership Services Manager, it Accounting Office, its Executive Director
================================================================

Tuesday evening given the EXIGENCIES, THE URGENCIES, THE IMPORTANCES HEREIN
================================================================

THE STATEMENT OF MORAL, ETHICAL, LEGAL, CONSTITUTIONAL OUTRAGE AT THE
CONDUCT OF THE DEFENDANT THE FLORIDA BAR AS FOLLOWS HERIEN!
================================================================

THE JUST RULE OF LAW APPLIES TO THE FLORIDA BAR TOO!

You just don't take away Dr. Schoeman's license to practice law in Florida because you do not
exercise DUE PROCESS OF LAW!

Because you do not exercise EQUAL PROTECTION OF THE LAW!

Because you disregard both FREEDOM OF SPEECH and FREEDOM OF RELIGION as in
alleged anti-Semitic acts of The Florida Bar!

And you don't reach a point where your misconduct and misbehavior give rise to
THE TORT OF THE INTENTIONAL. INFLICTION OF EMOTIONAL DISTRESS!

And you don't do these "things", ESPECIALLY if you are an organization of lawyers and judges
under the auspices of the Supreme Court of the State of Florida of which you are an agent and
as well of the Government of the State of Florida!

You don't do these "things", that is, if you live in America the land of THE JUST RULE
OF LAW JUSTLY APPLIED, the CONSTITUTION OF THE UNITED STATES OF AMERICA,
THE DECLARATION OF INDEPENDENCE, MAGNA CARTA!

You don't do these "things" in a land where WE THE PEOPLE so honor, so cherish, so applaud,
are so very enormously grateful for the gifts, the blessings, the IMPERATIVES of
CONSTITUTIONAL LAW!

And you don't do these "things" by cutting off all means bar none of communication: emails,
letters, telephone calls too!

And you don't honor the noble legal profession by doing these "things"!

And you don't in the long and as well in the short and too the middle run succeed by doing
these "things"!

For "these" things are NOT AMERICA AT ALL!
+++++++++++++++++++++++++++++++++++++++

And finally to say, you don't take away Dr. Schoeman's license to practice law and others
discipline him by removing him from the scroll of names of the members of The Florida Bar
just because AND WITHOUT ANY ADMISSIBLE PROOF AT ALL you FALSELY claim that

Dr. Stephen Francis Schoeman, this year, 2026, a FIFTY YEAR MEMBER of PERFECT ON TIME ANNUAL DUES PAYMENTS, did not at all pay the third of the three 2026 annual dues installments, each one the GARGANTUAN sum of $58.33!

That is all to say, all have had ever to say, ever to be said, JUSTICE requires both DUE PROCESS OF LAW and EQUAL PROTECTION OF THE LAW!

DEUTERONOMY 16:20, "Justice, justice alone shall you pursue"

107

United States District Court for the District of New Jersey
Case: 2:2C-cv-01827-MCA-JSA

JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. The Florida Bar,
including the President, the President-Elect, the Board of Governors, the Executive Director,
Membership Services, Membership Services Manager, and Accounting

---

THE SUMMATION

of the Plaintiffs Pro Se
JEWISH Dr. and Mrs.
Stephen Francis and Joyanne Louise Schoeman's

ABSOLUTE First Amendment RIGHT to PETITION
the GOVERNMENT for a REDRESS of GRIEVANCES

Wednesday morning, April 22,2026, given the EXIGENCIES, the URGENCIES, the
IMPORTANCES of the CONSTITUTIONAL, the LEGAL, the MORAL, the ETICAL,
the PROFESSIONAL, the HUMANE matters herein
========================================================================

The license to practice law cannot be taken away with Due Process of Law as the license
to practice law is a FINANCIAL MATERIAL RIGHT to MAKE A LIVING!

Nor can it be taken away without Equal Protection of the Law!

Freedom of Speech without recrimination of the Plaintiffs Pro Se to have continually most
respectfully many times proposed one single lecture to be sponsored by the defendant
The Florida Bar on the role of lawyers and judges in Nazi Germany as based upon the fine
scholarly article of the UNITED STATES HOLOCAUST MEMORIAL MUSEUM entitled
"Law, Justice, And The Holocaust"!

Freedom of Religion from alleged and in fact anti-Semitism in that no matter how many times
JEWISH Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman have received no
response, no acknowledgement, no reply, no answer when they so many times write to the
defendant The Florida Bar

And for the defendant The Florida Bar to top it of every time the Plaintiffs Pro Se telephone the
defendant The Florida Bar at its official website provided telephone number, 850-561-5600,,
THE MESSAGE in INTENTIONAL VIOLATION of EQUAL PROTECTION OF THE LAW,

    "The number you have dialed is not in service"

WHEN it is IN SERVICE for all other callers!

And as well in INTENTIONAL VIOLATION of DUE PROCESS OF LAW as pertaining to the threat
of the defendant The Florda Bar to take away the FIFTY YEAR (1976-) MEMBERSHIP of
JEWISH Dr. Stephen Francis Schoeman and thus, as The Florida Bar is a "UNIFIED" Bar
where, therefore, the license to practice law in Florida is dependent on being a good standing
member of The Florida Bar on account of what the defendant The Florida Bar FALSELY
CLAIMS is a single late payment of the GARGANTUAN sum of $58,33 which, of course, IS

the THIRD of the three installment payments for his "inactive" out-of-state membership annual dues for the fiscal year 2026 and all this, this threat, this attempt to take away his aforementioned membership and thus his license to practice law in Florida and as well to practice Florida law elsewhere in the nation WITHOUT even the OFFER of a DUE PROCESS OF LAW EVIDENTIARY HEARING and complete with counsel of his choice let alone the actual DUE PROCESS OF LAW EVIDENTIARY HEARING and with counsel of his choice!

Right to a jury trial as to whether or not the Plaintiff Pro Se did or did not mail his final installment of his "inactive" membership dues to the defendant The Florida Bar on time as he claimed he had done and as to which he had and has and is repeatedly many times citing and quoting from the REPORT of the INSPECTOR-GENERAL of the USPS that DELIVERY of MAIL in TALLAHASSEE has been inadequate, inefficient, late!!!

================================================================
The defendant THE FLORIDA BAR is not just any organization but AN ORGANIZATION composed of LAWYERS and JUDGES and so should know far, far, far better than to engage in conduct and behavior in which these FUNDAMENTAL RIGHTS of The JUST Rule of Law JUSTLY Applied are dismissed, disregarded, defied!
================================================================

That these matters are so very consequential as to be matters of the UTMOST IMPORTANCE thus to be brought before this UNITED STATES DISTRICT COURT for the District of New Jersey!

109

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
Case: 2:2C-cv-01827-MCA-JSA
Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman v. Viscomi, ET AL

_____

FOREWARNED INTENTION TO FILE ETHICS COMPLAINTS AGAINST THE DEFENSE COUNSEL HEREIN IF…., INFRA,
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Tuesday evening, April 28,2026,  given the EXIGENCIES, the IMPORTANCES, the URGENCIES herein
==================================================================

A lawyer must exercise DUE DILIGENCE! Rule 1.3, New Jersey Rules of Professional Conduct

A lawyer must only bring on a meritorious claim or contention. Rule 3.1, New Jersey Rules of Professional Conduct

A lawyer must advance, that is, expedite the litigation, not at all hinder it. Rule 3.2, New Jersey Rules of Professional Conduct!

HEREIN AS HERETOFORE, the defense counsel advance claims and contentions not have been at all vetted by DUE DILIGENT!

They either seek to delay or seek to destroy or seek to undermine the Complaint herein of the Plaintiffs Pro Se not by method of search for admissible material relevant evidence in strict or at all accordance with the search for The Truth, The Whole Truth, And Nothing But The Truth in supremely gross derogation of their responsibilities and duties and accountabilities as to THE LAW, as to any and all senses of MORALITY, as to any and all senses of EQUITY let alone CONSTITUTIONAL AND OTHERWISE LEGAL IMPERATIVES!
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++=

To deny the Truth IS TO LIE!
To deny the TRUTH is to misrepresent before this Court-of-Law
To deny is ultimately a punishable by suspension, heavy fine, or, yes, disbarment!

And the DUE PROCESS OF LAW PROPER NOTIFICATION IS OUT THAT WE THE N PRO SE, DR. AND MRS. STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN, SHALL AND NOT JUST WILL AVAILE OURSELVES OF ANY AND OF ALL LEGAL AVENUES IN PURSUIT OF DISCIPLINARY INQUIRY SHOULD ANY OR ALL OR JUST SOME OF THE DEFENSE COUNSEL PURSUE LIES OF ARGUMENT, INQUIRY, WHATEVER IN DEROGATION OF THEIR DUE PROCESS OF LAW, EQUAL PROTECTION OF THE LAWS, ETC. AND SO FORTH AND SO ON UNDER CONSTITUTIONAL, MORAL, LEGAL, AND ETHICAL RESPONSBITLIES, DUTIES, ACCOUNTABILITES, IMPERATIVES!

We are, of course, as won in the soundest of sound beliefs that the. purpose and argument and intention of THE JUDICIAL PROCESS is as Judge Frankel, infra, bound it: THAT A TRIAL OR A HEARING OR ANY OTHER LEGAL PROCEEDING OR ANY LEGAL ADVICE OR CONSULTATION OR OTHER ENDEAVOR OR ENDEAVORS MUST BE, HAS TO BE, IMPERATIVELY MUST BE ON

FINDING THE TRUTH!
FINDING THE WHOLE TRUTH!
FINDING NOTHING BUT THE TRUTH!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

THE DEFENSE COUNSEL HEREIN AS, OF COURSE, ELSEWHERE CANNOT AT ALL BE TRUSTED WITH THE TRUTH LET ALONE THE WHOLE OF IT LET ALONE NOTHING BUT IT!

There comes a point of disbelief, and alas, it is now, when good people such as the Plaintiffs Pro Se herein, of course, Dr. and Mrs. Stephen Francis and Joyanne Louise Schoeman, and with so many in so many places in and at and through some many times must begin AT LEASST to question the sound integrity of the ADVERSARY SYSTEM as now as perhaps always before is being practiced OR rather not practiced in what is supposed to be and in many cases still is, fortunately, that is, for all humankind, what is called "the noble practice of law"! AND ONE OF THOSE CRITICS was as follows just below,

United States District Court for the Southern District of New York Judge Marvin E. Frankel, "The Search for Truth: An Umperial View", University of Pennsylvania Law Review, Volume 123, Number 5, pages 1031-1059,

> "My theme, to be elaborated at some length, is that our adversary system rates truth too low among the values that institutions of justice are meant to serve." page 1032

> "We should consider whether the paramount commitment of counsel conceiving matters of fact should be to the discovery of truth rather than to the advancement of the client's interest." page 1055

> "I learn to the view that wee can hope to preserve the benefits of a free, skeptical, contentious bar while paying a lesser price in trickery and obfuscation." page 1055, very last sentence of this masterpiece of legal writing!

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

With, of course, the UTMOST of due respect, we the Plaintiffs Pro Se face enormously powerful and influential and very well indeed connected defendants who can very well afford whatever lawyers they command to have while we, living ONLY on our Social Security monthly bank deposits, cannot at all afford such largesse!

Yet we still hold to the slim if not slimmest hope that Justice can be served, that The Truth, The Whole Truth, And Nothing But The Truth can also be served, that Honor and Integrity and Decency may yet still prevail, thrive, prosper, endure!

But we know the odds what with world-famous Memorial Sloan Kettering Cancer Center, The State Government of New Jersey, The Florida Bar of the Supreme Court of Florida. The Archdiocese of Newark, Atlantic Health Care as to its Dr. Marc S. Mandel, for all of them in all of these matters herein in these proceeding have at the central point of their misconducts and misbehaviors an indecency towards the very FUNDAMENTS of what it IS that constitutes fair play to say the very least and,. of course, respectfully so!

We being ever so very devout in our religious faith know fully well the words of God in, of course, DEUTERONOMY 16:20,

"Justice, justice alone shall you pursue"!

The Justice of Honor!
The Justice of Decency!
The Justice of Integrity
The Justice of the JUST Rule of Law JUSTLY applied!

The Justice of Due Process of Law
The Justice of the Equal Protection of the Laws
The Justice of Freedom of Speech
The Justice of Freedom of Religion
The Justice that is at THE VERY CORE of humanity's civilizations!

But, then, alas, there are the various and sundry injustices!

ECCLESIASTES 8:10,

"The wicked would come and go from the holy place. But those were forgotten in the city who had acted justly."

ECCESIASTES 8:14,

"There are those who are just but are treated as though they had doe evil, and those who are wicked but are treated as though they had done justly."

ECCLESIASTES 7:13,

"Consider the work of God. Who can make straight what God has made crooked?"

ISAIAH 5:18,

"Ah! Those who tug at guilt with cords of perversity, and at is as if with cart ropes!"

+++++++++++++++++++++++++++++++++++++++++++++
ISAIAH 5:20-21,

"Ah! Those who call evil good, and good evil,
 who change darkness to light, and light into darkness,
 who change bitter to sweet, and sweet into bitter!"

 Ah! Those who are wise in their own eyes,
 proudest in their own view!"
+++++++++++++++++++++++++++++++++++++++++++++

PROVERBS 3:7,

"Do not be wise in your own eyes,
 fear the Lord and turn away frorn evil"

PROVERBS 26:12,

"You see those who are wise in their own eyes?
 There is more hope for fools than for them."
+++++++++++++++++++++++++++++++++++++++++++++
ROMANS 11:25

"Do not become wide in your own estimation"
+++++++++++++++++++++++++++++++++++++++++++++

ROMANS 12:18

"Have the same regard for one another;
  do not be haughty but associate with the lowly;
  do not be wise in your own estimation.
  Be concerned for what is noble in the sight of all.
  Live at peace with all."

ISAIAH 1:16-18,

"Wash yourselves clean!
  Put away your misdeeds from before my yes;
  cease doing evil.

  learn to do good.
  Make justice your aim: redress the wronged,
  hear the orphan's plea, defend the widow.

  Come now, let us set things right,
  says the Lord:
  Though your sings be like scarlet,
  they may become white as snow;
   Though they be red like crimson,
   they may become white as snow."

ISAIAH 57:1-2

"The just have perished,
  but no one takes it to heart;
  The steadfast are swept away,
  while no one understands.
  Yet the justice are taken away from the presence of evil.

   and enter into peace;
   They rest upon their couches,
   the sincere, who walk with integrity.

ISAIAH 56:1,

"Thus says the Lord:
  Observe what is right, do what is just,
  for my salvation is about to come,
  my justice, about to be revealed."

+++++++++++++++++++++++++++++++++++
ISAIAH 59:14,

"Justice is turned away,
  and justice stands fart off;
  For truth stumbles in the public square,
  and uprightness cannot enter."
+++++++++++++++++++++++++++++++++++

JOB 18:18,

"And to mortals he said:
  See: the fear of the Lord is wisdom;
  and avoiding evil is understanding."

ISAIAH 57:6,

"Is this not, rather, the fast that I choose:
  releasing those found unjustly,
  untying the thongs of the yoke;
  Setting free the oppressed,
  breaking off every yoke?

MICAH 6:8,

"You have been told, O mortal, what is good,
  and what the Lord requires of you:
  Only to do justice and to love goodness,
  and to walk humbly with your God."

AMOS 5:21b....24,

"I take no pleasure in our solemnities...
  Rather let justice surge like waters,
  and righteousness like an unfailing stream."

LEVITICUS 19:15,

"You shall not pervert justice.
  Show neither partiality to the weak
  nor deference to the mighty,
  but judge your neighbor justly."

EXODUS 3:2,

"You shall not follow the crowd in doing wrong.
  When testifying in a lawsuit,
  you shall not follow the crowd in perverting justice."

DEUTERONOMY 1:17,

"In rendering judgment, do not consider who a person is;
  give hear to the lowly and the great alike,
  fearing no one,
  for the judgment is God's!
  Any case that is too difficult for you
  bring to me and I will hear it."

DEUTERONOMY 1:19a,

"You shall not distort justice:
  you shall not show partiality."
++++++++++++++++++++++++++++++++++++++++++++++++
PROVERBS 24:23,

"These are the Words of the Wise:
  to show partiality in judgment is not good."

===================================================================

A LIBEL IS A LIBEL under the laws of Defamation! defendants Jude John De Maio, Judge
Anna C. Viscomi, et al

A BAN AS TO PARTICIPATING IN THE EUCHARIST IS A BAN AS TO PARTICIPATING IN THE
EUCHARIST as to Freedom of Religion!  defendants Joseph Tobin, John J. Paladino,
Archdiocese of Newark, et al

AN INTENSELY MANY TIMES MEDICAL RECOMMENDATION FOR SURGERY ON A CLAIMED
BUT TOTALLY NON-EXISTENT CANCEROUS GROWTH IS MEDICAL FRAUD at the very least!
defendant Dr. Marc S. Mande, et al

A demand for payment of what has already ON TIME been paid is a derogation of DUE
DILIGENCE! defendant The Florid Bar, et al
===================================================================

Right does not become right just because the lawyers says it is nor when the judge or justice
as the case may be also says it is or when the defendant as well says it is!

For what is right is a matter up to God ULTIMATELY to judge!

ECCLESIASTES 12:12-14,

"Of the making of many books there is no end,
  and in much study there is weariness.

The last word, when all is heard:
  Fear God and keep His commandments,
  for this concerns all humankind;

  because God will bring to judgment
  every work,
  with all its hidden qualities,
  whether good or bad."

RECEIVED

APR 3 0 2026

AT 8:30 _____M
CLERK, U.S. DISTRICT COURT - DNJ

2026 APR 30 A 11:40

STEPHEN SCHOEMAN, PH.D
(908) 233-8278
101 JEFFERESON AVE
WESTFIELD  NJ 07090

**1 LBS**    **1 OF 1**
SHP WT: 1 LBS
DATE: 29 APR 2026

**SHIP TO:**
 CLERK
 UNITED STATES DISTRICT COURT
 50 WALNUT ST

 NEWARK   NJ 07102-3551



**NJ 076 9-02**

**UPS  GROUND**

TRACKING #:  1Z E08 748 03 2567 1629



BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability in the event of loss, damage or delay of this shipment, including exceptions to such terms. For international shipments, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

The UPS Store Smart Label